UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  1:20-mj-03050-AOR

IN RE SEALED CRIMINAL COMPLAINT

_____/

**MOTION TO SEAL**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the foregoing Criminal Complaint, arrest warrants, Order, and any resulting order be SEALED until the arrest of the first defendant or further order of the Court, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any Criminal Complaint, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the integrity of the ongoing investigation might be compromised, and the defendants might flee should knowledge of this Criminal Complaint become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289