UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MARK SCOTT GRENON**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' *pro se* and unsigned Motion to Dismiss Criminal Complaint [ECF No. 20], filed on April 27, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 20]** is **DENIED**.

In addition, given the bizarre contents of the Motion, the Government is directed to file, by no later than May 3, 2021, notice indicating whether it will be seeking psychiatric or psychological examinations, pursuant to 18 U.S.C. sections 4247(b) and (c), of Defendants, Jonathan David Grenon and Jordan Paul Grenon, and the scheduling of a competency hearing of these Defendants under 18 U.S.C. section 4241(a).

**DONE AND ORDERED** in Miami, Florida, this 28th day of April, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Defendants