**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20242-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MARK SCOTT GRENON**,
**JONATHAN DAVID GRENON**,
**JORDAN PAUL GRENON**, and
**JOSEPH TIMOTHY GRENON**,

    Defendants.
_____/

**ORDER CONTINUING TRIAL**

**THIS CAUSE** came before the Court on January 5, 2022 for a status conference, and upon the Government's Motion to Continue the Trial [ECF No. 52]. The Court has considered the Motion, and for the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, January 3, 2022, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

    1.    All pre-trial motions and motions *in limine* must be filed by **July 29, 2022**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion. Motions *in limine* may exceed the page limits allowed by the Rules.

CASE NO. 21-20242-CR-ALTONAGA

2. The deadline for the tendering of guilty pleas is **August 5, 2022**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3. Calendar call will be held on **Tuesday, September 6, 2022 at 9:00 a.m.** The case is set for **Jury Trial** during the two-week trial period that begins **September 12, 2022**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of January, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record
     Defendants