December 27, 2021

Direction Chambers
(303) 523-5510

Chief Judge Cecila M. Altonaga
Wilkie D. Ferguson Jr.
400 North Miami Ave Rm 13-3
Miami, Florida 33128

Re: The unlawful case against the GENESIS II CHURCH of HEALTH and HEALING and the GRENON FAMILY being unlawfully held and deprived of their 1st Amendments rights.

To whom it may concern:

Article 18, section 241, 242 are laws being violated against this family.

The Grenons have helped me and millions of others around the globe with their sacrament, Chlorine Dioxide. Chemical name NACIO2 which has been in existence and legal for centuries. Watch this short video to educate yourself on its history. https://youtu.be/D7en17ChmF8 - If by the time you get this letter and YOUTUBE has censored and deleted the video, go to https://theuniversalantidote.com Also, watch www.quantumleap.is to gain a better understanding of how the GRENONS have helped millions. There are many who are praying for their release. GOD is alive and working in ways we can not see or comprehend to ensure their release and the release of others, scientists, doctors, nurses and citizens who have been wrongfully accused.

Also, know that the country of BOLIVIA has approved this chemical solution for it's people. There is no covid in BOLIVIA. Again, I and millions of others have had their health restored with this solution. https://www.businessinsider.com/bolivian-senate-approves-toxic-bleach-as-covid-19-treatment-2020-7

Jonathan Grenon 736-81-018 and Jordan Grenon 736-82-018 are being unlawfully held in the MIAMI FEDERAL DETENTION CENTER since July 2020. Joseph Grenon was recently extradited from COLUMBIA to the U.S. and they need to be RELEASED in the name of JESUS CHRIST ALMIGHTY GOD.

These young men are INNOCENT. They have NO criminal record. Their religious rights have been violated and there have been many emolument violations on the part of the U.S. CORP.

May God Bless you for taking the time to read and watch the history of CHLORINE DIOXIDE and releasing the GRENONS.

Respectfully yours,
Elizabeth Lamboy-Wilson
Lizellie2000@yahoo.com



This Can not be Denied. Millions have Seen this.

Elizabeth Lamboy-Wilson
1573 Patricia Ave 33
Simi Valley, CA 93065

SANTA CLARITA CA  913
28 DEC 2021 PM 3 L

(Judge Altonaga)

Wilkie D. Ferguson
400 North Miami
Rm 13-3
Miami, Fl. 331

33128-181233