Elizabeth Lamboy-Wilson
1573 Patricia Ave, Unit # 33
Simi Valley, CA 93065
Lizellie2000@yahoo.com

January 24, 2022

Judge Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida/Angela E. Noble, Court Administrator
400 N. Miami Avenue 8th Floor
Miami, FL, 33128

Re: Case # 21-CR-20242-Altonaga
THE GENESIS II CHURCH of HEALTH and HEALING/BISHOPS MARK, JOSEPH, JONATHAN and JORDAN GRENON
Emolument Violations; Violation of Title 18 of the US Code Sec 241 and 242

Dear Madam:

This is a gentle reminder of the injustice being perpetrated against the 'GENESIS II CHURCH of HEALTH and HEALTING and it's BISHOPS, MARK, JOSEPH, JONATHAN and JORDAN GRENON.

These Bishops homes were invaded. Their sacrament materials were confiscated. Their bank accounts were frozen. Their families left in fear and in destitute. The Bishops BODIES were kidnapped, jailed, and silenced for the broadcasting of their sacrament CHLORINE DIOXIDE.

Many PHYSICIANS, SCIENTIST, VIROLOGIST, DOCTORS, LAWYERS, NURSES with their PhD's, MD's, and credentials together with their studies show how and why MMS (CHLORINE DIOXIDE works for the restoration of one's health and are willing to attend court proceedings on behalf of the GENESIS II CHURCH and the BISHOPS as will I.

Judge Altonaga, you have taken an oath to support, obey and defend the Constitution of the United States and will not knowingly receive, directly or indirectly, any money or other valuable thing for the performance or nonperformance of any act or duty pertaining to your office.

I invite you to research the findings of how this solution has cured many dis-eases of the body and others who will testify to the same. So much so that the country of Bolivia has APPROVED the use of this solution as a cure for the restoration of its people's health and a cure to a multitude of many man-made dis-eases of the human body. (see attached)

e.g.: https://www.businessinsider.com/bolivian-senate-approves-toxic-bleach-as-covid-19-treatment-2020-7

Also, please view this video on the History of Chlorine at https://theuniversalantidote.com  as well as watch https://rumble.com/vm8dkf-chlorine-dioxide-the-universal-remedy-that-drug-companies-hate.html so that you can see many testimonials on how this solution has been a resource for the restoration of the human body.

The first amendment rights of "THE GENESIS II CHURCH of HEALTH and HEALING" and the BISHOPS GRENONS' have been violated.
It is your duty and responsibility to correct these violations, dismiss this case and release the Grenon's as they have been held unjustifiably for over one year to date. They have done nothing wrong. These men are NOT criminals. Please consider this and pray to GOD for WISDOM, KNOWLEDGE AND UNDERSTANDING to dismiss this case as it is extremely important in the eyes of our LORD and SAVIOR.

Not a single person was harmed by the dosing of the sacraments of the G2 CHURCH. It is impossible for the dosing of the sacrament as it is written of the G2 church to do any physiological damage or harm to the body. Please know that here are many clinical studies to support this fact.

I pray that your legacy be the judge who upheld the constitution against all odds. This I pray in the name and blood of Jesus. Amen.

Respectfully yours
Elizabeth Lamboy-Wilson

*Elizabeth Lamboy-Wilson* (signature)

**LAW OF OCTOBER 14, 2020 No. 1351**
**MONICA EVA CUP MURGA**
**PRESIDENT OF THE PLURINATIONAL LEGISLATIVE ASSEMBLY**

Inasmuch as, the Plurinational Legislative Assembly has enacted the following Law:
**THE PLURINATIONAL LEGISLATIVE ASSEMBLY**

**DECREE:**

**LAW REGULATING THE PREPARATION, COMMERCIALIZATION, SUPPLY AND CONSENTED USE OF CHLORINE DIOXIDE SOLUTION (CDS) AS A PREVENTIVE AND TREATMENT FOR THE CORONAVIRUS PANDEMIC (COVID-19)**

**ARTICLE 1. (PURPOSE).** The purpose of this Law is to exceptionally regulate the elaboration, commercialization, supply, administration and consented use of Chlorine Dioxide Solution, in a preventive manner and as a treatment for patients diagnosed with Coronavirus (COVID-19).

**ARTICLE 2. (DEFINITIONS).** For the purposes of the application of this Law, it is understood by:
a) Chlorine Dioxide Solution (CDS). Chlorine Dioxide ($ClO_2$) is a gaseous chemical compound as a result of the mixture of the precursors Sodium Chlorite ($NaClO_2$) activated with Hydrochloric Acid (HCl), Citric Acid ($C_6H_8O_7$) or electrolysis.
b) Chemical Precursor. It is an essential or necessary substance to produce another by means of the chemical compounds that constitute a first stage in a chemical process which acts as a substrate in the later stages.
c) Prospectus. Document that includes the main characteristics of a compound, such as composition, indications, dosage, precautions and in general all the necessary information to make correct use of it.
d) Dose. The effective amount of active ingredient of a compound, expressed in units of volume or weight per unit of intake depending on the presentation, that is administered to produce a pharmacological action or effect.

**ARTICLE 3. (PREPARATION).** Public or private laboratories, accredited and authorized by the competent governing body, may elaborate Chlorine Dioxide Solution, and they must comply with the quality conditions and include the final product prospectus that prove the composition, dosage, precautions and care when consuming this compound.

**ARTICLE 4. (COMMERCIALIZATION OF CHLORINE DIOXIDE SOLUTION.** Commercialization of Chlorine Dioxide Solution, must be carried out with indications of use and details of its dosage by:
a) Laboratories or universities, to the government of the central level, departmental governments, municipal governments, pharmacies and legally established clinics.
b) Pharmacies legally established, without the need for a medical prescription and with the full agreement of the buyer.

**ARTICLE 5. (SUPPLY).** The autonomous departmental and municipal governments must guarantee the supply in the public health sub-sector of Chlorine Dioxide Solution, as a consented alternative method for the treatment of Coronavirus (COVID-19).

**ARTICLE 6. (ADMINISTRATION).** Medical professionals may administer the Chlorine Dioxide Solution, with the informed consent of the patient or a family member, in accordance with the stipulated protocols.

**ARTICLE 7. (USE).** The citizens, residents and inhabitants of the Bolivian territory, may use Chlorine Dioxide Solution as an alternative method to prevent or treat the infection and consequences caused by the Coronavirus (COVID-19).

**ARTICLE 8. (COMMUNICATION AND DISSEMINATION).** Executive Body of the central state level, in coordination with the Autonomous Territorial Entities, are responsible for carrying out dissemination campaigns on the consented, responsible,

**ARTICLE 9. (EXCEPTIONAL TARIFF SYSTEM).** For the duration of the Coronavirus pandemic (COVID-19), the payment of customs duties is released on the importation of Sodium Chlorite (NaClO2), as a precursor of Chlorine Dioxide Solution.

**ARTICLE 10. (RESPONSIBILITIES).**
**I.** The following responsibilities are determined:
1. The central level of the State, through the Ministry of Health, will be responsible for:
a) Supervise the elaboration and commercialization of Chlorine Dioxide Solution for preventive or alternative therapeutic use for the treatment of Coronavirus (COVID-19).
b) Carry out responsible and adequate information campaigns on the consented and responsible use of Chlorine Dioxide Solution.
2. The autonomous departmental and municipal governments, within the framework of their powers, will be responsible for:
a) Carrying out information campaigns on the use of the responsible and appropriate Chlorine Dioxide Solution.
b) Acquire Chlorine Dioxide Solution from certified and authorized universities or public and private laboratories.
c) Provide free Chlorine Dioxide Solution to health establishments as a means of prevention and alternative treatment of Coronavirus (COVID-19).

**II.** The autonomous departmental and municipal governments may sign agreements with the universities of the Bolivian University System, for the acquisition of the Chlorine Dioxide Solution, in order to promote, in this way, research in Higher Education Institutions.

**ARTICLE 11. (FINANCING).** The Executive Branch of the central level of the State and the autonomous territorial entities, according to their attributions and powers, must consider the following sources of financing for free distribution:
a) Resources within the framework of Law No. 602 of November 14, 2014, on Risk Management.

## TRANSITIONAL PROVISION

**UNIQUE.** This Law will be regulated by the Executive Branch, through Supreme Decree, within a period of five (5) business days, computable as of its publication date in the Official Gazette of Bolivia.

Refer to the Executive Branch for constitutional purposes.

It is given in the Hall of Sessions of the Plurinational Legislative Assembly, on the fifth day of the month of August of the year two thousand twenty.


Sen. Leónidas Milton Barón Hidalgo
**PRESIDENTE EN EJERCICIO**
**CÁMARA DE SENADORES**

Dip. Eddy Henry Cabrera Carlo
**PRESIDENTE EN EJERCICIO**
**CÁMARA DE DIPUTADOS**


**SENADORA SECRETARIA**

Sen. Adela Cussi Camata
TERCERA SECRETARIA
CÁMARA DE SENADORES
ASAMBLEA LEGISLATIVA PLURINACIONAL

**SENADORA SECRETARIA**

Sen. Noemí Natividad Díaz Taborga
Primera Secretaria
CÁMARA DE SENADORES
ASAMBLEA LEGISLATIVA PLURINACIONAL

**DIPUTADA SECRETARIA**

Dip. Sandra Cartagena Lopez
PRIMERA SECRETARIA
CÁMARA DE DIPUTADOS
ASAMBLEA LEGISLATIVA PLURINACIONAL

**DIPUTADA SECRETARIA**

Dip. Nelly Lenz Rosi
SEGUNDA SECRETARIA
CÁMARA DE DIPUTADOS
ASAMBLEA LEGISLATIVA PLURINACIONAL

Therefore, in exercise of the power conferred in numeral 12, Article 163 of the Political Constitution of the State, I promulgate it so that it is upheld and enforced as a Law of the Plurinational State of Bolivia.

Legislative Palace, on the fourteenth day of October 2020.

Mónica Eva Copa Murga
**PRESIDENTA**
**ASAMBLEA LEGISLATIVA PLURINACIONAL**

**SIGNED BY: MONICA EVA COPA MURGA**
**PRESIDENT IN EXERCISE OF THE PLURINATIONAL LEGISLATIVE ASSEMBLY**

