

To The Honorable Judge Cecilia M. Altonaga,

Case Number: 21-CR-20242-Altonaga

This request is on behalf of Mark Grenon and his sons. You already know where they are and why so I won't go further on that. What is being done to them is wrong. This is not how America is supposed to work. There is a force at play to shut down any early treatment of Covid-19 and this is why they are where they are. You play a primary role in their release or you play a primary role in the agenda that is being played out not just in America but around the world. Our nation did not become great because people played along. It became great because brave people stood up and fought back. We gained our independence from the British in this way and we have been leading the world ever since. Please release them all. They have done no wrong. Thankyou for your time.

Sincerely,
Greg Seid
Virginia Beach, Virginia



Gregory T. Seid
1901 John Brown Ln.
Virginia Beach, VA 23464-8758



RICHMOND VA 230
31 JAN 2022 PM 1 L

HONORABLE JUDGE CECELIA M. ALTONA
SOUTHERN DISTRICT OF FLORIDA
ADMINISTRATOR
400 N. MIAMI AVENUE 8TH F.
MIAMI, FL 33128

33128-181047