# The Commonwealth of Massachusetts R 757452
### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS



**The Commonwealth of Massachusetts**
KEVIN H. WHITE
SECRETARY OF THE COMMONWEALTH
DIVISION OF VITAL STATISTICS

**DELAYED RETURN OF BIRTH**

1 PLACE OF BIRTH: County **Norfolk**; City or Town **Norwood**; No. **Norwood Hospital** Street _____ Ward _____

City or Town making this return: **Norwood 280**
Registered No. **970-6**
Deposition No. _____

2 FULL NAME OF CHILD: **Mark Scott Grenon**

3 Sex: **Male**
3a Color: **White**
4 (a) Twin, triplet or other _____ (b) Number in order of birth _____
5 Born ALIVE or STILLBORN: **Alive**
6 Date of Birth: **Aug. 9, 1957**

**FATHER**
Full Name: **Leo Francis Grenon**
8 Residence No. **18 Rockhill** Street; City or Town **Norwood** State **Mass.**
9 Color or Race: **White**
10 Age at Time of Birth: **37** (Years)
11 Place of Birth: **Lowell, Mass.**
12 Occupation (At Time of Birth): **Foreman in Construction**

**MOTHER**
13 Maiden Name: **Mary Bion**
Present Name: **Mary Grenon**
14 Residence No. **18 Rockhill** Street; City or Town **Norwood** State **Mass.**
15 Color or Race: **White**
16 Age at Time of Birth: **30** (Years)
17 Place of Birth: **Brockton, Mass.**
18 Occupation (At Time of Birth): **Housewife**

19 Attendant at birth or informant: **Edward R. DeRoma, M.D.** (Physician, Parent, or Other)
Address No. **40 Front** St., **Walpole**

20 Affidavit filed and recorded and a copy of return and affidavit transmitted to the Secretary of the Commonwealth: **SEP 03 1963**

21 Deponent Name / City or town / Relation to child: **Edward R. DeRoma, M.D.** — **Doctor**

22 The above record has been made in accordance with the provisions of General Laws, Chap. 46, Sec. 13.
Attest: *Bartley W. Connolly* (Registrar)
**Norwood**

See Reverse Side for Affidavit



*Karin A. Barrett*
**Registrar of Vital Records and Statistics**

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.

**IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER**

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

