mark scott of the House and lineage of grenon
A Son of The One True Creator
Ambassador to the Kingdom of Heaven
c/o 7115 N Division B-307
Spokane, Washington

FILED BY_____D.C.

JUL 21 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Everything is Trust and there is nothing that is not trust
No Trust can Fail for want of a Trustee
The primary responsibility of the Trustee is to protect the Trust

For your Reference : case # 1:21-cr-20242, and 1:20-cv-21601, and 1:20-mj-03050

i mark scott, a son of God from the house and lineage of those known as grenon, come to you as a friend of the court, not as surety or as an enemy of the state, nor do i have any friends or allies who are enemies of the state. i am here to recognize the Trust and Trustee.
i repent for all my sins against the trust, please forgive me. i surrender the legal person into the custody of the Trustee.

After the birth of mark scott of grenon, on or around the day of my Lord August 9, in the year 1957 my Mom applied for a birth certificate for licenses so as to do business in commerce. Shortly thereafter the MARK SCOTT GRENON Trust was created and Trustees were appointed.

i, mark scott, son of God, declare i am Beneficiary and not surety of the said commercial trust. Therefore, i recognize UNITED STATES DISTRICT COURT Southern District of Florida as Trustee for MARK SCOTT GRENON.

As a friend of the court, and the Beneficiary of the Trust, i join with the Trustee to protect and defend the Trust from all attacks by pirates and privateers both foreign and domestic and encourage said court to perform duties of Trustee and protect and defend the Trust from unauthorized claims.

i kindly ask the Trustee to investigate the validity of claimant's action against the Trust and if claimant is found to have standing, and the claim to have merit, then please pay the debt of the Trust out of the proceeds of the Trust.

In addition, this attack on the Trust has caused me great harm and i have suffered emotional angst, loss of sleep, financial hardship and great stress, and have been falsely imprisoned, falsely arrested; my property has been stolen, i am humbly petitioning the Trustee for financial recoupment and other remedy at the discretion of the Trustee so that i may be made whole.

Thank you so much for all that you do, i appreciate you upholding your trusteeship.
If you need anything further please do not hesitate to contact me.
Thank you,

all rights retained, without prejudice
beneficiary Mark Scott

by: mark-scott, beneficiary
authorized agent
(by POA)

pg 1 of 3

Case 1:21-cr-20242-CMA Document 71 Entered on FLSD Docket 07/22/2022 Page 2 of 4

# CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

## The Commonwealth of Massachusetts  R 899028
### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS



**The Commonwealth of Massachusetts**
KEVIN H. WHITE
SECRETARY OF THE COMMONWEALTH
DIVISION OF VITAL STATISTICS

**DELAYED RETURN OF BIRTH**

- PLACE OF BIRTH — County: Norfolk; City or Town: Norwood
- No. Norwood Hospital (Street) — Ward: (If birth occurred in a hospital or institution, give its NAME instead of street and number)
- City or Town making this return: Norwood 280
- Registered No. 970-C
- Deposition No. _____

2. FULL NAME OF CHILD: Mark Scott Grenon
3. Sex: Male; 3a Color: White
4. If plural births: (a) Twin, triplet or other ___ (b) Number, in order of birth ___
5. Born ALIVE or STILLBORN: Alive
6. Date of Birth: Aug. 9, 1957

**FATHER**
- 7. Full Name: Leo Francis Grenon
- 8. Residence, No. 18 Rockhill Street (At Time Birth Occurred); City or Town: Norwood; State: Mass.
- 9. Color or Race: White
- 10. Age at Time of Birth: 37 (Years)
- 11. Place of Birth: Lowell, Mass.
- 12. Occupation (At Time of Birth): Foreman in Construction

**MOTHER**
- 13. Maiden Name: Mary Bion; Present Name: Mary Grenon
- 14. Residence, No. 18 Rockhill Street (At Time Birth Occurred); City or Town: Norwood; State: Mass.
- 15. Color or Race: White
- 16. Age at Time of Birth: 30 (Years)
- 17. Place of Birth: Brockton, Mass.
- 18. Occupation (At Time of Birth): Housewife

19. Attendant at birth or informant: Edward R. DeRoma, M.D. (Physician, Parent, or Other)
Address: No. 40 Front St., Walpole

20. Affidavit filed and recorded and a copy of return and affidavit transmitted to the Secretary of the Commonwealth: SEP 03 1963

21. Deponent Name: Edward R. DeRoma, M.D.; City or town: ___; Relation to child: Doctor

22. The above record has been made in accordance with the provisions of General Laws, Chap. 46, Sec. 13.
Attest: Bartley W. Connolly (Registrar), Norwood

See Reverse Side for Affidavit

APR 25 2022

Karin A. Barrett
Registrar of Vital Records and Statistics

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.

**IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER**

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

On this day of July 20, 2022 we men and women witness the surrender of the legal persons
MARK SCOTT GRENON
JONATHAN DAVID GRENON
JOSEPH TIMOTHY GRENON
JORDAN PAUL GRENON

to the TRUSTEE
UNITED STATES DISTRICT COURT Southern District of Florida

men and women to witness

candi lee   all rights reserved, without prejudice
by: candi-lee, beneficiary          July 20, 2022

anthony lee   all rights reserved without prejudice
by: anthony lee

cassidy rae   all rights reserved, without prejudice
by: cassidy rae

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

**PRIORITY MAIL EXPRESS®**

UNITED STATES POSTAL SERVICE®

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Grenon
407115 N Division
B-307
Spokane Washington
[ 99200 ]

U.S.M.S.
INSPECTED

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

United States
District Court Souther District
of Florida
400 North Miami avenue 8N09
Miami Florida 33128



EI 350 060 132 US

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 99005
Scheduled Delivery Date: 07/21/22 INSPECTED
Postage: $26.95

Date Accepted: 07/20/22
Time Accepted: 1:34 ☒ AM
Weight: 4 lbs ☒ Flat Rate
Total Postage & Fees: $26.95

Acceptance Employee Initials: JSP



PEEL FROM THIS CORNER

