# MINUTE ORDER

Page 5

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor     Date: 7/28/2022   Time: 1:30 p.m.

Defendant: MARK SCOTT GRENON     J#: 13153-510   Case #: 21-CR-20242-ALTONAGA

AUSA: John Shipley     Attorney: _____

Violation: CONSPIRACY, CRIMINAL CONTEMPT     Surr/Arrest Date: 7/27/2022   YOB: 1957

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No     Recommended Bond: _____

Bond Set at: _____     Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
   Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: English

Disposition:

AFPD APPOINTED FOR CO-DEFT

Deft advised of rights + charges
Deft sworn + consents to VTC

Defendant refused and waived representation of counsel

Temp PTD

Brady Order given

Time from today to ___ ✓ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

(PTD)/Bond Hearing: 8/2/22 → @ 10:00am Duty Miami

Prelim/(Arraign) or Removal: 8/2/22

Status Conference RE:

D.A.R. 13:47:04 / 14:37:17     Time in Court: 25 mins

s/Melissa Damian     Magistrate Judge