# MINUTE ORDER

Page 5

## Magistrate Judge Lauren F. Louis

| **Atkins Building Courthouse - 11th Floor** | Date: 8/2/22 | Time: 10:00 a.m. |

Defendant:  Mark Scott Grenon          J#: 13153-510    Case #: 21-20242-CR-ALTONAGA

AUSA: Michael Homer/John Shipley          Attorney: _____

Violation:  Conspiracy, Criminal Contempt

Proceeding:  **RRC, PTD, Arraignment**          CJA Appt: _____

Bond/PTD Held: ○ Yes   ○ No      Recommended Bond: _____

Bond Set at: _____     Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/ _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language:  English

Disposition:

*Refused and Waived Representation of Counsel*

*Defendant refused representation of counsel*

*Pretrial Detention hearing held; Govt proferred; Govt's motion is granted; Defendant detained based on risk/ flight*

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| *Status Conference RE:* | *RRC/Arraignment* | *8/5/22* | *10:00 a.m.* | *Duty/Miami* |

D.A.R.  10:56:00                                   Time in Court:  35 mins

s/Lauren F. Louis                                   Magistrate Judge