UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MARK SCOTT GRENON**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. It is

**ORDERED** that Sabrina Vora-Puglisi is hereby appointed as **stand-by counsel** for Defendant, Mark Scott Grenon. A status conference/*Faretta* Hearing is scheduled before the Undersigned at **1:00 p.m. on August 4, 2022**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of August, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Defendants