UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MARK SCOTT GRENON**,
**JONATHAN DAVID GRENON**,
**JORDAN PAUL GRENON**, and
**JOSEPH TIMOTHY GRENON**,

    Defendants.

_____/

<u>**ORDER**</u>

**THIS CAUSE** came before the Court *sua sponte*. Being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that Defendants, Mark Scott Grenon, Jonathan David Grenon, Jordan Paul Grenon, and Joseph Timothy Grenon, shall submit to Psychological Examinations, pursuant to 18 U.S.C. section 4241. The evaluations shall be conducted by the Federal Bureau of Prisons, and shall be completed, and a report prepared, no later than **August 31, 2022**. The period of delay resulting from the examination of the Defendants and any subsequent judicial proceedings to determine the Defendants' competency shall be deemed excluded for speedy trial calculations pursuant to 18 U. S.C. section 3161(h)(1)(A).

**DONE AND ORDERED** in Miami, Florida, this 8th day of August, 2022.

                                                  _____
                                                **CECILIA M. ALTONAGA**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record, U.S. Marshal, Defendants, *pro se*