Untitled

8/29/22, 3:01 PM

Judge Cecilia M. Altonage, Case # 21-CR-20242
Chief United States District Judge, Southern District of Florida
Angela E. Noble, Court Administratior
400 N. Miami Avenue 8th Floor, Miami, FL 33128



FILED BY MC D.C.

SEP 01 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge Altonage,

I am writing on behalf of Case # 21-CR-20242. The information and products provided by Mark Grenon and his organization, attributed to the successful treatment of Stage 4 Cancer that I was diagnosed with 3 years ago. I talked with Mark Grenon on the phone during my treatment. He was only concerned with my health and progress, not money or a desire for any harm to come to me. His intentions are genuine and I believe his information saved my life. I continue to be cancer-free for 3 years. Please release him and his sons and let him continue their service to mankind.

State of Arizona, County of Pima. My current legal name is Gary D. Curtis. I am retired. I am presently 64 years old and my current address is 13545 S. Bell Rd., Benson, AZ. 85602.

I hereby state that the information above is true, to the best of my knowledge. I also confirm that the information here is both accurate and relevant information has not been omitted.

Signature of Individual

Date

8/24/2022

BRYAN M COMPTON
Notary Public - Arizona
Cochise County
My Commission Expires
April 30, 2025
Commission # 608378

Notary Public

Title & Rank

Teller

Date of Commission Expiry

April 30, 2025

13545 S. Bell Rd.
Benson, AZ 85602

U.S. POSTAGE PAID
FCM LETTER
BENSON, AZ
85602
AUG 29, 22
AMOUNT
$7.85
R2304M111461
33128
R2304M111461

CERTIFIED MAIL

7020 3160 0000 9570 2556

Angela E. Noble
Court Admin
400 N. Miami. Ave 8th Floor
Miami, FL 33128

33128-180199