UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MARK GRENON**,

    Defendant.
_____/

## NOTICE OF FILING COMPETENCY EVALUATION

The attached Competency Evaluation dated October 24, 2022, is to be made part of the record, and shall be filed under seal and shall remain under seal until November 2, 2023. This Notice shall not be filed under seal.

By: *Patricia Snead*
Patricia Snead, Courtroom Deputy
for the Honorable Cecilia M. Altonaga
(305) 523-5515