UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MARK SCOTT GRENON**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on November 4, 2022. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motions to Dismiss **[ECF Nos. 129, 130, 131]** are **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 4th day of November, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**