# EXHIBIT A



UNITED STATES GOVERNMENT

# Memorandum

*Federal Detention Center*
*33 N.E. Fourth Street*
*Miami, FL   33132*

DATE:   Friday, May 12, 2023

REPLY TO THE   C.S.O V COLON

ATTENTION OF:   MICHAEL B. HOMER

**SUBJECT**:   INMATE REJECTING TO RECEIVE MAIL

ON Friday, May 12, 2023, officer Colon, Victor who is assigned to the mail room was made aware by unit team that above inmates continue to reject correspondence coming from the AUSA office.

Grenon Jonathan reg number 73681-018
Grenon Timothy reg number 02657-506
Grenon Mark       reg number 13153-510
Grenon Joseph    reg number 02657-506
Grenon Jordan    reg number 73682-018

91 7199 9991 7030 8444 8200

**LEGAL CORRESPONDENCE**

DATE: _____ TIME: _____ OF RECEIPT
DATE: _____ TIME: _____ DELIVERED
STAFF: _____
STAFF SIGNATURE: _____
INMATE SIGNATURE: _____

Royal Palm P&DC 330
WED 01 FEB 2023

$ 008.69
0000913836   JAN 19 2023
MAILED FROM ZIP CODE 33132

Mark Scott Grenon, 13153-510
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

Returned to Sender

Inmate Refused

-c/w

U.S. Home, IVysis
Department of Justice
States Attorneys Off
District of Florida
St.
rida 33132

91 7199 9991 7030 8444 8194

Royal Palm P&DC 330
WED 01 FEB 2023

$008.69
0000913836  JAN 19 202
MAILED FROM ZIP CODE 3813

**LEGAL CORRESPONDENCE**
DATE: _____ TIME: _____ OF RECEIPT
DATE: _____ TIME: _____ DELIVERED
STAFF: _____
STAFF SIGNATURE: _____
INMATE SIGN_____

Jonathan David Grenon, 73681-018
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

Return to sender

Inmate Refused

B. Homer AUSA
rtment of Justice
es Attorneys Office
istrict of Florida

a 33132

91 7199 9991 7030 8444 7920

Royal Palm P&DC 330
WED 01 FEB 2023

$008.69
JAN 19 2023
MAILED FROM ZIP CODE 33132

**LEGAL CORRESPONDENCE**
DATE: _____ TIME: _____ OF RECEIPT
DATE: _____ TIME: _____ DELIVERED
STAFF: _____
STAFF SIGNATURE: _____
INMATE SIGNATURE: _____

— c/w

Joseph Timothy Grenon, 02657-506
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

Return to Sender

Inmate Refused

B Homer, AUSA
Department of Justice
US Attorneys Office
District of Florida
33132

91 7199 9991 7030 8444 7937

Royal Palm P&DC 330
WED 01 FEB 2023

$008.93
0000913836  JAN 19 2023
MAILED FROM ZIP CODE 33132

Jordan Paul Grenon, 73682-018
Miami Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

Return to Sender

Inmate Refused




7020 3160 0001 0950 7887

5/11/23

**LEGAL CORRESPONDENCE**
DATE: _____ TIME: _____ OF RECEIPT
DATE: _____ TIME: _____ DELIVERED
STAFF: _____
STAFF SIGNATURE: _____
INMATE SIGNATURE: _____

Jonathan David Grenon
73681-018
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

5/11/23

**LEGAL CORRESPONDENCE**
DATE: _____ TIME: _____ OF RECEIPT
DATE: _____ TIME: _____ DELIVERED
STAFF: _____
STAFF SIGNATURE: _____
INMATE SIGNATURE: _____

Joseph Timothy Grenon
02657-506
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101