**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20242-CR-ALTONAGA/TORRES**

**UNITED STATES OF AMERICA**

**v.**

**MARK SCOTT GRENON,**
**JONATHAN DAVID GRENON,**
**JORDAN PAUL GRENON, and**
**JOSEPH TIMOTHY GRENON,**

       **Defendants.**

_____/

<u>**UNITED STATES OF AMERICA'S NOTICE REGARDING EXPERT TESTIMONY**</u>

The United States of America hereby respectfully submits the following statement regarding discovery relating to expert testimony for the upcoming trial of this matter. Under Federal Rule of Criminal Procedure 16, expert discovery is governed by subsection 16(a)(1)(G), which provides that, "at the defendant's request, the government must disclose to the defendant" information required by the Rule regarding any anticipated expert witness. Once the government complies with the demand, the defense must provide reciprocal discovery of any expert testimony intended to be used by the Defendant. <u>See</u> Fed. R. Crim. P. 16(b)(1)(C).

The Defendants have not demanded expert discovery under Rule16(a)(1)(G), nor has the defense provided any discovery relating to any proposed expert witnesses that the Defendants may seek to call. We note nonetheless that information regarding the Government's likely expert witness, Dr. Arthur Simone, was and is available to the Defendants in the civil action against them, _United States v. Genesis II Church, et al., 20-21601-Civ-Williams_ (SDFL). To the extent any

Defendant does request Rule 16 expert discovery from the Government, the Government in turn requests reciprocal discovery from the defense.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:   /s/ Michael B. Homer
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9289
Michael.Homer@usdoj.gov

JOHN C. SHIPLEY
Assistant United States Attorney
Senior Counsel to the Criminal Division
FL Bar No. 0069670
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9111
John.Shipley@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 23, 2023, I caused a true and correct copy of the foregoing to be delivered via Certified Mail to pro se Defendants Mark Grenon, Jonathan David Grenon, Jordan Paul Grenon, and Joseph Timothy Grenon at the Miami Federal Detention Center, Inmate Mail/Parcels, Post Office Box 019120, Miami, Florida 33101.

/s/ Michael B. Homer
MICHAEL B. HOMER
Assistant United States Attorney