UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA/TORRES

UNITED STATES OF AMERICA

v.

MARK SCOTT GRENON and
JOSEPH TIMOTHY GRENON,

       Defendants.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice Counts 2 and 3 of the Indictment against defendants Mark Scott Grenon and Joseph Timothy Grenon, and only these defendants, as required by the Extradition Decisions of the Republic of Colombia with respect to these defendants, and the obligations of the United States under the Extradition Treaty with the Republic of Colombia, U.S.-Colom., Sept. 14, 1979, S. TREATY DOC. NO. 97-8 (1981).

Respectfully submitted,

By:   MARKENZY LAPOINTE
      UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: __June 28__, 2023

HONORABLE CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE