UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 21-20242-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

MARK SCOTT GRENON,
JONATHAN DAVID GRENON
JORDAN PAUL GRENON, and
JOSEPH TIMOTHY GRENON,

        Defendants.
_____/

## GOVERNMENT'S WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Honorable Cecilia M. Altonaga | Michael B. Homer<br>John C. Shipley, Jr. | Mark Scott Grenon, *Pro Se*<br>Jonathan David Grenon, *Pro Se*<br>Jordan Paul Grenon, *Pro Se*<br>Joseph Timothy Grenon, *Pro Se* |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| July 10, 2023 through July 14, 2023 | Stephanie McCarn | Patricia Snead |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Special Agent Jose Rivera, F.D.A. Office of Criminal Investigations |
| 2 | | | | | Dr. Arthur Simone, F.D.A. Center for Drug Evaluation and Research |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |