# REQUEST FOR IMMEDIATE RELEASE WITH EXTREME PREJUDICE

Elizabeth Lamboy-Wilson
1573 Patricia Ave, Unit #33
Simi Valley, CA 93065
Lizellie2000@yahoo.com
(818) 701-7443

July 1, 2023

FILED BY MC D.C.
JUL 12 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Judge Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florid /Angela E. Noble, Court ADMIN
400 N. Miami Avenue 8th Floor
Miami, FL, 33128

Re: Case # 21-CR-20242-Altonaga

Subject: Unlawful Imprisonment of Mark, Joseph, Jonathan, and Jordan Grenon

Dear Judge Altonaga:

I hope this letter finds you well. I am writing to bring your attention to a grave injustice that has been inflicted upon Mark, Joseph, Jonathan, and Jordan Grenon, and to express my deep concern regarding the actions taken against them by corrupt corporate entities without any valid claim of damages or injuries caused by the Grenon family. I urge you to carefully consider the following information and take immediate action to rectify this injustice.

Section 1: Personal Testimony

I would like to share my personal testimony about how the Grenon family and the ministry they founded have positively affected the lives of countless individuals, including mine. Their unwavering dedication to compassion for mankind is commendable. So much so that the country of Bolivia has approved the Grenon's sacrament, Chlorine Dioxide also known as MMS for its people.

I was told by doctors in the state of California that there was no cure for an illness I was diagnosed with and that I would be on medication for the rest of my life. Low and behold after the use of the G2 Church of Health and Healings sacrament, Chlorine Dioxide, (MMS) I was CURED of all of my illnesses and Dis-eases.

Section 1a: A gentle reminder

The Sixth Amendment of the United States Constitution grants criminal defendants the right to a speedy and public trial by an impartial jury. The amendment explicitly states that "the accused shall enjoy the right to a speedy and public trial, by an impartial jury. The Grenons' trial has been unreasonably delayed, thus the requirement to drop the charges as their 6th amendment rights have been violated.

Section 1b: 7TH Amendment:

No fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law. In a 7th amendment court, one can require all parties to possess first-hand knowledge of accusations. There MUST be an injured MAN OR WOMAN making a valid claim against a LIVING man or woman.

Section 2: Notice of Joiner and Culpability

By receiving this correspondence, you are hereby put on notice that your involvement in the injustice being perpetrated against the Grenon family creates joiner and culpability by either commission or omission. It is imperative to recognize that the continued imprisonment of these men undermines the very principles of justice and compassion that they have tirelessly worked to uphold. I implore you to reconsider your stance and actively contribute to their immediate release with extreme prejudice.

Section 3: Notice of Principal-Agent Relationship

It is crucial to acknowledge the principle that agents are responsible for the actions of their principal, and principals are responsible for the actions of their agents. The unjust imprisonment of the Grenon family reflects poorly on all those involved in their detainment. I urge you to evaluate the impact of your actions or inactions and recognize the profound consequences they have on the lives of these men and the values they stand for.

Section 4: Notarized Signature

To lend credibility to this letter, I have enclosed a notarized signature as required by the laws of California. Please find the notarized document attached to this correspondence.

As a fellow member of mankind, I implore you to recognize the immense compassion and positive impact that the Grenon family and their ministry have had on countless lives. It is my fervent belief that they are innocent and do not deserve to be subjected to unlawful imprisonment.

Thank you for taking the time to read this letter. I trust that you will give due consideration to the matters raised herein and take immediate action to rectify the injustice faced by the Grenon family. I demand their immediate release, as their continued detainment contradicts the very essence of justice and compassion. I require a written response to this letter within thirty (30) days from the letter's postmark. If I do not receive a response within thirty (30) days from the post mark of this letter it will be considered passive acquiescent and contractual agreement to guilt as being a participant wrong doer in forth coming common law claims of injury against mankind.

Respectfully and sincerely,

*Elizabeth Lamboy-Wilson*

Elizabeth Lamboy-Wilson

Enclosure: Notarized Signature (Copy)

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 ~~_____~~
2 ~~_____~~
3 ~~_____~~
4 ~~_____~~
5 ~~_____~~
6 ~~_____~~

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _7th_ day of _July_, 20_23_,
by
(1) _Elizabeth Lamboy-Wilson_
(and 2) _N/A_ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

KUNPENG WANG
Notary Public - California
Los Angeles County
Commission # 2382360
My Comm. Expires Nov 9, 2025

*Place Notary Seal and/or Stamp Above*

────────── **OPTIONAL** ──────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Request for Immediate Release with Extreme Prejudice_
Document Date: _07/07/2023_   Number of Pages: _4_
Signer(s) Other Than Named Above: _N/A_

©2019 National Notary Association

M1304-08 (09/19)

Elizabeth Kennedy
1573 Patricia Ave
Simi Valley, CA 93065



7022 2410 0003 2538 0502

REC'D BY _____ D.C.
JUL 12 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case # 21-CR 20242-Altonaga

Judge Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 N. Miami Ave 8th Floor
Miami, Fla 33128

RETURN RECEIPT REQUESTED

