UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

MARK SCOTT GRENON,
JONATHAN DAVID GRENON,
JORDAN PAUL GRENON, and
JOSEPH TIMOTHY GRENON,

      Defendants.
_____/

## VERDICT

**WE THE JURY** find unanimously as follows:

    For **DEFENDANT MARK SCOTT GRENON:**

    As to Count One of the Indictment:      __✓__ Guilty    _____ Not Guilty

    If guilty, please identify whether the Government proved the following objects:

    To defraud the United States and its agencies:

                                                             __✓__ Yes    _____ No

    To commit the offense of distributing an unapproved new drug:

                                                             __✓__ Yes    _____ No

    To commit the offense of distributing a misbranded drug:

                                                             __✓__ Yes    _____ No

CASE NO. 21-20242-CR-ALTONAGA

**For DEFENDANT JONATHAN DAVID GRENON:**

As to Count One of the Indictment:     ✓ Guilty     ___ Not Guilty

If guilty, please identify whether the Government proved the following objects:

To defraud the United States and its agencies:

    ✓ Yes     ___ No

To commit the offense of distributing an unapproved new drug:

    ✓ Yes     ___ No

To commit the offense of distributing a misbranded drug:

    ✓ Yes     ___ No

As to Count Two of the Indictment:     ✓ Guilty     ___ Not Guilty

As to Count Three of the Indictment:     ✓ Guilty     ___ Not Guilty


**For DEFENDANT JORDAN PAUL GRENON:**

As to Count One of the Indictment:     ✓ Guilty     ___ Not Guilty

If guilty, please identify whether the Government proved the following objects:

To defraud the United States and its agencies:

    ✓ Yes     ___ No

To commit the offense of distributing an unapproved new drug:

    ✓ Yes     ___ No

CASE NO. 21-20242-CR-ALTONAGA

To commit the offense of distributing a misbranded drug:

      ✓ Yes        ___ No

As to Count Two of the Indictment:      ✓ Guilty      ___ Not Guilty

As to Count Three of the Indictment:      ✓ Guilty      ___ Not Guilty

**For DEFENDANT JOSEPH TIMOTHY GRENON:**

As to Count One of the Indictment:      ✓ Guilty      ___ Not Guilty

If guilty, please identify whether the Government proved the following objects:

To defraud the United States and its agencies:

      ✓ Yes        ___ No

To commit the offense of distributing an unapproved new drug:

      ✓ Yes        ___ No

To commit the offense of distributing a misbranded drug:

      ✓ Yes        ___ No

**SO SAY WE ALL**

Signed: _____
              Foreperson

Dated: 7/19, 2023

3