

GOVERNMENT
EXHIBIT
2
21-20242-CR-CMA