GOVERNMENT EXHIBIT
12
21-20242-CR-CMA



**HOME   ABOUT   BLOG   MMS▾   FAQ   ARCHIVES▾   BOOKSTORE   CONTACT**

## A word from Jim Humble

I want to tell you about a breakthrough that can save your life, or the life of a loved one. In 1996, while on a gold mining expedition in South America, I discovered that chlorine dioxide quickly eradicates malaria. Since that time, it has proven to restore partial or full health to hundreds of thousands of people suffering from a wide range of disease, including cancer, diabetes, hepatitis A, B, C, Lyme disease, MRSA, multiple sclerosis, Parkinson's, Alzheimer's, HIV/AIDS, malaria, autism, infections of all kinds, arthritis, high cholesterol, acid reflux, kidney or liver diseases, aches and pains, allergies, urinary tract infections, digestive problems, high blood pressure, obesity, parasites, tumors and cysts, depression, sinus probems, eye disease, ear infections, dengue fever, skin problems, dental issues, problems with prostate (high PSA), erectile dysfunction and the list goes on. This is by far not a comprehensive list. I know it sounds too good to be true, but according to feedback I have received over the last 20 years, I think it's safe to say MMS has the potential to overcome most diseases known to mankind.

It is important to note that MMS does not cure disease. MMS is an oxidizer, it kills pathogens and destroys poisons. When these are reduced or eliminated in the body, then the body can function properly and thereby heal. I often say, "The body heals the body". MMS helps to line things up so the body can do just that.

I have done many things in my lifetime—gone from a backwoods boy in Alabama, to the Marines, to a nutritional and alternative health enthusiast, to Aerospace, to electronics researcher, to inventor (of many things), to gold mining. Realizing I found "real gold" when I discovered MMS, from that point on I've dedicated all my time and effort to helping others recover their health and to bringing this technology to the world. It is my mission to bring this knowledge of health recovery to mankind. All profits from the sales of my books go towards this mission.

### The blog

A Word on Coronavirus

A New Year's Gift for You

### AVAILABLE NOW



### WHERE TO BUY MMS

🛒 MMS Suppliers Worldwide

### VIDEO SECTION

• LEAKED: Proof the Red Cross Cured 154 Malaria Cases with MMS

• Second Leaked Red Cross Video, Published Jul 1, 2013

• First Leaked Red Cross Video, Published May 2, 2013

• Jim Humble responds to the FDA

Disclaimer: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein. License: Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported License.