Select Language

GENESIS II CHURCH OF HEALTH & HEALING

G2 Church Documentary | Get The Newsletter!

Home | About Our.. | Become a .. | MMS (Master Mineral Solution) | Contact The Church

**The Genesis II Church of Health & Healing**

**Our church**

There has never been a similar Church to this Church. There has never been a Church of Health and Healing. (In so far as our research has been able to determine). Our name is Genesis II Church of Health and Healing. The word Genesis means, " The Beginning." The II (Two) symbolizes the second beginning. And we look at the words Health and Healing to indicate that we are working towards , "bringing health to the world".

In most countries of the world the common law says, and/or statutes have been legislated to say, it is a legitimate purpose to form a Church to serve God or to serve MANKIND in some way. So far our research shows, down through the ages it has almost always been stated legally and lawfully that the second purpose (of serving mankind) is a legitimate purpose for forming a Church. Remember, a Church is nothing more than a group of people who have joined together for some common purpose.

AND as stated above, we have not been able to find any evidence of any other Church that has ever been formed to serve MANKIND. Generally, all Churches are formed to serve God. If helping mankind in some way serves God then they do that, but they consider their help to be serving God. Of course, we have no argument with that what-so-ever in any way!

HOWEVER, that is not our purpose. We were formed to serve MANKIND directly. We want to bring health to the world. We will also serve MANKIND in other ways. We intend to help MANKIND extract himself from a world of death to a world of the living over the coming years. It is not a religious goal; it is a realistic goal of having us all live in a decent world, a world where the brutality has finally been overcome, where men no longer kill other men for financial gain.
Although the required six of us has written up our common beliefs, signed them, notarized them, and deposited them where the public can see them as required lawfully, we do not require those who join us to believe anything in particular, or change their beliefs in any way, however anyone who does join us must come into our church to help with at least one of the 7 services to mankind listed below.

**Leadership and Policy making**

The Genesis II Church of Health and Healing is a very loose knit organization and wants all Church chapters to be indigenous and autonomous. The founding 6 members are the leadership and policy makers and will add others to help as the Church is able.

**Our service to mankind consists of:**

(1) Doing good deeds, (2) Good health for all mankind, (3) Doing what is right, (4) Freedom for all mankind, (5) Enlightening others with the truth, (6) Helping one another, (7) Maintain integrity in all things.

We do not feel that it is our mission to teach our members any kind of beliefs beyond the technology of our Sacramental Protocol Water and other cleansing technology of our healing Sacraments. We believe that it is each member's private responsibility to form his or her own religious beliefs and thus we remain neutral to all the religious beliefs of our members.

**MEMBERSHIP**: There are a number of advantages to becoming a member of this church besides the fact that you will be helping us change the world to a better place. I mean really change the world not all the mamby pamby stuff that the religions have been spewing for the past thousands of years. Here is a list of some of the advantages:

1. Protection against vaccinations, unwanted x-rays, scans, or health insurance mandated by human authority. We are a church and it is against our church's beliefs. People have already used their membership cards to keep from being vaccinated, and from going through scans.

2. The ability to purchase health products of all kinds in any quantity including but not limited to food, plants, vitamins minerals, herbs and all remedies in any quantity necessary for yourself or your family. This protection will be more understood when the church has its own health food stores right in the church building. The belief includes the right to maintain these products in your own home.

3. The membership includes a picture membership card with these rights written on the back and a notice that anyone violating these rights will be prosecuted by the Church.

The Church Membership costs $35 per adult which includes the Membership card with a picture for the first year and $20 a year there after. Children 12 and below are ½ price and each child should carry one of these cards especially to prevent vaccinations.

Ministers of Health: Ministers of Health are trained in seminars or from our Online course The training is very thorough and includes doing and using all the sacraments (protocols) on oneself. Each student learns all the technical data of why MMS works and Sacraments for most diseases of mankind. Finally, there is an exam to test your mental proficiency of the G2 Sacraments.

Finally, each student receives a Health Minister's certificate, plus a certificate giving permission to open a local Church chapter, and an identification card naming them as a Minister of Health of the Genesis II Church. No one in the History of Man has had as much ability to heal as many diseases with as much certainty. Medical doctors, for instance, will in their entire lifetime heal less people than one of our ACTIVE Ministers will heal in one year. The doctor's certificate is dependent upon some experience. Once a student or Minister of Health has healed 10 people he or she can request a Bishop's certificate. Why wouldn't we? No other healer anywhere on earth can do what a Genesis II Church Minister of Health can do.

What we have created here and are now in the process of doing no other group or organization on Earth has ever done. There are millions using MMS, but no one knows more about using MMS than our Health Ministers. Nowhere are there greater humanitarians than those who are a part sof us. Please let me personally invite you to come join us and become a Member, Health Minister or Bishop and begin healing the people of this planet. Earth needs your help. We have the God-given tools to "create a world without disease".

The Genesis II Church of Health & Healing is a non-religious church welcoming people from all walks of life, religions, colors, creeds and belief systems. We are a Health Church and focus on "restoring health" to the world! The only per-requisites for becoming a member of the Genesis II Church of Health & Healing is being in support of the following beliefs:

- Doing good deeds
- Good health for all mankind
- Doing what is right
- Freedom for all mankind
- Enlightening others with the truth
- Helping one another

Any person in support of the beliefs above are welcome to become a member of our Church. This is how we can work together with all people of the world, without dogmas, decrees or rules that divide mankind. We at the Genesis II Church of Health & Healing, welcome any and all of you to join us in helping to create "A world without disease".

**Who are we?**

The Genesis II Church of Health and Healing, a most unusual church.

"Nothing is lawfully right that is morally wrong" - Archbishop Mark S. Grenon

Spirituality is beyond definition by governments. It is the stuff of natural law, which is shaped by immortal forces and not by humankind. Statutes, constitutions and judicial rulings are created by humankind based on their best, but limited, understanding of how things work. Natural law was here before we humans arrived and will be here long after we are gone. It cannot be governed by mortal minds. The Genesis II Church is unique, as it was formed for the purpose of serving mankind and not for the purpose of worship. Thus the religious beliefs of our members and of other churches are not our focus.

Our beliefs are extremely simple; are universal concerning our services to mankind, and are explained below. We expect our members to attend their own church and maintain their own religious beliefs. We offer no suggestions or dictates regarding this matter. Health and Truth is what we concentrate on. We are non-religious but spiritual. We believe religion is man makes to try to reach God but the things of the Spirit of God as seen in Natural Law is God reaching to us!

**The Genesis II Church Created According to Natural Law**

We are a congregation of humans who believe we have a spiritual mission to "create a world without disease". We are all totally responsible for mankind i.e. "our neighbors". "Love thy neighbor as thine own self" is a good practice to live by as well as thinking upon the things that help, build up and encourage others and yourself. "Finally, brethren, whatsoever things are true, whatsoever things are honest, whatsoever things are just, whatsoever things are pure, whatsoever things are lovely, whatsoever things are of good report; if there be any virtue, and if there be any praise, think on these things.", Philippians 4:8

**We of the Genesis II Church of Health & Healing believe in:**

- Doing good deeds
- Good health for all mankind
- Doing what is right
- Freedom for all mankind
- Enlightening others with the truth
- Helping one another

Maintain Integrity in ALL Things

We are unique because we were formed to serve mankind. We are non-religious in nature because we serve mankind. Many people believe that the word, "Church" can only be associated with Christians. This is the secular definition the world has given it since the first century. However, in reality the word "church" came from the Greek word, "ekklesia", which means, "a called out assembly" or "an assembly called out for a specific purpose." Originally, it was used as a political group in Greece. The New Testament writers used the term as a group of believers in Jesus of Nazareth to be the Promised Messiah.
Our Church is an assembly called out for the specific purpose of benefiting mankind and that is the reason we exist as a Church. We benefit mankind by practicing the 7 tenets of our Creed given above and explained below.

The Genesis II Church is a Church of action. In other words, we want the world to see us as, The Genesis II Church, an assembly of specifically-chosen people with a purpose, namely, to implement the 7 beliefs explained below.

**The 7 Tenets of the Genesis II Church Creed**

To become a member of the Genesis II Church one must believe and try to practice the following 7 beliefs. That is the only requirement for membership. You might think, Oh, these are nice cute beliefs to have, but for us, they are much more than a few superficial beliefs. They are deep rooted convictions that we continue to practice.

**1.** We of the Church believe in doing good deeds

This belief seems pretty much self-explanatory, but maybe not. Every time you do a good deed you make the world a little bit better place. As a person does good deeds for other people without expecting anything in return he begins to feel a little bit better about himself. He enjoys his good deed and the person he helps enjoys his good deed. Because of one good deed two people feel a lot better. Good deeds are generally for the enjoyment of the doer, not the receiver.

"I have shewed you all things, how that so labouring ye ought to support the weak, and to remember the words of the Lord Jesus, how he said, It is more blessed to give than to receive.", Acts 20:35

All of us need to see that it is every human's responsibility to personally participate in changing this world, or it will not be done. We do good deeds without expecting payment or reward because it is the right thing to do.

**Some Examples of Good Deeds**

- Stopping along the road to help a motorist fixing his tire or going for gasoline
- Helping our neighbor carry a lot of heavy things out of his house
- Helping the proverbial old lady, or a blind person cross the street
- Giving the shoe shine boy an extra buck
- Buying someone a meal or paying for their groceries

There are thousands of deeds we can do that do not encourage laziness in those we help. This belief is not a religious requirement, it simply helps make the world just a little bit better place to live. Don't worry about what the other guy s doing – just do your good deeds and the reward is that another act of kindness has been done. You are always rewarded with more than you did. If you do it right, the good deed is more for you than for the person or persons you helped. Over time, it affects all you do, as it reshapes your passion towards life. Simply by doing good deeds each day we all can make the world a better place.

**2.** We of the Church believe in good health for all mankind

Ministering to the needy and healing the sick has been the work of churches throughout the ages. Our major function is slightly different. We bring health to the sick. Our Church discovered various technologies not known to the general public, which when used, will bring health regardless of the disease that might be present.

These technologies, for the most part, have been known for more than 70 years but have been blocked by the AMA and FDA and have consequently not become known to the healing community. First Jim Humble, and now the Church have been rediscovering this known but ignored technology, and are now using it to "restore health" to the sick.. That's what we do. We use MMS and a number of other powders, solutions, herbs, chemicals and technology to quickly "restore health" to those who are sick. These mentioned solutions have now become the Health Sacraments of our Church, and they alleviate much of the world's suffering and prevent many deaths. More than 5 million have been treated so far. This is making the world a better place one person at a time!
One very important unique thing about the Genesis II Church is that we teach everyone to practice "self-care" and not "health-care".

**Here you can learn the Genesis II Church Sacramental Protocols;**

Another unique thing about the Genesis II Church is that we have done REAL clinical studies around the world with 10's of thousands of people not animals!
Please see www.mmstestimonials.is or our https://www.youtube.com/user/MMStestimonials for video testimonies. We have testimonies from many people who have had a multitude of different illnesses that plague mankind. Some are man-made for the purpose of making money, enslaving the world and controlling the population.

Because we cannot get HONEST reporting form any MAIN Strean MEDIA in this world we decided to start our own Radio Broadcast called G2Voice on www.g2voice.is and https://www.youtube.com/channel/UCQRYRsUj7A_0S36nB1haEAg

We have developed Sacraments using the cleansing waters of our Church, (MMS1, DNSO, MMS2, and others). As of 2/1/2018, we have 3008 Members, 1876 Health Ministers in 226 Churches in over 135+ countries using our Sacramental Protocols to "restore health" to themselves and others. That is why we are unique.

Each member carries an I.D. Card, with or without a Photo, which states: "This card signifies that this member of the Genesis II Church of Health and Healing has the God-given, unalienable right to control and maintain their personal health. All members are exempt from any means not chosen, including but not limited to: vaccinations, medications, X-rays, scans, implants, mandatory voting, and health insurance mandated by a human government or authority. Genesis II Church members have the God-given, unalienable right to choose products for their health, including but not limited to: food, plants, vitamins, minerals, herbs, and all remedies in any quantities they consider useful or necessary for their personal health or the health of their families. All members have the right to freely acquire these products for the health of themselves and for other members of the Genesis II Church of Health and Healing, and to maintain such products at their place of abode or wherever they deem necessary."

"Note: The Genesis II Church will vigorously prosecute any and all persons who violate the religious rights of members of our Church. If any of this member's rights are violated, he or she will contact the Genesis II Church."

[illegible]

**3.** We of the Church believe in doing what is right

[illegible]

**4.** We of the Church believe in freedom for all mankind

[illegible]

**5.** We of the Church believe in enlightening others with truth

[illegible]

share our newsletters with your neighbors at: www.mmsnews.is Listen on Sunday's to the G2voice Broadcast at: http://www.g2voice.is/ and on video at: https://www.youtube.com/channel/UCQRYRsUj7A_0S36nB1haEAg

As time goes on, there will be other things all of us can do. It is our job, along with others on the Internet to enlighten humanity of these facts.
Here are two books from the two founders of the Genesis II Church that speak the truth and shows the evidence:

"Imagine, A World Without DIS-EASE" by Mark S. Grenon:

eBook - https://www.g2sacraments.org/#!/A-World-Without-DIS-EASE-Is-it-possible-Volume-1/p/96798631/category=0
Printed - https://www.amazon.com/Imagine-World-Without-DIS-EASE-Possible/dp/1983786039/ref=sr_1_1?ie=UTF8&qid=1516799147&sr=8-1&keywords=mark+grenon

"MMS Health Recovery Guide" by Jim Humble: eBook & Printed - https://jhbooks.org

**6.** Helping One Another

This is probably the easiest one to practice but it is more than helping your neighbor. If you love ALL your neighbors as much as you love yourself then you WILL help them! So, the key reason to "helping one another" should be motivated by love. We know it is hard to "love" many of the people of this world but if we see them as God sees them then we will love them because we are all ONE FAMILY! If God, knowing ALL, still loves ALL of us in this world, we knowing little, should follow His example!

"And he answering said, Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy strength, and with all thy mind; and thy neighbour as thyself.", Luke 10:27

"And the second is like unto it, Thou shalt love thy neighbour as thyself.", Matthew 22:39

"And the second is like, namely this, Thou shalt love thy neighbour as thyself. There is none other commandment greater than these.", Mark 12:31

**7.** Maintain Integrity in ALL things

We at the Genesis II Church believe that if the people of this world, especially the leaders, would have integrity in all they do, the world would be a peaceful place!

"Integrity is doing the right thing. Even no one is watching", C.S. Lewis

"The entire, unimpaired state of any thing, particularly of the mind; moral soundness or purity; incorruptness; uprightness; honesty. Integrity comprehends the whole moral character, but has a special reference to uprightness in mutual dealings, transfers of property,and agencies for others.

The moral grandeur of independent integrity is the sublimest thing in nature, before which the pomp of eastern magnificence and the splendor of conquest are odious as well as perishable.

Purity; genuine, unadulterated, unimpaired state; as the integrity of language.", Noah Webster 1828

**License**: Except where otherwise noted, the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported License.

(cc) BY-NC-ND

**Disclaimer**: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein.

GOVERNMENT EXHIBIT
13
21-20242-CR-CMA