Case 1:21-cr-20242-CMA Document 194-6 Entered on FLSD Docket 07/24/2023 Page 1 of 5

GOVERNMENT
EXHIBIT
14
21-20242-CR-CMA



## Saludos from the Dominican Republic!

The first MMS training seminar in the Dominican Republic has now concluded. Many thanks to the 26 people who came to this historic course! Everyone seemed to be very happy and enthusiastic about the MMS information and practical ideas that they learned and took their doses of MMS. In fact, I really feel that I can say that it was a fantastic success. Ten countries from all over the world were represented and everyone became friends.

We covered the basics of MMS and then some important details. We did find that the data covered is pretty much completed and everyone happy in one week, so one week is what we have decided on for the coming seminars, except for one thing. We covered the theory in the course, but then there is the practical side. What about covering the actual use of MMS in the field? Well, we did that, too. As you know the Dominican Republic is right next door to Haiti. So Mia and some of the group went for an excursion into Haiti, inspired by group member Jenny's enthusiasm and determination.

Haiti is in a pretty bad situation at this time and, of course, there isn't much a handful of us can do in one short visit to change the situation there, but we were able help a little with our MMS. The five of our group were taken to the border where we rented a taxi to take them to Jenny's Korean contact in Haiti in the capital city


**Giving Out MMS in Haiti**

of Port au Prince. We were welcomed by a Mr. Simon Kim who leads a mission there and who has groups of Korean American doctors who fly in to help out. The next day, in the field, tables were set up at a church and the doctors examined the hundreds of waiting people one by one and handed out a few things like antibiotics, over the counter pain killers and antifungal creams. After which each person was sent to the MMS table before leaving and was treated according to what was learned in the MMS course. Cases of malaria and various ailments were treated. Over 300 people were treated with MMS with the cooperation and appreciation of the doctors. At first some of the doctors there were quite skeptical of MMS, but by the time our group left two days later even the most skeptical of the doctors had become believers in MMS and that was huge for us because we anticipated resistance from them.

On the way into the country at the order a typical thing happened to illustrate one of the reasons why Haiti has had so much trouble. There was an 80 truck caravan with relief supplies for the people of Haiti waiting to cross the border into Haiti. The border guards were asking for a $100 dollar crossing fee for each truck. They would not allow the relief trucks to cross into Haiti.

---

*Vol 1 Issue 11*

**See Jim in Europe,
Holland, Germany & Czech Republic!**

**At the Nexus conference on
May 1, 2010 in Amsterdam**
http://www.nexusconference.com/

**May 2, 2010 Mönchengladbach
Germany at 4:00pm**
Exact address: **Kunstwerk e.K.,
Wickrathberger Str. 18b, in D- 41189
Mönchengladbach.**

**Czech Republic appearance!
Prague Speaking Event for Jim
May 7 or 8, to be determined.
For more information, contact
John: info@emms.cz**

### I N D E X

1. Saludos
2. Next Seminar
3. Course Details
4. Donations
5. Genesis II Church
6. Joining the Church
7. Are You Sick Now?
8. Archive and Important links
9. Email this newsletter
   to a friend

**Voluntary Contributions
Deposit Directly into Jim's
Trust Account.**

Change the amount below to any amount you wish to contribute:

100.00

(US $$ Currency Only)

**Repeated Donations?**
Do not repeat ▼

**Your Full Name:**

**Your Email:**

The Cuban leader of the truck caravan told Mia that he didn't have the necessary $8000 to get the trucks across the border and he could not get the money at that time. The caravan was turned around and headed back into the Dominican Republic. It is not likely that any of those relief supplies will ever reach Haiti. Most likely they will be sold in stores in the Dominican Republic. You may think that the border guards were stupid, but not so, that was no doubt from direct orders from the government of Haiti. They want the border money (most likely for their own pockets). The government of Haiti has shown that degree of stupidity with just about everything that they do and it all relates to greed and no kind concern for their own people.



**Drinking MMS**

**Taking MMS**



This newsletter is copyrighted but may be reprinted and republished freely. Contact us at MMSnews@MMS-central.com

**Signup: MMS Newsletter**
Enter your email address:

Subscribe

**Click Once. Await Confirmation.**

*The next Dominican Republic MMS Seminar is 7th of June*, be there, you will love it.

Return to Top

So let me tell you about it. There will be a week of theory where I cover the details on what MMS is, how it works, the basic chemistry for anyone coming off the street, how it is made, labeled and bottled, how to treat Cancer, Hep C, HIV, colds, H1N1 flu, and dozens of other diseases. I try to tell you everything I know. When people leave here they really know how to use MMS for all things, skin diseases of all kinds, colon problems, how to regenerate the liver, how to treat brain cancers, how to treat babies and pregnant women, and how to treat animals from mice to elephants. You will be personally taking MMS while here, spraying your skin with powerful solutions of MMS (but won't hurt you), spraying others' skin and hair. You will learn to use sprays, baths, IV solutions, MMS gas, soak the feet, and most importantly, the new protocols that in the country of Malawi have cured more than 800 people of HIV plus 40 cancer cases, 50 of feet and leg numbness, 3 heart disease cases, 13 diabetes cases, and many other diseases and problems.

Return to Top

**Course Details**
Of course you can join our excursion into Haiti again to use the MMS in the field and even to treat some of them yourself. The first week of the basics of MMS is $750 US dollars, and the second week if you care to stay is $250 either for the excursion into Haiti or you have the choice of staying in the Dominican Republic where you can join a field trip into the mountains where there are villages that can also use our help. The week end between the course and the field clinics will be left open for you to go anywhere you like. These prices include room and board. You will be staying in a nice dormitory with bunk beds with plenty of showers. Our Genesis II Mission is inside of a 12 foot wall and security is very safe. No worries of theft inside the complex.

The course will conclude on Friday June 18.

**Donations**
We appreciate the help we have received and we have put it to good use, since January 1st, there is now a clinic operating in Africa, a training center in the Dominican Republic and we are soon going to launch our next venture, so please think of us and give generously so that we can start to offer scholarships and attend to more people in need.

**Genesis II Church of Health and Healing**
Let me tell you one other important concept that was introduced to the group that was here at our first seminar. Now hold on to your chair and don't get upset until you have read it all. Some of the group here got upset at first, too, but they all left here agreeing we have a tremendous idea for not only curing people but for changing the world as well. So here it is: we are forming a church of health and healing. Now that's not religion, that's health and healing. It's called Genesis II Church of Health and Healing. ("Genesis" means the beginning, and "II" means the second beginning and this is the beginning of a new world without disease.)



We were honored to have Adam Abraham, author, filmmaker, blogger, and podcaster with us for the entire course and he has produced a podcast interview with Tammy, who works at the only dedicated MMS help desk. Listen now to their conversation from

What was it that Jesus Christ did first of all, always? He healed the sick. That is what we will be doing but there is a lot more to it than that. Do you understand the power that a church has that hasn't given up its power? Look at the Catholics. Their priests have been molesting women and children for centuries and the governments have not been able to stop it. If handled properly a church can protect us from vaccinations that we don't want, from forced insurance, and from many things that a government might want to use to oppress us.

the top of the cliffs at dawn in the Dominican Republic and hear how the new protocols are working.

Do you see? For hundreds of centuries governments have oppressed their citizens in any way they wished. They taxed them, took their homes, killed them, tortured them, and many other things. Did you know that the US government took 4.5 billion dollars worth of property, bank accounts, cars, and other items from US citizens in 2006 and has taken more each year since? You may not realize how things are going in the US. If you have trouble believing this look up The Civil Asset Forfeiture Reform Act of 2000 Number HR1658, the internet not only gives you this complete act but it takes you to the records where the amounts that have been seized are recorded. They are not returned. During the last century which most of us lived in, there were governments that killed millions of their own citizens.



**First Genesis II Mission to Haiti**

Most churches have given up their power by signing contracts with the government for tax exemption and other privileges that they already have anyway. I am sure you know that the constitution of the US says that congress shall make no laws regulating an establishment of religion, or the free exercise thereof. In most countries there is the legal doctrine of separation of Church and State. This legal doctrine, recognized by most law courts, states that the church has as much power or more than the government in their area. Most courts recognize that God founded the churches and he is much more powerful than the governments.

Return to Top

**Joining the Church**
You can become a member of our church and still be a member of your own church because we do not dictate that anyone believe any particular thing. Come to us for healing and sanctuary from vaccinations and other government interference, and go to your church for your spiritual beliefs. Anyone can join our church at no cost. If you wish to have a church membership identification card with your picture that states that you must not be vaccinated, the cost is $10 to join. This card won't be available for several weeks yet as we are still forming the church.

This idea is powerful. We already have tremendous lawyers who will help us. When someone is attacked by the government, say for instance, a health food store, we will have many lawyers to file injunctions, and we may even have some of the Oath Keepers present. In any case we will protect our members. We will be able to maintain access to those nutrients that Codex Alimentarius is seeking to control and keep from the people.

If you wish, you will receive a pastor's certificate and you will have the legal right to use Reverend in front of your name. It will be legal for you to not pay income tax. You can also receive a certificate to start a chapter of our church right there in your area. You can hand out tracts telling about MMS and our healing and you will no doubt have people come to you for healing. It will be best not to charge for your service, instead ask for donations after they get well, and that usually takes only a few days. Most people will want to donate something when they get well. You will make more money that way than selling the bottles of MMS. If you keep at it you should soon have enough to start building a Church. Our course teaches you how to handle all diseases and health problems except those needing surgery which is a small number.



**See Jim in Europe, Holland & Germany!**

**At the Nexus conference on May 1, 2010 in Amsterdam**
http://www.nexusconference.com/

May 2, 2010 in Mönchengladbach, Germany at 4:00pm
Exact address: **Kunstwerk e.K., Wickrathberger Str. 18b, in D- 41189 Mönchengladbach.**

**Czech Republic appearance!**

**Prague Speaking Event for Jim**

Let me tell you a little more about the Church. I bet you might think I am just an old inventor who found a cure in the jungle, or maybe you think I am just an old gold miner. Well, that's sort of true, but there's more to it than that. I spent 50 years studying spiritual things and traveling around the world in many cases to do my studying. In my travels I happened upon a small but very unusual church. This church has come to us down through the centuries from the original apostles of Jesus Christ. There is an

unbroken lineage of succession of Bishops for 2000 years to now. The name of each Bishop is recorded. The first apostles were Bishops. The Catholic Church broke off from this first Church 325 years AD, but the Original Church continued until now. You have never heard of it because it is small. It embraces all denominations of Christianity and actually all religions of the world and always has for 2000 years. I became a minister, a Deacon, a Priest, and finally a Bishop. So let me introduce myself again. I am Bishop James Humble (Jim Humble).

May 7 or 8, to be determined.
For more information, contact
John: info@emms.cz

All Bishops have had the power to form their own churches and their own Articles of Association of the Church as well as Articles of Faith, and the Creed of the Church as that was the power given by Christ to the Apostles and the Bishops that followed. A Bishop remains the Bishop for life and when he dies there is always one who will replace him and thus the Church continues with the new Bishop as if there was no Death. The church continues and nothing is inherited by relatives when the Bishop dies.

Our church the Genesis II Church of Health and Healing will do nothing to lose our power. We would lose power if we requested the not for profit status but all churches have a non profit status, they just don't seem to know that. The government will not be able to control us as they now control most churches as they have figured ways to trick churches in giving up their power. Would you believe that the IRS now tell a 501(c)3 church non profit corporation that they must not advocate from the pulpit that children belong to their parents instead of the government? Believe me, if I told you the rest of the list of restrictions that churches face, you would be so mad you might break the computer.

So let me give you the rest of the Church story. As a Bishop I can pass any test that a government might use to prove legitimacy. And that is true of our Church. Our final churches will have a small church on one side and a health food store on the other. Our pastors will know MMS completely and there will be lectures on health in the church and Sunday health meetings. As soon as we can afford it, we will begin to select those criminals who are attempting to kill mankind and we will prosecute them in law courts of the land. Anyone can prosecute anyone if they have the right knowledge and we have the right knowledge. We will stand behind those being attacked by the FDA and all the other alphabet soup agencies. **THE GENESIS II CHURCH WILL STAND BETWEEN THE CITIZENS AND THE GOVERNMENT OF THE VARIOUS LANDS. THE CHURCH FUNDS AND DONATIONS WILL BE USED TO HIRE LAWYERS TO PROTECT THE CITIZENS FROM THE GOVERNMENT**. We will demand our constitutional rights be restored, and if they are not, we will hire lawyers to take it to the Supreme Court. And those we hire will not be garden variety lawyers but rather those who know the real law. All churches will pay a royalty for the sales of MMS, not to me, but to the large fund that will be set aside for this purpose. This fund should grow rapidly and will always be used to stand between the citizens and the government.

So do you see? Please help us help mankind to be free by standing between the government and the people and always working towards freedom through working in the courts for the return of freedoms we once had, or to create more freedom while the government works to create more control. The Genesis II Church will offer sanctuary from government oppression such as sanctuary from forced vaccinations and any other laws that they can make that will destroy our health or freedom.

So anyone can become a member of the Genesis II Church of Health and Healing. You don't have to believe anything and thus you can even be an atheist. All you have to do is want to be healed, or want to help with healing, or want to help people join the Church, or want to serve mankind or serve God by serving mankind. The cost to join now is free, or if you want a picture identification card which states that your church beliefs require that you must not be vaccinated, the cost is $10 USD. Your children should all carry such a card. This information will be available on the internet very soon.

**For more information about the church, write to** healing@genesis2church.org

Return to Top

**Are You Sick Now?**

You might like to come to a beautiful place to be treated with MMS for your condition. Why not come to the Dominican Republic and have Bishop Jim Humble (that's me) work with you with whatever condition that you have. I have treated more than 5000 people with MMS. A local medical doctor and local hospitals are also available for your confidence, (but you won't need them). I will be available for two weeks immediately after the week of the Course. That will be from 13th of June to the 27th of June. The hotels along the sea coast here are among the most beautiful in the world and the cost per day is surprisingly affordable. It is about $55 American dollars a day, probably the lowest cost in the world for the beauty found here. The one small hotel that we use is on a cliff overlooking the sea. The water is a deep blue and a stepped path leads down to the water, or you can swim in the fresh water swimming pool at the hotel. You can dine at the hotel at the top of the cliff with an amazing view of the ocean. It is a very small hotel with less than 30 rooms.

If I had my druthers I'd spend the rest of my life just treating people here with MMS along this beautiful coast. But there are other things to be done that are just as much fun, and so I must be out of here on the 28th of June, but my trained and experienced people will still be here and they will take good care of you. Come whenever you like, stay as long as you wish and get well.

Of course, you know you can treat yourself with MMS. But if you would like to get well, and at the same time know that your fee helps the Genesis II Church get started, I am available for private consultation with a daily assessment of your condition and following of your recovery. My fee while I am here is $400 a day with a minimum of 3 days. You will have a private

consultation for each day that you are here. When I leave the cost will drop to $250 a day with a minimum 3 days, so get better and have a fabulous time here at the beach, or come up and sit around our school complex for some conversation.

Your MMS treatment will come from those who are here on staff, and they are those who have been trained directly by me here in the course. In addition I have worked with them individually for some months. I am always available by phone and email. So your cost will be our fee, plus the cost of the hotel and expenses. Compared to the expense of a hospital stay, it will cost at least 10 times less, plus the cost will most likely be your life if you are talking about cancer or some other life threatening disease. The American Medical Association (AMA) has stated that once you begin treatment for Cancer with conventional treatment, your chance of survival for 5 years is less than 3%.

I'm not trying to scare you, that's just the data. I just want people to get well.

However, we want you to come to our MMS seminar in the Dominican Republic. Learn the details of MMS from me. Have a trip to Haiti if you wish or to local villages. I want to meet you and see you join a group of very special people. You will be one of those who know how to heal mankind and you will be successful more than 95% of the time. I will be expecting you.

Good fortune to you always!

Bishop James Humble

Return to Top

---

ARCHIVES: click any of these links to read prior issues:

NEWS001.htm   NEWS002.htm   NEWS003.htm   NEWS004.htm   NEWS005.htm   NEWS006.htm   NEWS007.htm
NEWS008.htm   NEWS009.htm   NEWS009s.htm   NEWS0010.htm

Disclaimer
The disclaimer for this Newsletter is [ Here ]. These writings are educational and informative materials that encourage health seekers to consult medical professionals at medical and health clinics where valid client-patient relationships can be legally sustained. Statements herein about MMS have not been evaluated by the Food and Drug Administration. MMS is a well known mineral supplement and a water purifier not intended to diagnose, treat, cure, or prevent any disease. If you have any medical condition, you must take personal responsibility for your private experimentation, or consult a medical professional before using minerals, salts, foods, perfumes, hair colorings, skin enhancers, diet drinks, iodine, snake bite kits, tooth paste, lotions, aspartame, alcohol, cigarettes, MSG laden soups, or products mentioned in this newsletter. MMS is a water purifying mineral salt in solution. Competing products are known as "Stabilized Oxygen," "Vitamin O," and other trade names packaged in various strengths. Sporting goods stores sell the same MMS mineral salt (Sodium Chlorite) in the form of water purification tablets for use by campers and hunters.

This MMS Newsletter 0010 is under Copyright © 2010 Institute for Advanced MMS Studies, LLC. All Rights Reserved.

Terms of Use | Privacy Statement | Contact: MMSnews@MMS-central.com | MMS suppliers  http://MMSresellers.com