

# G2 Sacrament Providers: MMS, MMS2, DMSO, HCl 4% activator and more

## #1 Genesis2Church Provider

G2Sacraments Church Chapter #001
Website: G2Sacraments.org
Ships: throughout USA
Email: g2sacraments@gmail.com
Products: MMS, HCL 4%, DMSO, MMS2,

## Africa

### Ghana

Genesis2Church Chapter #314
Bishop Barima Asamoah Kofi IV
Email: genesis2church.gh@gmail.com
Phone: +31 (0) 631 000 871 || +233 (0) 553 020 424 || +233 (0) 506 712 529
Products: MMS, MMS2, 4%HCL, DMSO, ZINC OXIDE

## Argentina

Genesis2Church Chapter #120
Website: www.iglesia-g2.com.ar
Email: info@iglesia-g2.com.ar Alterative Email: obispo.luisgarcia@gmail.com
Products: MMS, HCL 4%, DMSO
Se habla español.

## Asia

Genesis2Church Chapter #255
Website: miraclemineral.co.nz
Email: info@miraclemineral.co.nz
CDS, Citric acid, Hydrochloric acid 4%, Hydrochloric acid 10%,
Sodium chlorite powder, Capsules, Test strips ClO2, Dropper, WPS, WPS2,

## Australia

Genesis2Church Chapter #316
Website: www.mmsaustralia.com.au
Email: office@mmsaustralia.com.au
Products: Sacramental Cleansing Kits, MMS Water Purification Drops, Educational Materials, plus More
Ships: Worldwide

## Canada

Genesis2Church Chapter #291
Website: www.genesis-2-church.org
Email: info@genesis-2-church.org
Products: Sacramental Cleansing Water Kit/MMS
Ships: Throughout Canada

Genesis2Church Chapter #297
Website: genesis2church297.com
Email: genesis2church297@gmail.com
Products: WP, MMS, MMS2, HCL 4%, Aztec Clay, DMSO, Zinc Dioxide, Diatomaceous Earth, Capsules, Bottles & Stickers

## Chile

Genesis2Church Chapter #227
Website: genesis2chile.cl
Email: genesis2chile@gmail.com
Products: MMS, HCL 4%, DMSO, MMS2,

## Colombia

Genesis II Church Chapter #139
Bishop Mark Grenon
Santa Marta Colombia
mark@genesis2church.is
joseph@genesis2church.is
Se habla espanol.

## Mozambique

Genesis2Church Chapter #206
Email: Sam.gesIIchurchofhealth@gmail.com
Phone 258 82 405 9780
Products: MMS, HCL 4%,Citric Acid, MMS2, Moringa, Clays

## New Zealand

Genesis2Church Chapter #255
Website: miraclemineral.co.nz
Email:info@miraclemineral.co.nz
CDS, Citric acid, Hydrochloric acid 4%, Hydrochloric acid 10%,
Sodium chlorite powder, Capsules, Test strips ClO2, Dropper, WPS, WPS2,

Genesis2Church Chapter #252
based out of Winton Central Southland
Email: info@genesis2nederland.nl
Products: MMS, HCL 4%, DMSO, MMS2

## Paraguay

Genesis2Church Chapter #303
Email escri_ovelar@hotmail.com
Products: MMS, HCL 4%, DMSO, MMS2
Se habla espanol.

## Peru

Genesis2Church Chapter #306
Website: www.mmsperusalud.com
Email: mguidoba@gmail.com
Products: MMS, HCL 4%, DMSO, MMS2
Se habla espanol.

## Philippines

Genesis2Church Chapter #324
Email: qasajorda@gmail.com
Phone: +63938 658 1661
Products: MMS, HCL 4%, DMSO, MMS2

## Spain

Genesis II Church Chapter #294
Bishop Tobias Laube
The Laube Holistic Health Solutions Ltd.
www.activatedmineralsolution.com
info@activatedmineralsolution.com
Tel: +34 616413756
facebook.com/laubeholistichealth
facebook.com/amazingmms

## Switzerland

Genesis2Church Chapter #310
health_minister@bluewin.ch
Products: MMS1 / Sodium chlorite 28% (NaClO2), Chlorine Dioxide Solution 3000ppm (CDS),Hydrochloric acid 5% (HCl), DMSO, MMS2, Capsules, Moringa oleifera, Schwarze Salbe
Languages: D, E, F, I
Shipping: Switzerland

## USA / America

Genesis2Church Chapter #290
State: California, USA
Products: MMS, HCl 4%
Email: genesis2church290@unseen.is

Genesis2Church Chapter #239
website: www.AtlantisHealingCenter.com/mms
email: earl@AtlantisHealingCenter.com
Products: MMS1, MMS2, HCL 4%, DMSO,
Calcium Bentonite Clay, Diatomaceous Earth, Empty Capsules, Spray Bottles

Genesis2Church Chapter #321
Website: https://www.discovermms.com
Email: service@discovermms.com
Sacraments: MMS, HCL 4%, CA 50%, CDS, MMS2, DMSO, Calcium bentonite clay, Diatomaceous earth, Sodium chlorite flakes, Test strips, Plastic bottles, Empty Capsules
Ships: Worldwide

License: Except where otherwise noted, the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported License.

Disclaimer: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein.

**GOVERNMENT EXHIBIT**
**16**
**21-20242-CR-CMA**