

Welcome to the Genesis II Church sacramental provider website!
All sacraments and products are to be acquired by donation.
The Genesis II Church is a free church under common law and is not under commercial law.
Please enjoy our easy-to-use donation website!



Bulk Sacraments



G2Sacramental products



Newest Products

GOVERNMENT EXHIBIT
17
21-20242-CR-CMA