



**Newg2sacraments.org** — Church chapter 50

MAIN MENU ▾   MY ACCOUNT   CONTACT US   🛒⁰

Showing all 4 results                Sort by popularity

**G2 Sacramental Kit**
$20.00
ADD DONATION TO CART

**G2 Sacramental Kit 2**
$30.00
ADD DONATION TO CART

**MMS2 and Capsules**
$15.00
ADD DONATION TO CART

GOVERNMENT
EXHIBIT
19
21-20242-CR-CMA