

GOVERNMENT EXHIBIT
20
21-20242-CR-CMA