Newg2sacraments.org
Church chapter 50

MAIN MENU ▾   MY ACCOUNT   CONTACT US   🛒

## Checkout

**Notice:** If your screen freezes after correctly adding your card information and paying do not worry! your payment has likely gone through and please contact **g2sacraments@gmail.com** if you have any questions

Newg2sacraments.org
Church chapter 50

MAIN MENU ▾   MY ACCOUNT   CONTACT US   🛒

📋 Have a coupon? **Click here to enter your code**

## Billing details

**First name** *

Russell

**Last name** *

Henderson

**Company name (optional)**

**Country** *

United States (US)

**Street address** *

**Town / City** *

☐ **Ship to a different address?**

**Order notes (optional)**

Notes about your order, e.g. special notes for delivery.

Newg2sacraments.org
Church chapter 50

MAIN MENU ▾   MY ACCOUNT   CONTACT US   🛒

**State / County** *

Florida

**Postcode / ZIP** *

33322

**Phone (optional)**

**Email address** *

@yahoo.com

☑ Check the box to subscribe to our Newsletter!

☐ Create an account?

## Your order

| Product | Total |
|---------|-------|
| G2 Sacramental Kit 2 × 1 | $30.00 |

Newg2sacraments.org
Church chapter 50

MAIN MENU ▾   MY ACCOUNT   CONTACT US   🛒

**Postcode / ZIP** *

33322

**Phone (optional)**

**Email address** *

@yahoo.com

☑ Check the box to subscribe to our Newsletter!

☐ Create an account?

## Your order

| Product | Total |
|---------|-------|
| G2 Sacramental Kit 2 × 1 | $30.00 |
| MMS2 and Capsules × 1 | $15.00 |
| Subtotal | $45.00 |
| Weight based shipping $10.00 | |

**GOVERNMENT EXHIBIT**
**21**
**21-20242-CR-CMA**