

Case 1:21-cr-20242-CMA Document 194-13 Entered on FLSD Docket 07/24/2023 Page 1 of 1

GOVERNMENT EXHIBIT 22 — 21-20242-CR-CMA