

GOVERNMENT EXHIBIT
25
21-20242-CR-CMA