## Genesis II Church of Health and Healing

**Church website:** genesis2church.is

**G2C Provider:** g2sacraments.org

**G2 Radio station:** g2voice.is

**Emails:**
Bishop Jonathan Grenon: jonathan@genesis2church.is
Bishop Jordan Grenon: jordan@genesis2church.is



RESTORING HEALTH TO THE WORLD
GENESIS II
CHURCH OF HEALTH & HEALING
*A Free Church under Common Law*

CHICK • USA (909) 987-0771   www.chick.com

0318.19
10295

GOVERNMENT EXHIBIT
27
21-20242-CR-CMA