## Common Questions and Answers

Q: Why pour out half the dose?
A: In the starting procedure you need to start with less than 1 drop per hour.

Q: Can I save the other half and not pour it out?
A: No, it may weaken over the next hour.

Q: Why did my DMSO freeze?
A: DMSO freezes at 60 degrees F. Place it in warm water to thaw.

Q: When can I start the protocol 1000?
A: After the starting procedure, do not rush go slow and steady.

Q: My DMSO leaked, what do I do?
A: Apologies, As DMSO freezes it can expand and leak. The DMSO should still be usable but for a replacement please contact us at g2sacraments@gmail.com.

Q: How long does mms last?
A: Unactivated last 3-5 years.

Q: How to store MMS and HCl?
A: In a cool dry place out of sunlight.

Q: Can I take MMS with juices?
A: You must acquire chlorine dioxide test strips and do the proper testing to be sure.

## Contact information

Read the history of the Genesis II Church and what causes DIS-EASE in the book "Imagine, A World Without DIS-EASE" by Archbishop Mark Grenon www.g2churchbooks.org

- Support questions:
- Support@genesis2church.is
- Seminar inquires:
- Jonathan@genesis2church.is
- Sacramental Guidance:
- Joseph@genesis2church.is
- Order inquires
- G2sacraments@gmail.com
- Membership interest:
- Membership@genesis2church.is
- Colombia restoration Center:
- Mark@genesis2church.is

**Websites:**
**Genesis2church.is**
**G2sacraments.org**
**Quantumleap.is/**
**G2voice.is**
**MMStestimonials.is**
**MMS testimonials youtube**





# G2sacraments and the Genesis II Church



*We of the Church believe in...*

Doing good deeds
Doing what is right
Good health for all mankind
Freedom for all mankind
Enlightening others with truth
Helping one another
Maintaining integrity in all things

GOVERNMENT EXHIBIT 28A 21-20242-CR-CMA