## What are the Sacraments of the Genesis II Church?

Our sacraments are minerals that have proven healing properties. The most popular being MMS1 (Chlorine Dioxide) that has been used for over 90 years to clean hospitals, gymnasiums, meat and fish markets without needing to rinse off the products because it leaves behind no toxins.

Our most common sacramental kit is the g2kit2 which has the MMS, HCL activator, and the DMSO,

MMS is the mineral sodium chlorite that needs to be activated to become chlorine dioxide.

HCL is Hydrochloric acid (stomach acid) that we use to acivate the MMS.

DMSO is a solvent made from trees during the process of making paper. It naturally has anti-inflammatory properties and is used to help bring MMS1 deeper into the body.

## How to use our Sacraments

### The Starting Procedure
### Day one

Step 1. Use an empty, clean, dry, drinking glass. Tilt the glass slightly sideways and drop one drop of MMS1 so the drop goes to the corner of the down part of the glass. Drop one drop of activator on top of the MMS drop. Shake the glass a little to mix the drops.

Step 2. Wait 20 to 30 seconds and then use a cup to measure 1/2 cup of water to put in the glass... This is 4 ounces. Make sure the drops are mixed into the water.

Step 3. Then pour off one ounce of water and take it. That is 1/4 of the liquid now in the glass you can take it as it is or you can add some additional water to the ounce before you take it.

## Cont. Starting Procedure

To continue with the starting procedure go to genesis2church.is/videos

for more protocols go to g2voice on youtube

**NOTE: Things that Neutralize Chlorine Dioxide are: Vitamin C, Any Antioxidant, Coffee, Tea, Milk, Alcohol, chocolate, many supplements and medications.**

| Time | Sacrament |
|---|---|
| 9:00 AM | MMS1 |
| 10:00 AM | MMS1 |
| 11:00 AM | MMS1 |
| 12:00 PM | MMS1 |
| 12:30 PM | Lunch |
| 1:00 PM | MMS1 |
| 2:00 PM | MMS1 |
| 3:00 PM | MMS1 |
| 4:00 PM | MMS1 |

**God bless! Enjoy the free gift tract and business card. Please share it!**

GOVERNMENT EXHIBIT 28B 21-20242-CR-CMA