**From:** RJ Henderson
**To:** Rivera, Jose
**Subject:** Fw: MMS thank you
**Date:** Wednesday, October 30, 2019 5:04:31 PM

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "RJ Henderson" <​@yahoo.com>
**To:** "g2sacraments@gmail.com" <g2sacraments@gmail.com>
**Sent:** Wed, Oct 30, 2019 at 4:58 PM
**Subject:** MMS thank you

Hello, I wanted to write to say thank you for the MMS. I recieved it and my wife started taking it to cure her cancer. She has been taking it for 3 weeks now but we haven't seen any improvement from her last test results. Should she continue with the dosage or increase?

Also, we would like to come to a seminar but cant travel to South America in her condition. Any plans for the US anytime soon?

Thank you,

Russ

Sent from Yahoo Mail on Android

GOVERNMENT
EXHIBIT
34
21-20242-CR-CMA