**From:** RJ Henderson
**To:** Rivera, Jose
**Subject:** Fw: MMS thank you
**Date:** Friday, November 1, 2019 12:38:49 PM

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "G2sacraments" <g2sacraments@gmail.com>
**To:** "▮▮▮▮▮▮▮@yahoo.com" <▮▮▮▮▮▮▮@yahoo.com>
**Sent:** Wed, Oct 30, 2019 at 10:11 PM
**Subject:** Re: MMS thank you

thank you for your email

tests can be unreliable so focus on going slow and listening to the body to see how you feel.
3 weeks is not long enough for more serious diseases like cancer. how long has she been ill? how many drops does she take per hour?

there are no more seminars planned at this time but we will send out the info when we do. thank you

On 10/30/2019 4:58 PM, RJ Henderson wrote:

Hello, I wanted to write to say thank you for the MMS. I recieved it and my wife started taking it to cure her cancer. She has been taking it for 3 weeks now but we haven't seen any improvement from her last test results. Should she continue with the dosage or increase?

Also, we would like to come to a seminar but cant travel to South America in her condition. Any plans for the US anytime soon?

Thank you,

Russ

Sent from Yahoo Mail on Android

--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing

 Virus-free. www.avg.com

GOVERNMENT
EXHIBIT
35
21-20242-CR-CMA