**From:** RJ Henderson
**To:** Rivera, Jose
**Subject:** Fw: MMS thank you
**Date:** Friday, November 1, 2019 2:23:52 PM

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "RJ Henderson" <​@yahoo.com>
**To:** "g2sacraments@gmail.com" <g2sacraments@gmail.com>
**Sent:** Fri, Nov 1, 2019 at 2:18 PM
**Subject:** Re: MMS thank you

Thank you Bishop Grenon. We got the news about 4 months ago but she started with the back and pelvis pain 7 months ago. We went straight to the doctor after she saw blood in her urine. We've been through so many doctors at this point for this bladder cancer.

She is following the MMS protocol at 1 drop per hour (too little?). She was going to start 2 drops but wanted to first get a recommendation.

Thank you.

Russ

Sent from Yahoo Mail on Android

On Wed, Oct 30, 2019 at 10:11 PM, G2sacraments <g2sacraments@gmail.com> wrote:

> thank you for your email
>
> tests can be unreliable so focus on going slow and listening to the body to see how you feel.
> 3 weeks is not long enough for more serious diseases like cancer. how long has she been ill? how many drops does she take per hour?
>
> there are no more seminars planned at this time but we will send out the info when we do. thank you
>
> On 10/30/2019 4:58 PM, RJ Henderson wrote:
>
> Hello, I wanted to write to say thank you for the MMS. I recieved it and my wife started taking it to cure her cancer. She has been taking it for 3 weeks now but we haven't seen any improvement from her last test results. Should she continue with the dosage or increase?
>
> Also, we would like to come to a seminar but cant travel to South America in her

GOVERNMENT EXHIBIT
36
21-20242-CR-CMA

> condition. Any plans for the US anytime soon?
>
> Thank you,
>
> Russ
>
> Sent from Yahoo Mail on Android

```
--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing
```

 Virus-free. www.avg.com