**Subject:** Newg2sacraments.org Donation-23259
**From:** "Newg2sacraments.org" <support@newg2sacraments.org>
**Date:** 11/8/2019, 10:28 AM
**To:** g2sacraments@gmail.com

# Donation-23259

See donation details for C█ M█ below

## Order #Donation-23259 (November 8, 2019)

| Product | Quantity | Price |
|---|---|---|
| G2 Sacramental Kit 2 (#MMS, HCl, DMSO) | 1 | $30.00 |
| MMS2 and Capsules (#MMS2/Capsules) | 1 | $15.00 |
| Subtotal: | | $45.00 |
| Shipping: | | $10.00 via Weight based shipping |
| Payment method: | | Credit Card |
| Total: | | $55.00 |

**Billing address**

C█ M█

**Shipping address**

C█ M█

GOVERNMENT
EXHIBIT
44
21-20242-CR-CMA

