**Subject:** Re: Fwd: Re: Problem help
**From:** Bishop Jonathan Grenon <jonathan@genesis2church.is>
**Date:** 2/21/2020, 6:52 AM
**To:** G2sacraments <g2sacraments@gmail.com>, Archy <mark@genesis2church.is>

liars, dont believe them. And we will not take it back to return any money. Why are we taking it back? Then return their money? Thats stupid, dont get used to that. They are lying

Jon

On 2/20/2020 9:56 PM, G2sacraments wrote:

> someone said they took 1 drop of mms and hcl and they were in a really bad situation. not sure what was going on in his body
>
> -------- Forwarded Message --------
> **Subject:** Re: Problem help
> **Date:** Thu, 20 Feb 2020 08:05:31 -0700
> **From:** S█████ M████ <_____@gmail.com>
> **To:** G2sacraments <g2sacraments@gmail.com>
>
> Hello ok I will do that. He took 1 drop of mms and 1 drop of activator. I mixed it for him carefully. I really don't understand but within 15 minutes it was absolutely a life threatening situation. I have everything packaged safely in bubble wrap and marked the 2 items that have been used.,the rest has all been unused. I am sorry this did not work out I just can't risk something like this happening to anyone else. I purchased 2 different orders for my mother with hopes this would help her, but can't take the risk as I could never forgive myself if she got sicker than she already is. Thank you for your help, S█████ M████
> Sent from my iPhone
>
>> On Feb 19, 2020, at 2:25 PM, G2sacraments <g2sacraments@gmail.com> wrote:
>>
>> thank you for your email
>>
>> yes please ship back the package to
>> Genesis II Church
>> 2014 Garden Lane
>> bardenton florida 34205.
>>
>> do you know how many drops he took? thank you

**GOVERNMENT EXHIBIT**
**45**
21-20242-CR-CMA

> On 2/18/2020 6:11 PM, S▮▮▮▮ M▮▮▮ wrote:
> Hello, thank you for the reply. I will ship all items back in one box with all 3 invoices. As I said only a small amount of mms and activator was used, not the dmso or mms2 tablets. The other products from the other 2 orders have not been used at all. He was still only taking 1 drop of each mms and activator in water as shown having done the pour off method for the first week. This was absolutely a reaction to the mms and it was really frightening. please confirm the address in which to send the product back. I appreciate your help.
>
> Sent from my iPhone
>
>> On Feb 18, 2020, at 1:23 PM, G2sacraments <g2sacraments@gmail.com> wrote:
>>
>> thank you for your email
>>
>> very sorry to hear about your husband, what dose what he taking? how long was he taking the mms. you can ship back the sacraments and we can issue a refund. we have used this sacraments for years with 1000s of people with positive results.
>> please let me know thank you
>>
>>> On 2/16/2020 6:07 AM, S▮▮▮▮ M▮▮▮ wrote:
>>> Hello I just recently ordered this product as well as another product for my mother so the order has not been used at all either has the other order as I was planing to send it to her. We have been using our own order for a few weeks from our initial order after doing much research on it and making sure we were safely using it but after taking it my husband had a very bad adverse reaction which landed him in the hospital DUE TO SEVERE LOW BLOOD PRESSURE which occurred within 15 minutes after taking it. He has never had any issues with low blood pressure and it was such a bad reaction I thought he was going to die. I was purchasing this for my mother who is need and now I cannot in good conscience have her take this product. Please let me know what I need to do to return this product for a full refund. I would also like to return my product as well which has only slightly been used and my dmso has not been used at all. I am sitting in the emergency room as I email this. I have words except I am super upset please let me know what can be done to return all the products, most of everything has not been used. I am absolutely too afraid it will cause some other loved one to become ill from taking it. Please advise.
>>>
>>> Sent from my iPhone
>>
>> -- God Bless,
>>
>> Bishop Jordan Grenon
>> Genesis II Church of Health & Healing

> -- God Bless,
>
> Bishop Jordan Grenon
> Genesis II Church of Health & Healing

--
All the best,

Bishop Jonathan Grenon
Genesis II Church of Health and Healing

https://genesis2church.ch/