**Subject:** G2 Church Chapter #50: new order #2240
**From:** "Ecwid" <notifications@ecwid.com>
**Date:** 1/25/2017, 5:46 PM
**To:** "G2Sacrament" <g2sacraments@gmail.com>

You have received a new order from G2 Church Chapter #50 store!   Ecwid

## New order #2240

Total $39.50 PAID                                                Jan 25, 2017

### Items

| G2 Sacramental Kit 2 | G2 Sacramental Kit 2 |
|---|---|
|  | SKU: #MMS, HCl, DMSO |
|  | Price per item: $30.00 |
|  | **Quantity: 1** |

|  |  |
|---|---|
| Subtotal (1 it.) | $30.00 |
| Shipping | $9.50 |
| **Total** | **$39.50** |

### Customer

L█████ W█████
@gmail.com

### Ship to

L█████ W█████
████████████████
United States
United States
Phone: ██████████

**Shipping method**
Weight based shipping

### Billing Info

L█████ W█████
████████████████
United States
United States
Phone: ██████████

**Payment method**
Credit or debit card

```
GOVERNMENT
 EXHIBIT
    46
21-20242-CR-CMA
```

**View order details**

For instructions and Protocols go to genesis2church.is.

© G2 Church Chapter #50
GenesisIIChurch of Health & Healing Church Chapter (#50), 2104 Garden Ln, Bradenton, Florida, 34205, United States

## Tip from Ecwid

Promote special offers and deals in your storefront header with Promo Bar. Learn more