Case 1:21-cr-20242-CMA   Document 195-7   Entered on FLSD Docket 07/24/2023   Page 1 of 6

GOVERNMENT
EXHIBIT
47
21-20242-CR-CMA

**Subject:** Re: Fwd: Re: Order #2240 Shipped — G2 Church Chapter #50
**From:** ▇▇▇▇▇▇▇▇▇@gmail.com>
**Date:** 2/20/2017, 8:48 AM
**To:** Jordan Grenon <jordan@genesis2church.is>

she obviously didn't listen. How much water did she drink?

How old is this person? It hot something hard but what was she dealing with? Her brain swelled?

On 02/19/2017 10:43 PM, Jordan Grenon wrote:

> hey dad this is a very strong reaction to MMS. what do you think?
>
>
> -------- Forwarded Message --------
> **Subject:** Re: Order #2240 Shipped — G2 Church Chapter #50
>    **Date:** Sun, 19 Feb 2017 17:30:04 -1000
>    **From:** L▇▇▇ W▇▇▇▇ <▇▇▇▇▇▇@gmail.com>
>       **To:** g2sacraments <g2sacraments@gmail.com>
>
>
> Thank You
> for my ID card!
> I found a note I wrote when I started taking the MMS. Unnfortunately it was on a phone app and now stops working everytime I open it. SO THIS IS what I remember reading from it:
>
> I started with half a drop on Friday night. Felt detox happening, didnt write symptoms, went to bed early.
> Woke feeling good and mixed 3 drops with 12 oz water, drank 1/2 drop worth, 10 mins later I felt so great that I took another 1/2 drop. Then started feeling sick, took another 1/2 drop at 9:30am, i think maybe another at 10:30, maybe till 12:30, 1/2 drop each hour, till i sat in the sun and drank lots of water, maybe too much (which I also didnt know was possible) then felt the strong need to get this thing out of my inner ear that had been there making me feel off balance for years. So I filled the tube with air and swallowed, sucking out a large piece of what was clogging it, i felt it hit my stomach and then i started throwing up, then throwing up and pooping at one time, i texted my friend and neighbor and asked her to come help me and look up hertzimer reaction when she got here.
>
> I was unconscious by the time she got here. She said I was vomiting and had diarea when she got here and I told her to call the emergency room to ask what we could do, but they didnt know what to tell her. I also asked her to find my enema bucket but she couldnt find it
> she put me in an epsom salt bath and then she got online to research and then i think she said I

was screaming, and shaking. i dont remember any of it. the doctors said if she hadnt come and gotten me to the hospital then i would have died and my parents keep stressing to me that i would have died. My mom made me promise I would never try this again.

Its been over a week since I got out of the hospital. Im still not back to normal rMy brain swelled, Ive had trouble remembering things and typing and I wished I had seen more info about how dangerous this is for some people. They said only 50% of people recover from this and they told my daughter 5 times that I might not wake up!!!!!
i feel ;ike i ave some brain damage from ths. that is how most of my sentences look before i go bacl and cjeck them

Why did I never see any warnings about this when I searched and watch hours and hours of movies about MMS and read articles?
What can I do now to get better? Im healing so slowly and still have staph,  which was on the back of my leg and mostly side of my thigh when I started the MMS and was just about gone when I left the hospital and has holes above my heart now, that are going away too slowly and hurt.
Where can i find more info or a forum for people like me?

On Sun, Feb 12, 2017 at 10:42 AM, g2sacraments <g2sacraments@gmail.com> wrote:

> L

> Okay great got it. Here is your certificate. your ID card will be made and sent out this week.

> On 2/11/2017 2:47 PM, Leslie Wingate wrote:

>> Thank you so much!
>> Name:    L         W
>> Country:
>> Phone number:
>> E-mail:                        @gmail.com
>> Mailing Address (for I.D. card):
>>
>>
>> *Please attach photo (optional)

>> On Feb 11, 2017 8:44 AM, "g2sacraments" <g2sacraments@gmail.com> wrote:

>>> L      ,

>>> My apologies and hope you are doing well. It may be a herx but there is often many things going on in the body
>>> We have many toxins in us that can be pushed out painfully if we do not care of our bodies.
>>> Hope you are doing well.

Sure you can become a member of the church. please fill out the info below. first year if free for you (normally 35 dollars) and 20 dollars yearly after? does that sound good? please fill out the info below. thank you!

Name:
Country:
Phone number:
E-mail:
Mailing Address (for I.D. card):
*Please attach photo (optional)

On 2/11/2017 1:25 PM, L▮▮▮W▮▮▮▮ wrote:

> I like what the card says about me being able to use the treatments I would like. They were quite pushy in the hospital wanting me to get my blood taken so often it bruised up my arms.
> I don't remember how much I started out with, I think only a drop, but it may have been 3 drops but I don't think I would start with that much. I started throwing up and pooping alot, having a herx reaction.
> They said in the hospital that my sodium and potassium was too low and my brain swelled and I almost died.
> I want to be a member because I want to be supported in treating myself with natural medicines. Not sure if I want to try MMS again, maybe after I recover completely but I'm still pretty weak and having headaches. I had a bad staph infection and an STD. The staph cleared up after this reaction and I think the STD too.
> The physc at the hospital told me they would take me to court if I tried to leave early. Luckily when they saw how traumatized I was by having my blood taken and saw how much better I was feeling they didn't take my blood anymore, but it was one of the scariest experiences I've ever been thru
>
> On Feb 11, 2017 4:19 AM, "g2sacraments" <g2sacraments@gmail.com> wrote:
>
>> Leslie,
>>
>> Hello, good to hear from you. how much did you take? did you follow the starting procedure?
>>
>> You say you ended up in the hospital but what was it for? MMS does cause intense cleaning but we have people start on such a low dose their body can handle and adjust to the detoxing.
>>
>> You say you would like to be a member, are you wanting to use the MMS again? It is our sacrament and i just wanted to know your intentions. thank you

On 2/11/2017 1:01 AM, Leslie Wingate wrote:

> I took one dose and ended up in the hospital for 6 days. I think it would be good to provide more warnings. Id like to send it back and get a refund, or get a card making me a member of the church

On Sat, Jan 28, 2017 at 4:19 AM, G2 Church Chapter #50 <notifications@ecwid.com> wrote:

# Your Order Has Shipped

**G2 Church Chapter #50**

Hello L▮▮▮▮ W▮▮▮▮▮▮

Your order #2240 has been shipped by Weight based shipping.

**Your tracking number for USPS**
**9405 9096 9993 9633 0002 63**

Please Wait 24 to 48 hours for tracking to appear.

## Your Order

| G2 Sacramental Kit 2 | G2 Sacramental Kit 2 |
|---|---|
|  | 1 × $30.00 |

**Total $39.50**

**Shipped to**
L▮▮▮ W▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ United States
United States
Phone: ▮▮▮▮▮▮▮▮▮▮

## Thanks for shopping with us!

We welcome you to our store anytime. If you need assistance or have any questions, please email us at g2sacraments@gmail.com. We are happy to help!

For instructions and Protocols go to genesis2church.is.

Sincerely,
G2 Church Chapter #50
www.g2sacraments.org/

© G2 Church Chapter #50
GenesisIIChurch of Health & Healing Church Chapter (#50), 2104 Garden Ln, Bradenton, Florida, 34205, United States

About Us

```
--
God Bless!


Bishop Jordan Grenon
Genesis II Church of Health and Healing



--
God Bless!


Bishop Jordan Grenon
Genesis II Church of Health and Healing



--
God Bless!


Bishop Jordan Grenon
Genesis II Church of Health and Healing
```