**Subject:** G2 Church Chapter #50: new order #8936
**From:** "Ecwid" <notifications@ecwid.com>
**Date:** 5/4/2018, 6:47 AM
**To:** "G2Sacrament" <g2sacraments@gmail.com>

You have received a new order from G2 Church Chapter #50 store!   Ecwid

## New order #8936

Total $27.50  PAID                                              May 4, 2018

### Items

| G2 Sacramental Kit World Wide! (only 1 kit per order) | G2 Sacramental Kit World Wide! (only 1 kit per order)<br>SKU: #Worldwide<br>Price per item: $20.00<br>**Quantity: 1** |
|---|---|

|  | |
|---|---:|
| Subtotal (1 it.) | $20.00 |
| Shipping | $7.50 |
| **Total** | **$27.50** |

### Customer

Olga Kivvisova
▓▓▓▓▓@hotmail.com

### Ship to

O▓▓ K▓▓▓▓▓
▓▓▓▓▓▓▓▓▓,
01702, United States
United States
Phone: ▓▓▓▓▓▓

### Billing Info

O▓▓ K▓▓▓▓▓
▓▓▓▓▓▓▓▓▓
United States
United States
Phone: ▓▓▓▓▓▓

GOVERNMENT EXHIBIT
48
21-20242-CR-CMA

| Shipping method | Payment method |
|---|---|
| USPS Weight based shipping | Credit or Debit card |
| 2-4 days | |

## View order details

For instructions and Protocols go to genesis2church.is.

© G2 Church Chapter #50

GenesisIIChurch of Health & Healing Church Chapter (#50), 2104 Garden Ln, Bradenton, Florida, 34205, United States

## Tip from Ecwid

Update several products in one go with Bulk Product Editor! You can change product's price, options, variations and many other product details. Learn more