**Subject:** Re: Diabetes
**From:** G2sacraments <g2sacraments@gmail.com>
**Date:** 9/5/2018, 4:26 PM
**To:** O▓▓ K▓▓▓▓▓▓ <▓▓▓▓▓@hotmail.com>

great to hear from you. how many drops was he taking per hour?

it is best to start slow

how did he tests the levels and pressure? sometimes when cleansing the body goes through changes so things can go up and down but if you do it slow and steady the person should feel comfortable healing.

> On 9/5/2018 12:25 PM, O▓▓ K▓▓▓▓▓▓▓ wrote:
>
> Hello, I have a friend of mine with diabetes 2 on protocol 1000.  The first few hours his blood sugar dropped from 397 to 228 , but his blood pressure increased dangerously.  The next day he continued with MMS and his blood pressure keeps rising , so does his sugar levels.  It is back to 275.  I am scared. Should we continue? Please advise,
> Thank you
> Genesis ii Church of Health and Healing Member
> O▓▓ K:▓▓▓▓▓
>
> Sent from my iPhone

--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing


---
This email has been checked for viruses by AVG.
https://www.avg.com

**GOVERNMENT EXHIBIT**
**49**
21-20242-CR-CMA