**From:** Ecwid <notifications@ecwid.com>
**To:** G2Sacrament <g2sacraments@gmail.com>
**Sent:** 6/14/2018 2:37:49 PM
**Subject:** G2 Church Chapter #50: new order #10201

You have received a new order from G2 Church Chapter #50 store! 

# New order #10201

Total $39.50 PAID                                                Jun 14, 2018

## Items



G2 Sacramental Kit 2
SKU: #MMS, HCl, DMSO
Price per item: $30.00
**Quantity: 1**

| | |
|---|---:|
| Subtotal (1 it.) | $30.00 |
| Shipping | $9.50 |
| **Total** | **$39.50** |

## Customer



S____ P_____
_____@gmail.com

## Ship to

S____ P____
[address redacted]
United States
United States
Phone: [redacted]

**Shipping method**
USPS Weight based shipping
2-4 days

## Billing Info

S____ P____
[address redacted]
United States
Phone: [redacted]

**Payment method**
Credit or Debit card



GOVERNMENT
EXHIBIT
**50**
21-20242-CR-CMA

**View order details**

For instructions and Protocols go to <u>genesis2church.is.</u>

© G2 Church Chapter #50
GenesisIIChurch of Health & Healing Church Chapter (#50), 2104 Garden Ln, Bradenton, Florida, 34205, United States

## Tip from Ecwid

Looking to boost loyalty, referrals and repeat sales? Look no further than the Gratisfaction app! Learn more