**From:** G2sacraments <g2sacraments@gmail.com>
**To:** S▮▮▮ S▮▮▮▮ <▮▮▮▮▮@gmail.com>
**Sent:** 7/2/2018 7:59:33 PM
**Subject:** Re: We'd love feedback on your recent G2 Church Chapter #50 purchase

yes that is the correct description of the MMS.

Sometimes it takes a few days or weeks going slow, normally it first has to clean out the digestive system then can go into the blood to circulate around the body

3 weeks is a basic protocol but it can take longer for more serious diseases

we have seen great results and testimonies from people using MMS. go to mmstestimonials on youtube to see many videos!

On 7/2/2018 5:41 PM, S▮▮▮ S▮▮▮▮ wrote:
so does it sound like the mixture is correct? dark yellow/amber color, stinks and tastes like bleach?
when do people start seeing a difference?
how long do people take MMS for?
please provide any encouraging information or details since I am new to this program.

On Sun, Jul 1, 2018 at 7:09 PM, G2sacraments <g2sacraments@gmail.com> wrote:

thank you for the email, yes the die off reactions can happen when increasing the doses. slow and steady!

it is best to focus on doing it right orally then adding new protocols. for the enema we normally do not do unless extreme blockage. the bat sounds like a good idea though,

On 7/1/2018 7:31 PM, S▮▮▮ S▮▮▮▮ wrote:
Hello,

Yes, I'm pretty sure that the drops become activated within the 30-60 seconds. The smell is horrible and the taste is even worse!! Once mixed it is a deep amber/yellow. I only became nauseated and headaches once when I pushed the drop count in the beginning.
The symptoms I'm having are as follows:

- currently the back of my throat burns from drinking the drops with water
- I get this tickle/cough in my throat
- the back of my front teeth feel like the enamel is stripped off from drinking the mixture
- I have started to see biofilm (I wonder how long this will take?)
- occasionally I some diarrhea (I'm normally constipated)

GOVERNMENT EXHIBIT
51
21-20242-CR-CMA

SWGR-00440967

nothing else to report and the reason I am taking MMS is for heavy metals/parasites, candida, biofilm, etc. I have not seen any improvement as of yet but it's only been three weeks. I plan on increasing my drops to 10 so once I reach this count I will then introduce enemas and baths.   Please let me know your thoughts.

Sincerely,
S

On Fri, Jun 29, 2018 at 6:17 PM, G2sacraments <g2sacraments@gmail.com> wrote:

Susana,

that is interesting that you are taking that many drops per hour with no reactions, do you feel any good reactions or improvements?

are you making sure to let the MMS activate for at lease 30 seconds and use water to drink it?

On 6/29/2018 5:08 PM, S       S        wrote:

Hello,

so far this is the progress and I am thinking that I still don't have much feed back available yet...
6/10 started MMS with activator
6/17 up to 6 drops up to 5-7 times a day
6/24 up to 8 drops up to 6-7 times a day and have not noticed any difference in my symptoms.

I eat 100% organic meats and vegetables.  No fruit, sugar, supplements or any form of antioxidant with the exception of one cup of coffee in the morning.

On Fri, Jun 29, 2018 at 12:21 PM, G2 Church Chapter #50 <g2sacraments@gmail.com> wrote:

Having trouble with this form? Submit your review online



**Hello S̄ P̄**



You've recently acquired **G2 Sacramental Kit 2** from G2sacraments, what do you think about it?

- ⦿ ★ ★ ★ ★ ★ Excellent: I would definitely buy from you again.
- ○ ★ ★ ★ ★ ☆
- ○ ★ ★ ★ ☆ ☆
- ○ ★ ★ ☆ ☆ ☆
- ○ ★ ☆ ☆ ☆ ☆ Poor

Title of Review

How was your overall experience using our Sacraments

☐ Do you want to publish this review anonymously?

[Publish your review]

**Having trouble with this form?**
Submit your review online

**How do I get details about this order?**
Get up-to-date information about order 10201

Fac   You

To unsubscribe click here

--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing

Virus-free. www.avg.com

--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing

--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing