**Subject:** Re: Questions concerning the "supplier" information in the (04-01-2015) MMS Newsletter
**From:** g2sacraments <g2sacraments@gmail.com>
**Date:** 5/6/2015, 7:32 AM
**To:** [redacted]@aol.com>

D[redacted]

Sorry for the late reply, i just saw your message. This Is Jordan, one of marks sons. Yes me and my brothers make the MMS and package everything from the www.g2sacraments.org #001 store. We ship from bradenton florida. If you have any more questions please let me know

On 5/2/2015 1:40 PM, zerk59 wrote:

> Hello Archbishops Jim, Mark, or whom may answer this e-mail,
>
> As a long time user of the MMS Sacraments, and as a Genesis II Church Member, I was glad to read --[because/based on my concerns of Church "Approved", or not, MMS Sacrament suppliers: }} See my prior e-mails to you below in this regard]-- in the (04-01-2015) MMS Newsletter that the Church itself has set-up the first/#001 "G2 Church Chapter Sacramental Supplier" in the U.S.
>
> As you can read in my below e-mails, I was/am concerned that the supplier/store that I purchase my MMS Sacrament products from is "legitimate"; Meaning, one that can be trusted to produce/sell "the" real and properly made MMS products.
>
> I just clicked on the link to the Church's new Official-"#001" webstore -(www.g2sacraments.org)- and I have a couple questions: Who produces these MMS Sacrament products? ; Does Jim, Mark, and/or Mark's sons, et.al. produce them for this "Official" Church store? (That would be good if that was the case, because then these MMS products could be trusted in 100%.) ; And second, for my piece of mind -(again see my concerns in this regard below)- when ordering from the Church's #001 Store, what will be/is the store's "shipping address", so I can look for "it" on the shipping box? (I didn't see the Store's address listed on any information page of the Store.)
>
> Let me know.
>
> As always -- Many and MUCH "thanks" for who you (all) are, and for The Good Work(s) you are doing! May you be, and feel, Blessed; And also be, and feel, "protected".
>
>
> Thank you,
> D[redacted]. Z[redacted]
>
>
> -----Original Message-----
> From: [redacted]@aol.com>
> To: [redacted]@gmail.com>
> Sent: Tue, Dec 16, 2014 9:41 pm
> Subject: Fwd: XXXX Regarding Keavy's Corner webstore as (still-??) one of your "Approved" MMS Sellers
>
>
> -----Original Message-----
> From: [redacted]@aol.com>
> To: jimvhumble2 <jimvhumble2@gmail.com>

GOVERNMENT
EXHIBIT
52
21-20242-CR-CMA

Sent: Tue, Dec 16, 2014 9:38 pm
Subject: XXXX Regarding Keavy's Corner webstore as (still-??) one of your "Approved" MMS Sellers

Hello Archbishop Humble,

Below, find the two e-mails that I recently sent Mark Grenon regarding some concerns I have surrounding "Keavy's Corner", a seller of MMS products.


Thank You,


DZ


-----Original Message-----
From: <_____@aol.com>
To: mark < mark@genesis2church.is>
Sent: Sun, Dec 14, 2014 2:21 am
Subject: Re: One more additional "concern" regarding the "Approved" Seller status of Keavy's Corner...

Archbishop Mark Grenon,

Sorry to bother you again on this topic of my concern, especially in light of my rather long e-mail below; But I feel I need to add one other fact about Keavy's Corner for you to consider -(one that I just learned/read from their website), that directly ties into the facts -- (#'s 1.- 5.) below, especially my underlined concern in the last sentence of (#5) :

On the keavyscorner.com website, under their Homepage heading "SITE INFO", there's a page called " <u>Terms and Conditions</u>";  And it's something written on this page, under a section called **"Warranty Disclaimer",** that, considering the type of products KC sells -->(things you put on or in the body for "Health" reasons), that I find kind of "Red-flag" odd.

Under the aforementioned "Disclaimer" section of KC "Terms and Conditions", Steve (or...?) states, **"This site and the materials and products are provided 'as is' and without warranties of any kind, whether expressed or implied."**  And further, this "Warranty Disclaimer" goes-on to state that, **"Keavy's Corner does not make any warranties or representations regarding the use of the materials in this site in terms of their <u>correctness</u> , <u>accuracy</u> , <u>adequacy</u> ,** [<-- my underlines for emphasis] **usefulness, timeliness, reliability or otherwise."**

Mark, again, considering that KC products are for use on and/or in the human body, I find the above highlighted parts of their "Warranty Disclaimer" odd at best, troubling at worst. [And, as a Law School graduate, I say this as a person who understands the legal concepts behind (and need, for some) "Warranties".]

<u>With these/(above) "Disclaimers", Keavy's Corner/KV Labs is essentially saying the following</u> :   **That the "material" on their website/webstore --(meaning, the "information" about each product they offer for sell)-- does not have to be, or may not be , <u>"correct"</u>, <u>"accurate"</u>, and/or <u>"ade quate</u> ";**  Meaning for instance, if they state that their DMSO is "99.99% Pure", it may, or may not, be "99.99% Pure".  Or if they state that their Sodium Chlorite product is a "28%"- sodium chlorite solution, again, it may, or may not, be a "28%" solution.  Again, I just find these specific type of Disclaimer(s), on products such as these, of a "Health" nature, somewhat troubling;  I don't see the real (or legal) purpose, or need, for these specific Warranty Disclaimers if all KC products' "Ingredients" ARE, (all the time) what their website/store states they are in each product's "Description".

As I stated above, please consider my concern here in this e-mail, together with the facts and concerns in the

e-mail I sent you on Fri. Dec.12th.

Thanks,

D___ Z___

-----Original Message-----
From: _____@aol.com>
To: mark < mark@genesis2church.is>
Sent: Fri, Dec 12, 2014 2:15 am
Subject: Re: Keavy's Corner

Hello Mark,

My name is D___ Z___ and I am a member of the Genesis II Church of Health and Healing.

I have a question regarding Keavy's Corner status as an "Approved" Seller of MMS (Sodium Chlorite, Citric Acid,etc.). ; Are they still "Approved" by Jim and you as an "authorized"-type of seller of MMS products?

And the reason I'm asking you this, are the following events/circumstances that have caused me to wonder if something bad, "Daniel Smith"-like has (also) happened to Steve Pardee and Keavy's Coner:
1. I've been a Keavy's Corner customer for several years making several purchases during this time. Several times, when I had a question about what I'd purchased, I'd e-mail them and they (Steve or his wife Kathy) would respond to my e-mail in a day or two; Until a few weeks ago that is, when I e-mailed them with a question regarding the "shelf-life" of some DMSO that I'd purchased from them. It took me e-mailing them three times over a two week period before Steve (...or "someone") responded with an answer. And I say "someone" because their e-mail was signed/from Keavy's Corner "Staff", not "Steve", which I thought was odd.

2. I then went to the "Keavy's Corner" Facebook Page, and saw that their last post was made back on Oct.3rd, and it was regarding the notice that PayPal (...via "The Man" no doubt) served on KC that PayPal would no longer accept PayPal customer's payments for KC product purchases. (That's not as bad as what happened to Daniel Smith, or what has just happened to the MMS teacher/seller in Ireland, but it's definitely part of the same "M.O." and trend by the Controllers to "intimidate" MMS sellers out of business/existence.)

3. Then, becoming more suspicious, I went to Steve Pardee's personal Facebook Page; There, under his employment, (and I think Facebook uses the heading "Works For", or something like that), Steve says/writes that he is/was - " the *former* owner of Keavy's Corner". I thought...well, this might explain why he, Steve, didn't respond to my aforementioned e-mail in a timely manner, because he (or his wife) are no longer involved with Keavy's Corner/KV Labs; And also why there has been no other posts to the KC Facebook Page since that Oct.3rd. "PayPal" comment.

4. Then, in light of the " *former* owner" news, I went back to the Keavy's Corner Facebook Page and sent a "private message" asking if Steve (or his wife) were any longer involved, in any way or capacity, with the running of KC and it's products. A week later, and no-one at KC/KV Labs has responded to me with an answer.

5. And the final thing that has me worried that "something bad" has happened/is happening to Steve and Keavy's Corner -- AND TO the products themselves (especially in light of the info./events in 1.- 4. above), is that Keavy's Corner's website/webstore has been revamped with some new products added and with

new product packaging/labeling,etc. And the reason this occurrence is included in my Red-Flag type list here, is that this revamping of the the KC webstore reminds me of what "They" did to Greg Caton --(the inventor of "Cansema" salve, that he sold for the treatment skin cancer via his Cansema website/store)-- which (after he was arrested) was to open-up "Fake"-Cansema websites/stores, where the evil "BigPharma protecting Eugenicists" sold "Their"-Cansema salve --(which was not Caton's "original" and "effective" formula!)-- as the real thing, but which "They" had altered to ensure that it wouldn't work, thus giving the "real"-Cansema the bad-name of "snake-oil"! &nbs p; Thus, considering (1.- 4.) above, and what I just stated here in #5., **I'm wondering if Keavy's Corner/KV Labs might have been likewise "taken-over" by "The Evil Man", and thus are now selling "altered formulas" -(thus "not effective"), of Sodium Chlorite and other MMS products-(??).**

Mark, I e-mailed this concern of mine regarding Steve Pardee/KC to Jim via a Private Message on Jim's Facebook Page, and a "Rev. Paul" responded back to me saying that I should contact you about it because you know Steve.

Any light you can shed on my above concern(s), would be appreciated.


Sincerely and Respectfully,

D▮▮ Z▮▮▮