

GOVERNMENT
EXHIBIT
64A
21-20242-CR-CMA

GOV01-109090