

COMMODITY: SODIUM CHLORITE 80% POWDER

USED FOR INDUSTRY

NET WEIGHT: 50KGS

GROSS WEIGHT: 53.6KGS

BATCH NO.: 2018-12-03

MANUFACTURING DATE: DEC.03, 2018

EXPIRY DATE: DEC.02, 2020

MADE IN CHINA

1496

5.1

GOVERNMENT EXHIBIT
66B
21-20242-CR-CMA