# SODIUM CHLORITE, POWDER

(Composition: Sodium chlorite, powder, UN# 1496)

## HAZARD

### PRECAUTIONARY STATEMENTS

### HAZARD STATEMENTS



May cause fire or explosion; strong oxidizer.



Harmful if swallowed.

Causes serious eyes damage.

May cause damage to organs through prolonged or repeated exposure.



Very toxic to aquatic life.

### SUPPLEMENTARY INFORMATION:

Contact with acids cause exothermic reaction and explosion.

Keep away from heat, sparks, open flames, hot surfaces. No smoking.

Take any precaution to avoid mixing with combustibles or acids.

Wear protective gloves, protective clothing, eye protection, face protection.

Do not eat, drink or smoke when using this product.

In case of fire: Use CO2, powder, alcohol-resistant foam to extinguish.

IF SWALLOWED: Call a POISON CENTER . a medical service if you feel unwell.

IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses if present and easy to do. Continue rinsing.

Dispose of contents/container in accordance with local regulations.

Terrence Bright
Bright Industries
Tel: 1-832-715-1031

HongKong Sincerely Industry Co.,Ltd
Tel: 86-138-5696-7570

GOVERNMENT EXHIBIT
**66C**
21-20242-CR-CMA