

GOVERNMENT EXHIBIT
66E
21-20242-CR-CMA

GOV01-108911