GOVERNMENT
EXHIBIT
66G
21-20242-CR-CMA

GOV01-108914