

GOVERNMENT
EXHIBIT
66L
21-20242-CR-CMA