```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                      CASE NO. 21-cr-20242-CMA
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5              Plaintiff,            January 30, 2023

 6        vs.                         11:19 a.m. to 11:44 a.m.

 7   MARK SCOTT GRENON, JONATHAN      Courtroom 13-3
     DAVID GRENON, JORDAN PAUL
 8   GRENON and JOSEPH TIMOTHY        (Pages 1 to 19)
     GRENON,
 9
              Defendants.
10
     _____
11                       STATUS CONFERENCE
            BEFORE THE HONORABLE CECILIA M. ALTONAGA,
12             CHIEF UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14    FOR THE GOVERNMENT:    MICHAEL HOMER, ESQ.
                             JOHN SHIPLEY, ESQ.
15                           Assistant United States Attorney
                             99 Northeast Fourth Street
16                           Miami, FL  33132-2131
                             (305) 961-9289
17                           (305) 961-9111
                             Michael.homer@usdoj.gov
18                           John.shipley@usdoj.gov

19    FOR DEFENDANT MARK     SABRINA VORA-PUGLISI, ESQ.
      SCOTT GRENON:          (Standby Counsel)
20                           Puglisi Carames
                             1900 North Bayshore Drive, Suite 1A
21                           Miami, FL 33132-3002
                             (305) 403-8063
22                           Sabrina@puglisicarames.com

23    FOR DEFENDANT          ASHLEY KAY, ESQ. (Standby Counsel)
      JONATHAN DAVID         Assistant Federal Public Defender
24    GRENON:                150 West Flagler Street
                             Miami, FL 33130-1536
25                           (305) 533-4236
                             Ashleydkay@gmail.com
```

```
 1    APPEARANCES CONTINUED:

 2      FOR DEFENDANT           JOHN WYLIE, ESQ. (Standby Counsel)
        JORDAN PAUL GRENON:     John W. Wylie, P.A.
 3                              40 Northwest 3rd Street, Ph 1
                                Miami, FL 33128-1838
 4                              (305) 586-1338
                                Jww@johnwylielaw.com
 5
        FOR DEFENDANT           PAUL DONNELLY, ESQ. (Standby Counsel)
 6      JOSEPH TIMOTHY          Paul J. Donnelly, P.A.
        GRENON:                 1 Northeast 2nd Avenue, Suite 200
 7                              Miami, FL 33132-2523
                                (305) 757-3331
 8                              Donnellylaw@bellsouth.net

 9      REPORTED BY:            STEPHANIE A. McCARN, RPR
                                Official Court Reporter
10                              400 North Miami Avenue
                                Thirteenth Floor
11                              Miami, Florida 33128
                                (305) 523-5518
12                              Stephanie_McCarn@flsd.uscourts.gov

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                            I N D E X

 2                            WITNESSES

 3
     WITNESSES FOR THE GOVERNMENT:                    Page
 4                                                     --

 5


 6
     WITNESSES FOR THE DEFENDANTS:                    Page
 7                                                     --

 8
                              EXHIBITS
 9

10
     EXHIBITS IN EVIDENCE                 IDENTIFIED  ADMITTED
11                                            --          --

12

13

14

15                         MISCELLANEOUS

16                                                    Page
     Proceedings.......................................    4
17   Court Reporter's Certificate......................   19

18

19

20

21

22

23

24

25
```

```
 1          (The following proceedings were held at 11:19 a.m.)
 2          THE COURT:  United States and Jonathan Grenon, Jordan
 3   Grenon and Joseph Timothy Grenon.
 4          MR. HOMER:  Good morning, Your Honor.  Michael Homer
 5   and John Shipley on behalf of the United States.
 6          MS. VORA-PUGLISI:  Would you like us to just sit back
 7   here?
 8          THE COURT:  Wherever you'd like to sit is fine.
 9       (Pause in proceedings.)
10          THE COURT:  Although I would imagine I would need to
11   hear from Mr. Donnelly.
12          MR. DONNELLY:  I may have misunderstood my role.  I
13   thought at the last hearing, we were elevated.
14          THE COURT:  Oh, I don't think you've been elevated
15   quite yet.
16       (Pause in proceedings.)
17          THE COURT:  That's all right.  We'll clear it up.  We
18   will have them out here and see what they have to say.
19       (Pause in proceedings.)
20          THE COURT:  Mr. Wylie, you've been appointed as
21   standby counsel as well, right?
22          MR. WYLIE:  Yes, Your Honor.
23          THE COURT:  Okay.
24       (Pause in proceedings.)
25          THE COURT:  Please be seated.
```

```
 1              We have with us today the Defendants, Mark, Jonathan,
 2   Jordan and Joseph Grenon.  We also have standby counsel for
 3   each of the Defendants present as well.  The case was set on my
 4   calendar this morning to address Mr. Donnelly's motion to
 5   withdraw from further representation of Joseph Grenon because
 6   Mr. Donnelly has attempted on several occasions to meet with
 7   his client and has been advised at FDC that Mr. Grenon did not
 8   want to meet with him.
 9              Mr. Donnelly, do you wish to proceed with that motion
10   or do you wish to withdraw it given that your role is standby
11   counsel?
12              MR. DONNELLY:  Yes, Judge.  I misunderstood the
13   hearing last before the Court.  I thought that we had used the
14   term "elevated" to be regular counsel, and that was my
15   misunderstanding.  So as I mailed correspondence to Joseph
16   Grenon and went to see him, I thought we were in a different
17   role.
18              So based on that and the fact that it was standby
19   only, I would withdraw the motion.  I understand Mr. Grenon's
20   refusal.
21              THE COURT:  Very good.  Thank you.
22              And we have the Defendants present with regard to that
23   issue.
24              Mr. Joseph Grenon, is there anything you wanted to say
25   or be heard on today?
```

1    DEFENDANT JOSEPH:  I am not that name.  I am the

2  beneficiary only of that name.  And I am the living man Joseph

3  and here by special appearance.  Let the record reflect that

4  the living man, I, do not consent to having a lawyer and do not

5  have an attorney.

6    THE COURT:  All right.

7    And is there anything that the other Defendants would

8  like to say or be heard on today?

9    DEFENDANT JONATHAN:  Yes.  I am not the name.  I am

10  the beneficiary only of that name.  And I am the living man

11  Jonathan and here by special appearance.  Let the record

12  reflect that I, the living man Jonathan, wish to have the case

13  discharged.  And also let the record reflect that I, living man

14  Jonathan, will petition the Supreme Court.

15    THE COURT:  All right.  Anything additional from the

16  other two Defendants?

17    DEFENDANT MARK:  Yes.  Let the record reflect, here by

18  special appearance, I am the living man called Mark.  I am not

19  the name.  I am only the beneficiary of that name.  I wish to

20  have this case discharged and my sons and I released.

21    THE COURT:  All right.  Anything else from the

22  remaining Defendant?

23    DEFENDANT JORDAN:  I am not that name.  I am the

24  beneficiary only of that name.  Let the record reflect that I,

25  living man Jordan, do not consent to having a lawyer, and I do

1   not have an attorney.  I am here by special appearance.

2          Cecilia, I wish to see your oath of office.  Let the

3   record reflect that I was not answered.

4          I wish to -- does the prosecuting attorney have a

5   license to practice law?  Let the record reflect that I was not

6   answered.

7          I would like to state a U.S. Supreme Court decision.

8   The common law is the real law, the supreme law of the land.

9   The codes, rules, regulations, policies and statutes are not

10  the law.  *Self vs. Rhay*, 61 Wn. 2d 261.

11         Also, all codes, rules and regulations are for

12  Government authorities only, not human/creators, in accordance

13  with God's laws.  All codes, rules and regulations are

14  unconstitutional and lacking due process.  *Rodrigues vs. Ray*

15  *Donavan*, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985).

16         There, every man is independent of all laws except

17  those prescribed by nature.  He is not bound by any

18  institutions formed by his fellow man without his consent.

19  *Cruden vs. Neale*, 2 N.C. 338 (1796) 2 S.E.

20         The Supreme Court also has warned because of what

21  appears to be lawful commands, statutory rules, regulations and

22  codes, ordinances and restrictions on the surface, many

23  citizens, because of their respect for what appears to be law,

24  are cunningly coerced into waiving their rights due to

25  ignorance, deceptive practices, constructive fraud, barratry,

```
 1    legal plunder, conversion and malicious prosecution in inferior

 2    administrative state courts.  United States vs. Minker, 350

 3    U.S. 179, 187, 76 S.Ct 281, 100 L.Ed 185 (1956).

 4            I will also read the word of God.  I believe the Bible

 5    is the word of God.  Psalms 119:161 says, Princes have

 6    persecuted me without a cause, but my heart standeth in awe of

 7    thy word.  I rejoice at thy word, as one that findeth great

 8    spoil.  I hate and abhor lying, but thy law do I love.  Seven

 9    times a day do I praise thee because of thy righteous

10    judgments.  Great peace have they which love thy law and

11    nothing shall offend them.

12            Lord, I have hoped for thy salvation and done my

13    commandments.  My soul hath kept thy testimonies and I love

14    them exceedingly.  I have kept thy precepts and thy testimonies

15    for all my ways are before thee.

16            And I do not consent to these proceedings.

17            THE COURT:  Thank you.

18            Is there anything the Government wanted to add before

19    we conclude this morning's hearing?

20            MR. HOMER:  Thank you, Your Honor.  Just two things

21    for the record.

22            The first is with respect to the competency

23    evaluations that were done.  All four of the Defendants for

24    Your Honor's sua sponte order underwent BOP competency

25    evaluations.  The doctors at BOP, as Your Honor knows, found
```

all four Defendants competent to stand trial; no indication whatsoever to suggest they were incompetent.  I would just simply ask Your Honor to find for the record, especially given the Defendants don't dispute those findings, that the Defendants are, in fact, competent to stand trial.

THE COURT:  I do make that finding.

MR. HOMER:  Thank you, Your Honor.

And the second thing, also in an abundance of caution, those four letters that came in from some unspecified individual in Washington that requested appointed counsel in the fall.  We asked the Defendants -- I know Your Honor had denied those motions since they were not from the Defendants or from their counsel.

Your Honor, since those letters, I have spoken with two of the Defendants about whether or not they do, in fact, want counsel appointed.  I don't believe Your Honor has seen Mark Grenon or Joseph Grenon since receiving those letters until today.  By all indications from the Defendants' statements in court today, in their filings, it certainly seems to me that they do not seek appointment of counsel.

But I'd simply ask Your Honor to confer with Mark and Joseph that they do, in fact, still intend to proceed *pro se*, given that someone, apparently on their behalf and with their permission, did request that the Court appoint counsel at some point before they were last here, Your Honor.

```
 1              THE COURT:  All right.  Thank you.  That's a good
 2  suggestion.
 3              The one who goes by the name of Mark Grenon, did you
 4  want counsel appointed to represent you?  I have Mr. --
 5  Ms. Vora-Puglisi who is here as your standby counsel.  But as
 6  to the person who goes by Mark Grenon, did you want counsel
 7  appointed to represent you?
 8              DEFENDANT MARK:  I am not that name.  I am a living
 9  man and I speak for myself.  I have never consented to an
10  attorney, and I speak for myself.  I do not have an attorney.
11  I do not consent to these proceedings.
12              THE COURT:  Right.  All right.
13              And as to the one who goes by the name of Joseph
14  Grenon, given the letter that was received, do you wish to have
15  counsel appointed to represent you?  You presently have
16  Mr. Donnelly appearing as your standby counsel.
17              DEFENDANT JOSEPH:  I am not that name.  I am the
18  beneficiary of that name.  I am a living man, and I am here by
19  special appearance.  And let the record reflect that I, the
20  living man, do not consent to having a lawyer and do not have
21  an attorney.  And I would also like to add that I do not
22  consent to these proceedings.
23              And I would like to ask you a question.  Do you
24  believe the Holy Scriptures are true and the basis for natural
25  law?
```

1          THE COURT:  I think that concludes these proceedings.

2          MR. HOMER:  Thank you, Judge.

3          DEFENDANT JOSEPH:  But I am not done here.

4          DEFENDANT JORDAN:  I have something to say.

5          THE COURT:  Yes.

6          DEFENDANT JOSEPH:  I still have one more thing to say.

7     Would you answer that question or no?  Okay.  Let the record

8     reflect she did not answer.

9          Okay.  I, the living man, believe that I am commanded

10    by the Holy Scriptures, which are true, and by my creator to go

11    to all the world and preach the gospel and heal the sick.  I

12    also believe that our church beliefs, creeds are being

13    attacked, which are -- my God given unalienable rights are

14    being violated.

15         I, ma'am, believe, as said in Matthew 22:37-40, Thou

16    shalt love the Lord thy God with all thy hart, with all thy

17    soul and all thy mind.  This is the first and great

18    commandment.  And the second is like unto it, thou shalt love

19    thy neighbor as thyself.  On these two commandments hang all

20    the law.

21         I believe that -- the following to be my life creeds:

22    Do good deeds, do what is right, help -- good help for all

23    mankind, freedom for all mankind, enlightening others with

24    truth, helping one another and maintaining integrity in all

25    things.

1              And I, man, also believe, as said in Mark 10:19, Thou

2     knowest the commandments:  Do not commit adultery, do not kill,

3     do not steal, do not bear false witness, defraud not, honour

4     thy father and mother.  These are the things I, man, believe to

5     be the law of nature and commanded by my creator.

6              And I pray for everyone here to come and know Jesus

7     Christ as your personal savior and you will also have eternal

8     life with our creator.

9              DEFENDANT JORDAN:  I have something to say.

10             THE COURT:  Yes.

11             DEFENDANT JORDAN:  I just noticed that any time that

12    God is mentioned, it seems that darkness or anything that is

13    opposed to him seems to want to run.  So I have something to

14    share today, and I -- I'm going to take a little time since I

15    have the time to do it.  It's on the record.

16             What do the following biblical, historical, modern day

17    people have in common:  Goliath, Haman, Pharaoh, Herod, the

18    Pharisees, the Romans, Hitler, Stalin, Mussolini, Fidel Castro

19    and the dictator Nicolae Ceausescu of Romania?  I, the living

20    man, believe that they all were bullies.

21             What does this most famous word mean?  The definition

22    of bully is one who is habitually cruel, insulting or

23    threatening to others who are weaker, smaller, in some way

24    vulnerable.  And the actions and behavior of a bully, which is

25    called bullying, is abuse and mistreatment of someone

vulnerable by someone stronger or more powerful.

If one studies the Bible and history, one will see that bullies do not have the final say and their end is a sure thing. I, the living man, believe what the Bible said David did to Goliath the giant with the help of the Lord; also how evil Haman built the gallow to hang the Jew Mordecai and ended up being hung himself on it. I, man, have already spoken to what happened to Pharaoh. I, man, hope everyone remembers that.

King Herod was wicked and abusive and was eaten up of worms and died instantly. The Pharisees and the Romans would abuse the Jewish people and the Christians, and they met their end in due time. I, man, belive that we all should know what happened to Hitler, Stalin, Mussolini. And what about the dictator Fidel Castro; did not Fidel suffer for some time of cancer? Even the most powerful and abusive bullies have their day, also.

Matthew 16:26, Jesus says, For what is a man profited if he shall gain the whole world and lose his own soul? Or what shall a man give in exchange for his soul?

I, the living man, believe that the dictator Nicolae Ceausescu of Romania ruled the country with sadistic cruelty for 24 years. Dictator Nicolae and his wife systematically looted billions from the nation's treasury while living like capitalist royalty. I, man, believe he also created a

1   Securitate with the largest network of spies and informants in

2   eastern Europe.  Everyone knew that when the dreaded Securitate

3   hauled anyone away, they were never seen again.

4         But in 1989, Pastor Laszlo Tokes took a stand.  He had

5   been told to muzzle his preaching, but Pastor Tokes refused to

6   compromise, so the secret police were coming to arrest him.

7         When told to hide, he said Martin Luther's words, Here

8   I stand.  I can do nothing else.  If I die, then I die.  When

9   the goon squad went to arrest him, 300 parishioners surrounded

10  the church with arms locked in solidarity.  Then thousands

11  joined in a revolution that began with tearing down the Berlin

12  Wall six weeks earlier, came to Romania.

13        Two days later, a hundred thousand people stormed

14  headquarters in Timisoar, shouting in unison, God is alive.

15  Jesus is alive.  Almost a million people joined, and soon

16  thereafter, Dictator Nicolae and Elena Ceausescu were convicted

17  and executed.  A pastor who died himself changed his country,

18  but the dictator who lived for himself was swept into the

19  dustpan of history.

20        I, the living man, believe what the Bible says about

21  how what one sows that he will also reap.  I, the living man,

22  and my family have stood our ground in doing the works of our

23  Lord Jesus Christ.

24        Everyone who has gone against the work of the Lord

25  will have to give an account to the almighty God, our Lord and

1    savior, Jesus Christ.  Woe to them who have done evil and

2    continue to do evil and woe to those who do not repent from

3    their evil ways.

4          I, man, like what Psalm Chapter 94 says.  And I, man,

5    believe what it says; therefore, I, man, recommend all to read

6    it.  Here are a few of the final verses.  Psalm 94:20-23 says,

7    Shall the throne of iniquity have fellowship with thee which

8    frameth mischief by a law?  They gather themselves together

9    against the soul of the righteous and condemn innocent blood.

10   But the Lord is my defense, and my God is the rock of my

11   refuge.  And he shall bring upon them their iniquity and shall

12   cut them off in their own wickedness.  Yea, the Lord our God

13   shall cut them off.

14         I, the living man, believe the following words are

15   from a well-known man of God.  I belive God has led me to share

16   them today with a few modifications of my own.  They have come

17   to a most critical moment as Elijah stood on top of Mount

18   Carmel, cried out to Israel in its hour of decision and between

19   two alters and two Gods.  His voice now cries out to America

20   and the world and says to us, Choose this day whom you will

21   serve.

22         70-plus years ago, the chaplain in the United States

23   Senate cried out in the same voice and said to this nation, If

24   the Lord be God, then follow him.  But if Baal, then follow him

25   and parish.  Revelations Chapter 20, Verse 15 says, And

1  whosoever was not found written in the book of life was cast

2  into the lake of fire.

3        Today, I, a living man, believe America stands at the

4  crossroads.  And as Elijah came to the summit of Mount Carmel

5  to make a declaration, I, man, have come this day here to

6  declare that I, the living man, believe that there is only one

7  God, the God of Abraham, Isaac and Jacob, the God of Israel and

8  all nations.  And I believe he is -- he alone is the rock upon

9  which this nation has come into existence.

10       I, man, believe there is no other name under heaven

11 given among men which we must be saved, that name which we know

12 is Jesus, and its original form is Yeshua.  Yeshua means "God

13 is salvation."  That is the crux of the matter, not religion or

14 culture but the love of God, that God himself would take our

15 place in our judgment and overcome death, that we could be

16 saved.  We will not bow down to Baal or any man for the Lord

17 Jesus Christ is the only true god.

18       John 3:16-21 says, For God so loved the world that he

19 gave his only begotten son that whosoever believeth in him

20 should not perish but have everlasting life.  For God sent not

21 his son into the world to condemn the world, but that the world

22 through him might be saved.  He that believeth on him is not

23 condemned, but he that believeth not is condemned already

24 because he hath not believed in the name of the only begotten

25 son of God.

1       And this is the condemnation, that light is come into

2  the world, and men loved darkness rather than light because

3  their deeds were evil, for everyone that doeth evil hateth the

4  light.   Neither cometh to the light lest his deeds should be

5  reproved.   But he that doeth truth cometh to the light, that

6  his deeds may be manifest, that they are wrought in God.

7       And that's -- that's what I wanted to read today.   God

8  has given everyone in here an opportunity to hear the message

9  of salvation.   Don't reject it.   Adhere and listen.

10       DEFENDANT MARK:   May I say one more thing before we

11  leave?

12       THE COURT:   Yes.

13       DEFENDANT MARK:   I, Mark, living man, believe what the

14  Lord our God states in God's Holy Scriptures.   The book of

15  Deuteronomy, Chapter 19:15-21 states as follows about being

16  falsely accused:   One witness shall not rise up against a man

17  for any iniquity, or for any sin, in any sin that he sinneth;

18  by the mouth of two or three witnesses shall the matter be

19  established.   If a false witness rise up against any man to

20  testify against him that which is wrong, then both the men

21  between whom the controversy is shall stand before the Lord,

22  before the priests and the judges which shall be in those days,

23  and the judges shall make diligent inquisition.

24       And behold, if the witness be false and hath testified

25  falsely against his brother, then shall ye do unto him as he

1    had thought to have done unto his brother; so shalt thou put

2    the evil away from among you, and those which remain shall hear

3    and fear and shall henceforth commit no more any such evil

4    among you.

5           And then I -- excuse me.  And thine eye shall not

6    pity, but life shall go for life, eye for eye, tooth for tooth,

7    hand for hand and foot for foot.  I am a living man and I work

8    for God and I believe his word, that this is how accusations

9    are handled, justly by God.

10          Also in the word of God it states how judges and

11   magistrates had to judge all people according to God's laws,

12   the natural laws.  In the book of Ezra, Chapter 7, Verses 25

13   and 26, the Lord our God states:  And thou, Ezra, after the

14   wisdom of thy God that is in thine hand, set magistrates and

15   judges which may judge all the people that are beyond the river

16   all such as know the laws of thy God and teach ye them that

17   know them not.

18          And whosoever will not do the law of thy God and the

19   law of the King, let judgment be executed speedily upon him,

20   whether it be unto death or to banishment or to confiscation of

21   goods or to imprisonment.

22          And I believe that all that happens in this courtroom

23   is being recorded in the throne room of God, the judge of all,

24   and all will give an account one day to the King of kings and

25   Lord of lords, Jesus Christ.  May God's judgment and truth

1    prevail.  Thank you.

2            THE COURT:  Thank you very much.

3            This hearing is concluded.

4            UNIDENTIFIED SPEAKER:  I do not consent to these

5    proceedings.

6        (The proceedings adjourned at 11:44 a.m.)

7

8                        C E R T I F I C A T E

9

10       I hereby certify that the foregoing is an

11   accurate transcription of the proceedings in the

12   above-entitled matter.

13

14

15   _12/21/2023_              STEPHANIE A. McCARN, RPR
         DATE                  
16                             Official United States Court Reporter
                               400 North Miami Avenue, Thirteenth Floor
17                             Miami, Florida 33128
                               (305) 523-5518

18

19

20

21

22

23

24

25