```
1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION
                    CASE NO. 21-CR-20242-CMA
3

4    UNITED STATES OF AMERICA,          Miami, Florida

5              Plaintiff,               October 6, 2023

6    vs.                                9:00 a.m. to 9:28 a.m.

7    MARK SCOTT GRENON,

8              Defendant.               Pages 1 to 31
     _____

9

10                      SENTENCING HEARING
11         BEFORE THE HONORABLE CECILIA M. ALTONAGA
                 UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14
     FOR THE GOVERNMENT:       MICHAEL HOMER, ESQ.
15                             ASSISTANT UNITED STATES ATTORNEY
                               UNITED STATES ATTORNEY'S OFFICE
16                             99 Northeast Fourth Street
                               Miami, Florida 33132
17

18   FOR THE DEFENDANT:        PRO SE

19
     STANDBY COUNSEL FOR DEFENDANT:
20
                               ASHLEY DEVON KAY, ESQ.
21                             ASSISTANT FEDERAL PUBLIC DEFENDER
                               FEDERAL PUBLIC DEFENDER'S OFFICE
22                             150 West Flagler Street
                               Miami, Florida 33130
23

24   FOR U.S. PROBATION:       CLARA LYONS, USPO

25
```

```
 1    STENOGRAPHICALLY REPORTED BY:

 2                          PATRICIA DIAZ, FCRR, RPR, FPR
                            Official Court Reporter
 3                          United States District Court
                            400 North Miami Avenue
 4                          11th Floor
                            Miami, Florida 33128
 5                          (305) 523-5178

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                (Call to the Order of the Court.)

2                THE COURT:  United States of America and Mark Scott

3      Grenon.  Please state your appearances.

4                MR. HOMER:  Good morning, Your Honor.  Michael Homer

5      for the United States.  With me is Special Agent Jose Rivera of

6      FDA's Office of Criminal Investigations.

7                THE COURT:  Good morning.

8                From Probation?

9                THE PROBATION OFFICER:  Good morning, Clara Lyons for

10     Probation.

11               THE COURT:  Good morning.

12               Mr. Grenon, you are here for your sentencing hearing.

13     You are still not represented by counsel.

14               Would you like to have counsel appointed to represent

15     you at this sentencing hearing?

16               THE DEFENDANT:  Give me just a second.

17               No.

18               THE COURT:  I will hear from the government.

19               MR. HOMER:  Thank you, Your Honor.

20               The government is recommending in this case a sentence

21     of the statutory maximum of 60 months imprisonment.  Frankly,

22     it saddens me that I'm only able to recommend 60 months and not

23     the 292 months that are at the low end of the guidelines for

24     this defendant, as I believe the guidelines do accurately

25     reflect the heinous conduct in this case.
```

1           Your Honor, frankly, the conduct is revolting.

2           Your Honor saw a large piece of that during the trial

3    in this case, but there is much more beyond what was at trial

4    that I want to talk about today.

5           Your Honor noted, I'm sure, in the four different

6    impact statements that were provided that one area in which the

7    defendant's conduct was particularly egregious concerned

8    preying on the parents of autistic children.

9           As Your Honor saw during trial --

10          THE DEFENDANT:  May I object at any time?

11          THE COURT:  Your objection is noted.

12          THE DEFENDANT:  Well, I have a reason for the

13   objection.

14          THE COURT:  All right.  I will hear your reason.

15          Mr. Grenon, I strongly advise you if you like we can

16   continue the sentencing hearing and I can appoint counsel to

17   represent you.

18          THE DEFENDANT:  No, ma'am.  I am okay.

19          I object according to Supreme Court decision U.S.

20   versus Booker.  The prosecutor's statements or accusations are

21   irrelevant due to the fact that his statements do not

22   constitute proof.  There have been no valid claims by a man or

23   woman, victims, or restitution was never proven in a trial by

24   jury.

25          I have seen the PSI, and I object to it and do not

1    consent to it.  According to U.S. versus Booker, only evidence

2    proven in a trial by jury can be considered during sentencing.

3            That's my objection.

4            THE COURT:  Your objection is overruled.

5            Again, Mr. Grenon, would you like to have counsel

6    appointed to represent you at this sentencing hearing, sir?

7            THE DEFENDANT:  No.

8            THE COURT:  You understand counsel can present

9    evidence, can make arguments for you, can articulate reasons

10   why I should vary downward from the advisory guidelines range,

11   can file a sentencing memorandum, can put together mitigating

12   evidence and can present your best case for a reduced sentence?

13           THE DEFENDANT:  Are you telling me I can't defend

14   myself?

15           THE COURT:  You certainly may, sir.

16           THE DEFENDANT:  Okay.  According to U.S. versus Booker

17   this is irrelevant what he is saying because it wasn't proven

18   in a trial.

19           You denied me that.  So, are you denying U.S. versus

20   Booker's decision?

21           THE COURT:  You are not trained in the law.  You are

22   not a lawyer.

23           THE DEFENDANT:  But I can read.

24           THE COURT:  You cited a case to me, sir, and a lawyer

25   will be best suited to make legal arguments.

1          THE DEFENDANT:  I can read, Your Honor, and I have a

2     brain.

3          THE COURT:  All right.  Your objection is overruled.

4          Counsel may continue.

5          MR. HOMER:  Thank you.  Just for the record, there is

6     ample evidence in the trial record to support each of the

7     enhancements specified in the presentence investigation report.

8          Your Honor, we focused the trial on the duplicitous

9     nature of the defendant's conduct, on the fraud and the

10     creation of this bogus church because the defendants knew that

11     what they were doing was illegal.

12          THE DEFENDANT:  I object again.

13          He is making statements as to a bogus church when I

14     have been 45 years in this church, so these statements that he

15     is making are irrelevant.  They are not even based upon fact

16     and you let him continue on.

17          THE COURT:  Objection overruled.

18          MR. HOMER:  The government spent some time during trial

19     focusing also on the rise of the COVID-19 pandemic as it was

20     relevant to proving the charges in this case, and, obviously,

21     that conduct related to COVID-19, related to these bogus

22     curative claims for cancer and other serious diseases.

23          THE DEFENDANT:  Again, I object.  We have clinical

24     studies proving it, and you know the reason why we did not

25     participate in the trial because we asked for a Seventh

1    Amendment trial by jury under common law, and we notified the

2    Supreme Court of what we were doing.  And this went forward

3    knowingly, with intention, went forward and you did not give us

4    the Seventh Amendment trial by jury.

5           Then we notified the U.S. Supreme Court again at what

6    happened after, and I am standing here listening to this.

7           You know why I didn't participate.  We did not have

8    Seventh Amendment -- our Seventh Amendment Constitution was

9    violated in this court.

10          THE COURT:  Objection overruled.

11          MR. HOMER:  Your Honor, well, the conduct related to

12   all of those diseases was warrant, and the defendants preyed on

13   thousands of sick and vulnerable people --

14          THE DEFENDANT:  I object again.  There was no intent to

15   prey on anyone, no proof in the trial that we preyed on

16   anything.  No intent.  No valid claim of a man or woman that we

17   have harmed has been brought forth, and you let this continue

18   on?

19          THE COURT:  Objection overruled.

20          MR. HOMER:  None of the conduct, Your Honor, in my

21   opinion is as bad as what the defendants did with respect to

22   the desperate parents of autistic children, which unfortunately

23   make up a huge percentage of the victims in this case.

24          As the four impact statements made clear, one

25   vulnerable groups that the defendants preyed on were confused

1   parents of autistic children who were trying to figure out some

2   sort of cure for an uncurable disease and who the defendants

3   convinced they could help their children with miracle mineral

4   solution.

5        These parents gave their children enemas with miracle

6   mineral solution.

7        THE DEFENDANT:  Judge, again, I object.  There are no

8   valid claim.  This is all conjecture, accusations without any

9   proof.  Where are they?

10       Bring them forth.  They were never brought forth during

11   trial, so we're talking about stuff that's irrelevant, and you

12   are letting him continue.

13       I object.

14       THE COURT:  The objection is overruled.

15       MR. HOMER:  They bathed them in the miracle mineral

16   solution.  They burned these children with their bleach

17   product, hoping that there was some way they could help.  These

18   children had no chance.  The parents were misled by the

19   defendants, and I think all those statements speak for

20   themselves, but I simply wanted to highlight them for Your

21   Honor.

22       They were a huge reason, frankly, why the government

23   decided this case needed to be prosecuted because the conduct

24   was so revolting.  Your Honor, speaking to the 3553 factors and

25   referring to all the evidence that was admitted during trial, I

1  think that all of the Section 3553(a) factors warrant the

2  60-month sentence.

3      I'm not sure I have ever seen a defendant with less

4  remorse than Mr. Grenon.  I don't think it's possible to be

5  less remorseful.  From every instant since his initial

6  appearance through today, he has shown zero remorse for his

7  conduct, zero respect for the law, zero respect for Your Honor,

8  zero acknowledgment that anything he did was in the slightest

9  bit wrong, so for specific deterrence purposes I think there is

10  every reason to believe that once this defendant is released

11  from prison, he is going to continue doing the exact same thing

12  that he was doing.

13      THE DEFENDANT:  I object again.

14      How can you make a statement like that that I am going

15  to continue on when he does not know the future?

16      THE COURT:  Objection overruled.

17      MR. HOMER:  As Your Honor knows, when the U.S.

18  government brought a civil enforcement action against the

19  defendants and Judge Williams ordered them to immediately stop

20  violating the law by distributing their dangerous unapproved

21  product in the midst of the COVID-19 pandemic, the defendants

22  refused to comply with those orders.

23      Not only did they refuse to comply; they threatened

24  Judge Williams.  They made abundantly clear that they would --

25      THE DEFENDANT:  I object.  That so-called threatening

1   of a judge was taken out of context.

2          And, again, if we had a trial by jury under the Seventh

3   Amendment and the common law, all of this would have came up

4   but we were not allowed in this court to do that.  Common law

5   is the supreme law of the land according to Ray versus Self.

6          THE COURT:  Objection overruled.

7          MR. HOMER:  Your Honor heard for yourself a recorded

8   statement and video by the defendant during trial where he

9   threatened Judge Williams.

10         The government introduced ample evidence of those

11  threats.  You will be taken out, Ms. Williams.  You are

12  violating your oath.  You are committing treason.

13         Numerous statements by all four of the defendants that

14  they were practicing civil disobedience against the unjust

15  orders of Ms. Williams, and they would never comply, that the

16  Second Amendment was there in case their civil disobedience

17  could not be peacefully.  These were threats.

18         More importantly --

19         THE DEFENDANT:  I object.

20         So, the Second Amendment is a threat in the

21  Constitution to everyone that any government that decides not

22  to follow the common law, the Constitution, that's a threat?

23  His logic to me doesn't even make sense.

24         The Second Amendment was put there -- that's a threat

25  to anybody.  It was put there in case the government becomes

1    treasonous.  That's why it was there.  That's what I was

2    saying.

3              Now he is talking illogically.

4              That means the Second Amendment is a threat to every

5    government official that doesn't follow the Constitution.  It

6    makes zero sense, Your Honor.

7              THE COURT:  Objection overruled.

8              MR. HOMER:  The evidence at trial overwhelmingly showed

9    that all four of the Defendants, including Mark Scott Grenon

10   refused to comply with Judge Williams' orders.  They continued

11   distributing MMS when they were plainly told they were not

12   allowed to do so legally, and at no point since that time have

13   they expressed an ounce of remorse or made any indication that

14   they find the judge's orders valid in may way.

15             There is every reason to believe they will continue the

16   exact same conduct that they have been doing for over a decade

17   once they are released from prison.

18             THE DEFENDANT:  I will object again.

19             The first amendment says, Congress shall make no law

20   with regard to the establishment of religion or the free

21   exercise thereof.  Because he came up with the idea that we are

22   a bogus church, I've seen him and others throw out the First

23   Amendment in this courtroom saying it's irrelevant.  It's not

24   irrelevant, and this is why we had to notify the Supreme Court.

25             This inferior court is breaking the common law

1    Constitution and we had to go higher.  We are waiting for

2    remedy from there.

3              THE COURT:  Objection overruled.

4              MR. HOMER:  Your Honor, specific deterrence alone

5    requires a sentence at the high end or in this case the maximum

6    sentence Your Honor can give of 60 months, but I do think that

7    all the 3553 factors similarly support that sentence.

8              It would be a -- it's hard to imagine a defendant with

9    less respect for the law than Mr. Mark Scott Grenon.  Rewarding

10   his horrible conduct, his decades long conduct, his lack of

11   remorse with a sentence that varies in any way than a guideline

12   range that is five times higher than the statutory maximum,

13   would simply fail to comply with any of those factors.

14             I can go on, Your Honor.  I don't think I need to, so I

15   will sit down and respectfully ask that Your Honor sentence

16   Mr. Mark Scott Grenon to 60 months imprisonment.

17             THE COURT:  Thank you.

18             Mr. Grenon, I will hear from you now.

19             THE DEFENDANT:  Thank you.

20             It has been 1,150 days since I was taken from my home

21   at 6:00 a.m. by 12 soldiers that broke down my door in

22   Colombia, South America, while I was reading my bible.  That

23   was totally unnecessary simply because I called the

24   U.S. Embassy and gave them my cell phone and address.

25             They could have just knocked on the door.

1    My son, Joseph and I, were there then taken to a Bogota

2    jail full of murderers, rapist, thieves, terrorists and drug

3    dealers and was there almost two years.  But we found favor

4    with the prisoners and the guards, as did Joseph in Egypt, here

5    in John in Jerusalem, and Paul in Rome and, the reason for that

6    was and is that we daily shared the word of God with all who

7    would listen.

8    Here in Florida my son Jonathan and I have been

9    teaching the word of God four times a week in English and

10   Spanish.  Many hundreds of men have been impacted these three

11   plus years from God's word.

12   I have peace today, Judge, and it comes from God.  The

13   first time I experienced the peace of God that passes all

14   understanding was November 12th, 1978, almost 45 years ago,

15   when I accepted and called upon the Lord Jesus Chris to save me

16   and forgive me of my sins after hearing the Gospel of the good

17   news that Jesus was crucified for me, died for me, rose from

18   the dead according to the scriptures.

19   And I also have peace knowing that Philippians 2:5-11

20   states that all men will -- all men, women, angels and demons

21   will bow their knee before the Lord Jesus Chris and cry out

22   that he is Lord.

23   Ever since that day, I have had the desire to share

24   that message with anyone that would listen.

25   I've been a missionary pastor on four continents,

1   sharing that message since that day when I was saved at

2   21 years old, and that would be my main focus when I leave

3   jail.

4           It was natural to continue to do this in the jails I've

5   been in these past three plus years.  I believe God has a plan

6   and his plan is perfect.

7           All things work together for good to them that love God

8   and to them that I have called according to his purpose.

9           I know to be true that universal truth from God's word

10   in Galatians 6:9 says, "Be not deceived.  God is not mocked.

11   Whatsoever a man soweth, that shall he also reap."

12           If I sow good things in my life, pure things, honest

13   things and truthful things, I will reap good, pure, honest and

14   truthful things in my life.  I have tried to live by that

15   principle, Judge, all my life, but the opposite is true, and

16   I've seen it in my life and others.

17           I have ministered in the past 45 years.  If a man sows

18   lies, deception, deceit, evil in his life, then that will be

19   what he reaps, lies, deception, deceit and evil.

20           I have tried to live my life and teach my eight

21   children to love God with all their hearts, mind, souls and

22   strength, and to love our neighbors as ourselves as taught in

23   Matthew Chapter 22, as well as the whole bible.

24           I am 66 years old.  I have 14 grandchildren with four

25   of them I've never met.  Two of those grandchildren are my

1    sons' Joseph and Jonathan's children and they have never met

2    them also.

3          None of us has a criminal record whatsoever because we

4    have lived our life for the Lord and spent our life preaching

5    the word of God and helping others, Judge.  This is my passion

6    and goal in life, and I believe and I have seen and it is for

7    my three sons also.

8          Out of many rewards and promises God has for his

9    children that follow them, it's found in Matthew 6:33, seek you

10   first the Kingdom of God and his righteousness and all these

11   things will be added on to you.  The context is God will

12   provide for us and our families food, shelter, clothing and

13   other necessities if we seek him.

14         I am here to tell you, Judge, today, that for the past

15   three and a half years God has taken care of all our families

16   and praise be to him.  Jesus also taught us that all of those

17   that live Godly in Christ Jesus will suffer persecution.  Our

18   families and us have suffered these last three and a half years

19   mainly because of separation and not being with them.

20         The grandchildren are growing up, and we haven't been

21   able to be with them during the time, these tough times.  We

22   have many, many people around the world praying that you,

23   Judge, for your will to be done, for God's will to be done by

24   your decision today.

25         Our suffering cannot be compared with what Jesus the

1   king of kings went through to save man from sin and make those

2   that come to him his sons.

3       So we got the privilege to experience a small part of

4   his suffering as we serve him.  Our wives and children have all

5   grown closer to him because of it, to which we thank the Lord.

6       In conclusion, briefly I want to explain to this Court

7   on the record why I do not consent to the proceedings that have

8   happened to us thus far, logically and lawfully.

9       We are not making the stand that we have made to be

10   defiant or rebellious.  We really believe God's word, natural

11   law and common law, found in the Old Testament, New Testament,

12   the Magna Carta, the Declaration of Independence and the

13   Constitution.

14       The reason why we demanded a Seventh Amendment trial by

15   jury under common law is because one of the maximums of common

16   law is there has to be a valid claim that we've harmed another

17   man or woman brought forth from the Court, other persecution

18   brought forward for the Court to go forward.

19       Also, it mentions on Deuteronomy, Chapter 19, that it

20   has to be an accuser, a valid accuser come forth.

21       There is also Supreme Court decision Ray versus Self

22   that states common law is the real law of the land.  As

23   Article 6 in the Constitution states also that the common law

24   is based upon -- the Constitution is based upon the common law

25   and it is the supreme law of the land.

1           Also, I see here that Rodriguez versus Ray mentions

2    that all rules, codes, regulations are for government

3    authorities only, not human creators, in accordance with God's

4    law.

5           Also there is -- and that was as recent as 1985.  Every

6    man is independent of all laws except those prescribed by

7    nature.  He is not bound by any institutions formed by his

8    fellow man without his consent, Cruden versus Neale, and I do

9    not give my consent today to these proceedings.

10          We did not participate or consent in the trial that the

11   prosecution and this Court held in July for that reason.  We

12   notified the Supreme Court of our demand before the trial and

13   after the trial that our Seventh Amendment right was violated

14   and have written to them to address our demand after the trial

15   and give us a remedy.

16          So, today I, the living man, Mark Scott of Grenon

17   family am present in this court waiting to hear a sentence from

18   a trial that I did not consent to and a verdict from that trial

19   that violated my Seventh Amendment right to common law.  Thus,

20   I cannot consent to these proceedings of this trial or verdict.

21   I will not consent to this case -- I will consent, excuse me,

22   to this case being dismissed and my sons and I being released.

23          I pray that God guides your decision, Judge Altonaga.

24          THE COURT:  Thank you.

25          Is there anything additional?

1          MR. HOMER:  No, Your Honor.

2          THE DEFENDANT:  No, Your Honor.

3          THE COURT:  I have considered the Presentence

4    Investigation Report, which accurately calculates the advisory

5    guidelines here.  There have been no objections to the report.

6          THE DEFENDANT:  I objected to the report.

7          THE COURT:  You have?

8          THE DEFENDANT:  Yes, I said I objected.

9          THE COURT:  No written objection.

10         THE DEFENDANT:  Based upon Booker, U.S. versus Booker.

11         THE COURT:  There are no written objections explaining

12    why the calculations are incorrect.

13         THE DEFENDANT:  Do you know how difficult it is, Judge,

14    when you're in jail to do anything when I am not afforded a

15    computer?  All my phones are tapped.  I cannot talk strategy

16    with counsel.  I am at the disadvantage, and you're telling

17    me -- and I get things one day before the time period is over

18    to respond, so this is not completely just or fair.

19         THE COURT:  You have rejected my offer of counsel at

20    every turn, Mr. Grenon, including at this morning's sentencing

21    hearing.  You previously had standby counsel appointed for you

22    and you did not want standby counsel.

23         You are able to write, as I can see you're reading your

24    written statement, and you have previously filed written

25    documents with the Court.

1       THE DEFENDANT:  I have filed things at the Clerk of

2   Court, and they were rejected in the past.  We have records of

3   that.  Even when I handwrote it, they rejected it.

4       THE COURT:  The advisory guidelines here call for the

5   guideline imprisonment range of 292 to 365 months imprisonment.

6   However, the statutory maximum sentence is five years and so

7   the guideline term of imprisonment is 60 months imprisonment.

8       I turn to the factors in 18 U.S. Code, Section 3553.  I

9   have considered the defendant's history and personal

10  characteristics, the nature and circumstances of the offense

11  conduct, the need to promote respect for the law, provide

12  deterrence to this defendant as well as others, and the need to

13  avoid unwarranted sentencing disparity.

14      I could not agree more with the government's sentiments

15  as expressed here in open court regarding the need for a

16  60-month sentence.  That sentence is sufficient and not greater

17  than necessary to achieve the objectives in sentencing.

18      It is, therefore, the judgment of the Court that the

19  defendant, Mark Scott Grenon, is committed to the Bureau of

20  Prisons to be imprisoned for a term of 60 months.

21      Do we need to hold a restitution hearing?

22      THE DEFENDANT:  I object and do not consent to this.

23      MR. HOMER:  Your Honor, we have written affidavits from

24  several victims who have claimed a total of $1,948 in

25  restitution.  I believe that is an appropriate amount, and I

1    ask Your Honor to enter a restitution order in that amount at

2    this time.

3              THE DEFENDANT:  I object to that, Your Honor, due to

4    U.S. versus Booker again.

5              THE COURT:  That objection --

6              THE DEFENDANT:  There has been no valid claim and it

7    wasn't in the trial.

8              THE COURT:  The objection is overruled.  The defendant

9    will pay restitution in the amount of $1,948.

10             During incarceration if the defendant earns wages in a

11   federal prison industries job, he will pay 50 percent of wages

12   earned toward the financial obligations imposed.

13             If the defendant does not work in a federal prison

14   industries job, he must pay a minimum of $50 per quarter toward

15   the financial obligations imposed.

16             THE DEFENDANT:  Again, I do not consent.

17             THE COURT:  Upon release from imprisonment, the

18   defendant will pay restitution at the rate of 15 percent of

19   monthly gross earnings until the Court alters that payment

20   schedule in the interest of justice.

21             The U.S. Bureau of Prisons, U.S. Probation Office and

22   U.S. Attorney's Office will monitor the payment of restitution

23   and report to the Court any material change in the defendant's

24   ability to pay.

25             THE DEFENDANT:  I do not consent.

1           THE COURT:  These payments do not preclude the

2    government from using any other anticipated or unexpected

3    financial gains, assets or income of the defendant to satisfy

4    restitution.  Restitution is to be made payable to the Clerk of

5    the United States Court and in turn to be forwarded to the

6    victims.

7           THE DEFENDANT:  I do not consent, Your Honor, based

8    upon U.S. versus Booker.  This was not proven in a trial.  You

9    are continually going on mentioning these things.

10          There are no victims.

11          Where are the victims?  Where are the valid claims?

12   Where are they?

13          We continue on with no valid claims, Your Honor.

14          With all due respect, it's like you're not listening to

15   anything, and you're just listening to the prosecution.

16          Is it because you all work together.  You work for the

17   government against the people.

18          THE COURT:  Upon release from imprisonment, Mr. Grenon,

19   you will be on supervised release for three years.

20          Within 72 hours of release, you will report in person

21   to the probation office in the district to which you are

22   released.

23          THE DEFENDANT:  I do not consent to that.

24          THE COURT:  While on supervised release, you will

25   comply with mandatory and standard conditions of supervision.

1          Those include not committing any crimes.  You are

2   prohibited from possessing a firearm or other dangerous device.

3          You may not unlawfully possess a controlled substance

4   and you must cooperate in the collection of DNA.

5          You will also comply with the following special

6   conditions:

7          The permissible search, financial disclosure

8   requirement, no-new-debt restriction, unpaid restitution, fines

9   or special assessment noted in Part F of the Presentence

10  Investigation Report.

11         You must actively seek and maintain full-time

12  employment.

13         The fine recommended here under the guidelines is a

14  fine of between $50,000 to $500,000.  I will enter a reduced

15  fine of $5,000.

16         THE DEFENDANT:  Your Honor, I have no way of paying all

17  of that.

18         THE COURT:  It's payable over the period of

19  incarceration, as well as the supervised release term of three

20  years.  It's not payable immediately.

21         THE DEFENDANT:  I do not consent to that.

22         THE COURT:  And you will pay a special assessment of

23  $100.

24         That is due immediately.

25         Now that the sentence has been imposed, does the

1   defendant object to the Court's findings or the manner in which

2   sentence was announced?

3           THE DEFENDANT:  Yes, I do.

4           I do not consent and object to all that you just said

5   and really want to be -- today wish to be released.  I have one

6   more thing to say, if I may.

7           THE COURT:  Yes.

8           THE DEFENDANT:  Okay.  You have heard me say that I am

9   a living man, Mark Scott, of the Grenon family.  When I am

10  addressed in this court, I am Mr. Grenon or another name.

11  There is a very logical reason for that.  Here in the front of

12  this PCR -- PSR, excuse me, the case number, the plaintiff, the

13  defendant is mentioned.

14          You will notice the name Mark Scott Grenon in all

15  capitals.  That is not me, the living man, but a legal trust,

16  but I am the beneficiary of that legal trust, Judge.  You,

17  Judge, are acting as one of the trustees of that trust.  I wish

18  today for you to indemnify me, the living man, for the

19  1,152 days that I have been kidnapped and held captive and

20  transferred from said trust $5,000 a day for the 1,152 days.

21          I, the living man, have been held unlawfully in this

22  case, in other words, kidnapped.  The basis of my claim to this

23  amount is cruel and unusual punishment, unlawful imprisonment,

24  pain and suffering, as well as the crimes of personage and

25  barratry by the U.S. government.

1          The amount that I am requiring to be taken out of the

2    trust is $5,760,000.  Judge, Altonaga, acting as trustee of the

3    trust, Mark Scott Grenon, will you make the judgment to

4    indemnify me today, the living man, Mark Scott, of the Grenon

5    family for that amount?  Yes or no?

6          THE COURT:  That's a nonsensical question.  I will not

7    answer that.

8          THE DEFENDANT:  Let the record reflect the judge

9    answered nonsensical.  It's right here.

10         THE COURT:  It is nonsensical.

11         Anything else, Mr. Grenon?

12         I am advising you you have the right to appeal the

13   sentence and conviction.  Any notice of appeal must be filed

14   within 14 days of entry of the judgment.  If you are unable to

15   pay the cost of an appeal, you may apply for cost to appeal in

16   forma pauperis.

17         Anything else?

18         MR. HOMER:  As Your Honor noted, the defendant did not

19   file written objections to the Presentence Investigation Report

20   nor has he specified in any way any specific paragraph he

21   agrees with or any explanation for why the report is wrong.

22   Nevertheless, given his blanket objection to the PSR, I'd ask

23   the Court to make a King finding.  Your Honor saw ample

24   evidence during trial to support all of the enhancements.

25   Nevertheless, I'd ask that Your Honor find that even if somehow

1   the enhancements and calculations were incorrect, that the

2   60-month sentence is the same Your Honor would have given

3   regardless.

4            THE COURT:  I do make that finding.

5            THE DEFENDANT:  I object to the finding.

6            THE COURT:  Even if any of the enhancements noted in

7   the Presentence Investigation Report are in error, the sentence

8   that is sufficient and not greater than necessary to achieve

9   the objectives in sentencing is the 60-month sentence that I

10  have imposed, and I would impose that regardless.

11           Have a good day, Mr. Grenon.

12           (Proceedings were concluded at 9:28 a.m.)

13

14                      C E R T I F I C A T E

15

16           I hereby certify that the foregoing is an

17  accurate transcription of the proceedings in the

18  above-entitled matter.

19

20

21

22  December 6, 2024          /s/Patricia Diaz
    DATE                      PATRICIA DIAZ, FCRR, RPR, FPR
23                            Official Court Reporter
                              United States District Court
24                            400 North Miami Avenue, 11th Floor
                              Miami, Florida 33128
25                            (305) 523-5178

**$**

**$1,948** [2] - 19:24, 20:9
**$100** [1] - 22:23
**$5,000** [2] - 22:15, 23:20
**$5,760,000** [1] - 24:2
**$50** [1] - 20:14
**$50,000** [1] - 22:14
**$500,000** [1] - 22:14

**/**

**/s/Patricia** [1] - 25:22

**1**

**1** [1] - 1:8
**1,150** [1] - 12:20
**1,152** [2] - 23:19, 23:20
**11th** [2] - 2:4, 25:24
**12** [1] - 12:21
**12th** [1] - 13:14
**14** [2] - 14:24, 24:14
**15** [1] - 20:18
**150** [1] - 1:22
**18** [1] - 19:8
**19** [1] - 16:19
**1978** [1] - 13:14
**1985** [1] - 17:5

**2**

**2023** [1] - 1:5
**2024** [1] - 25:22
**21** [1] - 14:2
**21-CR-20242-CMA** [1] - 1:2
**22** [1] - 14:23
**292** [2] - 3:23, 19:5
**2:5-11** [1] - 13:19

**3**

**305** [2] - 2:5, 25:25
**33128** [2] - 2:4, 25:24
**33130** [1] - 1:22
**33132** [1] - 1:16
**3553** [3] - 8:24, 12:7, 19:8
**3553(a** [1] - 9:1
**365** [1] - 19:5

**4**

**400** [2] - 2:3, 25:24
**45** [3] - 6:14, 13:14, 14:17

**5**

**50** [1] - 20:11
**523-5178** [2] - 2:5, 25:25

**6**

**6** [3] - 1:5, 16:23, 25:22
**60** [6] - 3:21, 3:22, 12:6, 12:16, 19:7, 19:20
**60-month** [4] - 9:2, 19:16, 25:2, 25:9
**66** [1] - 14:24
**6:00** [1] - 12:21
**6:33** [1] - 15:9
**6:9** [1] - 14:10

**7**

**72** [1] - 21:20

**9**

**99** [1] - 1:16
**9:00** [1] - 1:6
**9:28** [2] - 1:6, 25:12

**A**

**a.m** [4] - 1:6, 12:21, 25:12
**ability** [1] - 20:24
**able** [3] - 3:22, 15:21, 18:23
**above-entitled** [1] - 25:18
**abundantly** [1] - 9:24
**accepted** [1] - 13:15
**accordance** [1] - 17:3
**according** [6] - 4:19, 5:1, 5:16, 10:5, 13:18, 14:8
**accurate** [1] - 25:17
**accurately** [2] - 3:24, 18:4
**accusations** [2] - 4:20, 8:8
**accuser** [2] - 16:20
**achieve** [2] - 19:17, 25:8
**acknowledgment** [1] - 9:8
**acting** [2] - 23:17, 24:2
**action** [1] - 9:18
**actively** [1] - 22:11

**added** [1] - 15:11
**additional** [1] - 17:25
**address** [2] - 12:24, 17:14
**addressed** [1] - 23:10
**admitted** [1] - 8:25
**advise** [1] - 4:15
**advising** [1] - 24:12
**advisory** [3] - 5:10, 18:4, 19:4
**affidavits** [1] - 19:23
**afforded** [1] - 18:14
**Agent** [1] - 3:5
**ago** [1] - 13:14
**agree** [1] - 19:14
**agrees** [1] - 24:21
**allowed** [2] - 10:4, 11:12
**almost** [2] - 13:3, 13:14
**alone** [1] - 12:4
**alters** [1] - 20:19
**ALTONAGA** [1] - 1:11
**Altonaga** [2] - 17:23, 24:2
**Amendment** [13] - 7:1, 7:4, 7:8, 10:3, 10:16, 10:20, 10:24, 11:4, 11:23, 16:14, 17:13, 17:19
**amendment** [1] - 11:19
**America** [2] - 3:2, 12:22
**AMERICA** [1] - 1:4
**amount** [6] - 19:25, 20:1, 20:9, 23:23, 24:1, 24:5
**ample** [2] - 6:6, 6:10, 24:23
**angels** [1] - 13:20
**announced** [1] - 23:2
**answer** [1] - 24:7
**answered** [1] - 24:9
**anticipated** [1] - 21:2
**appeal** [4] - 24:12, 24:13, 24:15
**appearance** [1] - 9:6
**APPEARANCES** [1] - 1:13
**appearances** [1] - 3:3
**apply** [1] - 24:15
**appoint** [1] - 4:16
**appointed** [3] - 3:14, 5:6, 18:21
**appropriate** [1] - 19:25

**area** [1] - 4:6
**arguments** [2] - 5:9, 5:25
**Article** [1] - 16:23
**articulate** [1] - 5:9
**ASHLEY** [1] - 1:20
**assessment** [2] - 22:9, 22:22
**assets** [1] - 21:3
**ASSISTANT** [2] - 1:15, 1:21
**ATTORNEY** [1] - 1:15
**Attorney's** [1] - 20:22
**ATTORNEY'S** [1] - 1:15
**authorities** [1] - 17:3
**autistic** [3] - 4:8, 7:22, 8:1
**Avenue** [2] - 2:3, 25:24
**avoid** [1] - 19:13

**B**

**bad** [1] - 7:21
**barratry** [1] - 23:25
**based** [5] - 6:15, 16:24, 18:10, 21:7
**basis** [1] - 23:22
**bathed** [1] - 8:15
**becomes** [1] - 10:25
**BEFORE** [1] - 1:11
**beneficiary** [1] - 23:16
**best** [2] - 5:12, 5:25
**between** [1] - 22:14
**beyond** [1] - 4:3
**bible** [2] - 12:22, 14:23
**bit** [1] - 9:9
**blanket** [1] - 24:22
**bleach** [1] - 8:16
**Bogota** [1] - 13:1
**bogus** [4] - 6:10, 6:13, 6:21, 11:22
**Booker** [7] - 4:20, 5:1, 5:16, 18:10, 20:4, 21:8
**Booker's** [1] - 5:20
**bound** [1] - 17:7
**bow** [1] - 13:21
**brain** [1] - 6:2
**breaking** [1] - 11:25
**briefly** [1] - 16:6
**bring** [1] - 8:10
**broke** [1] - 12:21
**brought** [5] - 7:17, 8:10, 9:18, 16:17,

16:18
**Bureau** [2] - 19:19, 20:21
**burned** [1] - 8:16
**BY** [1] - 2:1

**C**

**calculates** [1] - 18:4
**calculations** [2] - 18:12, 25:1
**cancer** [1] - 6:22
**cannot** [2] - 15:25, 17:20, 18:15
**capitals** [1] - 23:15
**captive** [1] - 23:19
**care** [1] - 15:15
**Carta** [1] - 16:12
**case** [15] - 3:20, 3:25, 4:3, 5:12, 5:24, 6:20, 7:23, 8:23, 10:16, 10:25, 12:5, 17:21, 17:22, 23:12, 23:22
**CASE** [1] - 1:2
**CECILIA** [1] - 1:11
**cell** [1] - 12:24
**certainly** [1] - 5:15
**certify** [1] - 25:16
**chance** [1] - 8:18
**change** [1] - 20:23
**Chapter** [2] - 14:23, 16:19
**characteristics** [1] - 19:10
**charges** [1] - 6:20
**children** [11] - 4:8, 7:22, 8:1, 8:3, 8:5, 8:16, 8:18, 14:21, 15:1, 15:9, 16:4
**Chris** [2] - 13:15, 13:21
**Christ** [1] - 15:17
**church** [4] - 6:10, 6:13, 6:14, 11:22
**circumstances** [1] - 19:10
**cited** [1] - 5:24
**civil** [3] - 9:18, 10:14, 10:16
**claim** [5] - 7:16, 8:8, 16:16, 20:6, 23:22
**claimed** [1] - 19:24
**claims** [4] - 4:22, 6:22, 21:11, 21:13
**CLARA** [1] - 1:24
**Clara** [1] - 3:9
**clear** [2] - 7:24, 9:24
**Clerk** [2] - 19:1, 21:4
**clinical** [1] - 6:23

closer [1] - 16:5
clothing [1] - 15:12
Code [1] - 19:8
codes [1] - 17:2
collection [1] - 22:4
Colombia [1] - 12:22
committed [1] -
19:19
committing [2] -
10:12, 22:1
common [12] - 7:1,
10:3, 10:4, 10:22,
11:25, 16:11, 16:15,
16:22, 16:23, 16:24,
17:19
compared [1] - 15:25
completely [1] -
18:18
comply [7] - 9:22,
9:23, 10:15, 11:10,
12:13, 21:25, 22:5
computer [1] - 18:15
concerned [1] - 4:7
concluded [1] -
25:12
conclusion [1] - 16:6
conditions [2] -
21:25, 22:6
conduct [13] - 3:25,
4:1, 4:7, 6:9, 6:21,
7:11, 7:20, 8:23, 9:7,
11:16, 12:10, 19:11
confused [1] - 7:25
Congress [1] - 11:19
conjecture [1] - 8:8
consent [16] - 5:1,
16:7, 17:8, 17:9,
17:10, 17:18, 17:20,
17:21, 19:22, 20:16,
20:25, 21:7, 21:23,
22:21, 23:4
considered [3] - 5:2,
18:3, 19:9
constitute [1] - 4:22
Constitution [8] -
7:8, 10:21, 10:22,
11:5, 12:1, 16:13,
16:23, 16:24
context [2] - 10:1,
15:11
continents [1] -
13:25
continually [1] - 21:9
continue [10] - 4:16,
6:4, 6:16, 7:17, 8:12,
9:11, 9:15, 11:15,
14:4, 21:13
continued [1] - 11:10
controlled [1] - 22:3
conviction [1] -

24:13
convinced [1] - 8:3
cooperate [1] - 22:4
cost [2] - 24:15
COUNSEL [1] - 1:19
counsel [10] - 3:13,
3:14, 4:16, 5:5, 5:8,
6:4, 18:16, 18:19,
18:21, 18:22
COURT [42] - 1:1,
3:2, 3:7, 3:11, 3:18,
4:11, 4:14, 5:4, 5:8,
5:15, 5:21, 5:24, 6:3,
6:17, 7:10, 7:19, 8:14,
9:16, 10:6, 11:7, 12:3,
12:17, 17:24, 18:3,
18:7, 18:9, 18:11,
18:19, 19:4, 20:5,
20:8, 20:17, 21:1,
21:18, 21:24, 22:18,
23:2, 23:7, 24:6,
24:10, 25:4, 25:6
Court [22] - 2:2, 2:3,
3:1, 4:19, 7:2, 7:5,
11:24, 16:6, 16:17,
16:18, 16:21, 17:11,
17:12, 18:25, 19:2,
19:18, 20:19, 20:23,
21:5, 24:23, 25:23,
25:23
court [6] - 7:9, 10:4,
11:25, 17:17, 19:15,
23:10
Court's [1] - 23:1
courtroom [1] -
11:23
COVID-19 [3] - 6:19,
6:21, 9:21
creation [1] - 6:10
creators [1] - 17:3
crimes [2] - 22:1,
23:24
Criminal [1] - 3:6
criminal [1] - 15:3
crucified [1] - 13:17
Cruden [1] - 17:8
cruel [1] - 23:23
cry [1] - 13:21
curative [1] - 6:22
cure [1] - 8:2

D

daily [1] - 13:6
dangerous [2] -
9:20, 22:2
DATE [1] - 25:22
days [4] - 12:20,
23:19, 23:20, 24:14
dead [1] - 13:18

dealers [1] - 13:3
debt [1] - 22:8
decade [1] - 11:16
decades [1] - 12:10
deceit [2] - 14:18,
14:19
deceived [1] - 14:10
December [1] -
25:22
deception [2] -
14:18, 14:19
decided [1] - 8:23
decides [1] - 10:21
decision [5] - 4:19,
5:20, 15:24, 16:21,
17:23
Declaration [1] -
16:12
defend [1] - 5:13
defendant [16] - 1:8,
3:24, 9:3, 9:10, 10:8,
12:8, 19:12, 19:19,
20:8, 20:10, 20:13,
20:18, 21:3, 23:1,
23:13, 24:18
DEFENDANT [39] -
1:18, 1:19, 3:16, 4:10,
4:12, 4:18, 5:7, 5:13,
5:16, 5:23, 6:1, 6:12,
6:23, 7:14, 8:7, 9:13,
9:25, 10:19, 11:18,
12:19, 18:2, 18:6,
18:8, 18:10, 18:13,
19:1, 19:22, 20:3,
20:6, 20:16, 20:25,
21:7, 21:23, 22:16,
22:21, 23:3, 23:8,
24:8, 25:5
defendant's [4] - 4:7,
6:9, 19:9, 20:23
Defendants [1] -
11:9
defendants [9] -
6:10, 7:12, 7:21, 7:25,
8:2, 8:19, 9:19, 9:21,
10:13
DEFENDER [1] -
1:21
DEFENDER'S [1] -
1:21
defiant [1] - 16:10
demand [2] - 17:12,
17:14
demanded [1] -
16:14
demons [1] - 13:20
denied [1] - 5:19
denying [1] - 13:23
desire [1] - 13:23
desperate [1] - 7:22

deterrence [3] - 9:9,
12:4, 19:12
Deuteronomy [1] -
16:19
device [1] - 22:2
DEVON [1] - 1:20
Diaz [1] - 25:22
DIAZ [2] - 2:2, 25:22
died [1] - 13:17
different [1] - 4:5
difficult [1] - 18:13
disadvantage [1] -
18:16
disclosure [1] - 22:7
disease [1] - 8:2
diseases [2] - 6:22,
7:12
dismissed [1] -
17:22
disobedience [2] -
10:14, 10:16
disparity [1] - 19:13
distributing [2] -
9:20, 11:11
DISTRICT [3] - 1:1,
1:1, 1:11
District [2] - 2:3,
25:23
district [1] - 21:21
DIVISION [1] - 1:2
DNA [1] - 22:4
documents [1] -
18:25
done [2] - 15:23
door [2] - 12:21,
12:25
down [2] - 12:15,
12:21
downward [1] - 5:10
drug [1] - 13:2
due [4] - 4:21, 20:3,
21:14, 22:24
duplicitous [1] - 6:8
during [10] - 4:2, 4:9,
5:2, 6:18, 8:10, 8:25,
10:8, 15:21, 20:10,
24:24

E

earned [1] - 20:12
earnings [1] - 20:19
earns [1] - 20:10
egregious [1] - 4:7
Egypt [1] - 13:4
eight [1] - 14:20
Embassy [1] - 12:24
employment [1] -
22:12
end [2] - 3:23, 12:5

enemas [1] - 8:5
enforcement [1] -
9:18
English [1] - 13:9
enhancements [4] -
6:7, 24:24, 25:1, 25:6
enter [1] - 20:1,
22:14
entitled [1] - 25:18
entry [1] - 24:14
error [1] - 25:7
ESQ [1] - 1:14, 1:20
establishment [1] -
11:20
evidence [8] - 5:1,
5:9, 5:12, 6:6, 8:25,
10:10, 11:8, 24:24
evil [2] - 14:18, 14:19
exact [2] - 9:11,
11:16
except [1] - 17:6
excuse [2] - 17:21,
23:12
exercise [1] - 11:21
experience [1] - 16:3
experienced [1] -
13:13
explain [1] - 16:6
explaining [1] -
18:11
explanation [1] -
24:21
expressed [2] -
11:13, 19:15

F

fact [2] - 4:21, 6:15
factors [5] - 8:24,
9:1, 12:7, 12:13, 19:8
fail [1] - 12:13
fair [1] - 18:18
families [1] - 15:12,
15:15, 15:18
family [3] - 17:17,
23:9, 24:5
far [1] - 16:8
favor [1] - 13:3
FCRR [2] - 2:2, 25:22
FDA's [1] - 3:6
FEDERAL [2] - 1:21,
1:21
federal [2] - 20:11,
20:13
fellow [1] - 17:8
figure [1] - 8:1
file [2] - 5:11, 24:19
filed [3] - 18:24,
19:1, 24:13
financial [4] - 20:12,

3

20:15, 21:3, 22:7
**findings** [1] - 23:1
**fine** [3] - 22:13, 22:14, 22:15
**fines** [1] - 22:8
**firearm** [1] - 22:2
**first** [3] - 11:19, 13:13, 15:10
**First** [1] - 11:22
**five** [2] - 12:12, 19:6
**Flagler** [1] - 1:22
**Floor** [2] - 2:4, 25:24
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 1:16, 1:22, 2:4, 13:8, 25:24
**focus** [1] - 14:2
**focused** [1] - 6:8
**focusing** [1] - 6:19
**follow** [3] - 10:22, 11:5, 15:9
**following** [1] - 22:5
**food** [1] - 15:12
**FOR** [4] - 1:14, 1:18, 1:19, 1:24
**foregoing** [1] - 25:16
**forgive** [1] - 13:16
**forma** [1] - 24:16
**formed** [1] - 17:7
**forth** [5] - 7:17, 8:10, 16:17, 16:20
**forward** [4] - 7:2, 7:3, 16:18
**forwarded** [1] - 21:5
**four** [7] - 4:5, 7:24, 10:13, 11:9, 13:9, 13:25, 14:24
**Fourth** [1] - 1:16
**FPR** [2] - 2:2, 25:22
**frankly** [3] - 3:21, 4:1, 8:22
**fraud** [1] - 6:9
**free** [1] - 11:20
**front** [1] - 23:11
**full** [2] - 13:2, 22:11
**full-time** [1] - 22:11
**future** [1] - 9:15

**G**

**gains** [1] - 21:3
**Galatians** [1] - 14:10
**given** [2] - 24:22, 25:2
**goal** [1] - 15:6
**God** [13] - 13:6, 13:9, 13:12, 13:13, 14:5, 14:7, 14:21, 15:5, 15:8, 15:10, 15:11, 15:15, 17:23

**god** [1] - 14:10
**God's** [5] - 13:11, 14:9, 15:23, 16:10, 17:3
**Godly** [1] - 15:17
**Gospel** [1] - 13:16
**GOVERNMENT** [1] - 1:14
**government** [13] - 3:18, 3:20, 6:18, 8:22, 9:18, 10:10, 10:21, 10:25, 11:5, 17:2, 21:2, 21:17, 23:25
**government's** [1] - 19:14
**grandchildren** [3] - 14:24, 14:25, 15:20
**greater** [2] - 19:16, 25:8
**Grenon** [20] - 3:3, 3:12, 4:15, 5:5, 9:4, 11:9, 12:9, 12:16, 12:18, 17:16, 18:20, 19:19, 21:18, 23:9, 23:10, 23:14, 24:3, 24:4, 24:11, 25:11
**GRENON** [1] - 1:7
**gross** [1] - 20:19
**groups** [1] - 7:25
**growing** [1] - 15:20
**grown** [1] - 16:5
**guards** [1] - 13:4
**guideline** [3] - 12:11, 19:5, 19:7
**guidelines** [6] - 3:23, 3:24, 5:10, 18:5, 19:4, 22:13
**guides** [1] - 17:23

**H**

**half** [2] - 15:15, 15:18
**handwrote** [1] - 19:3
**hard** [1] - 12:8
**harmed** [2] - 7:17, 16:16
**hear** [4] - 3:18, 4:14, 12:18, 17:17
**heard** [2] - 10:7, 23:8
**HEARING** [1] - 1:10
**hearing** [7] - 3:12, 3:15, 4:16, 5:6, 13:16, 18:21, 19:21
**hearts** [1] - 14:21
**heinous** [1] - 3:25
**held** [3] - 17:11, 23:19, 23:21
**help** [2] - 8:3, 8:17
**helping** [1] - 15:5

**hereby** [1] - 25:16
**high** [1] - 12:5
**higher** [2] - 12:1, 12:12
**highlight** [1] - 8:20
**history** [1] - 19:9
**hold** [1] - 19:21
**home** [1] - 12:20
**Homer** [1] - 3:4
**HOMER** [15] - 1:14, 3:4, 3:19, 6:5, 6:18, 7:11, 7:20, 8:15, 9:17, 10:7, 11:8, 12:4, 18:1, 19:23, 24:18
**honest** [2] - 14:12, 14:13
**Honor** [32] - 3:4, 3:19, 4:1, 4:2, 4:5, 4:9, 6:1, 6:8, 7:11, 7:20, 8:21, 8:24, 9:7, 9:17, 10:7, 11:6, 12:4, 12:6, 12:14, 12:15, 18:1, 18:2, 19:23, 20:1, 20:3, 21:7, 21:13, 22:16, 24:18, 24:23, 24:25, 25:2
**HONORABLE** [1] - 1:11
**hoping** [1] - 8:17
**horrible** [1] - 12:10
**hours** [1] - 21:20
**huge** [2] - 7:23, 8:22
**human** [1] - 17:3
**hundreds** [1] - 13:10

**I**

**idea** [1] - 11:21
**illegal** [1] - 6:11
**illogically** [1] - 11:3
**imagine** [1] - 12:8
**immediately** [3] - 9:19, 22:20, 22:24
**impact** [2] - 4:6, 7:24
**impacted** [1] - 13:10
**importantly** [1] - 10:18
**impose** [1] - 25:10
**imposed** [4] - 20:12, 20:15, 22:25, 25:10
**imprisoned** [1] - 19:20
**imprisonment** [9] - 3:21, 12:16, 19:5, 19:7, 20:17, 21:18, 23:23
**incarceration** [2] - 20:10, 22:19
**include** [1] - 22:1
**including** [2] - 11:9,

18:20
**income** [1] - 21:3
**incorrect** [2] - 18:12, 25:1
**indemnify** [1] - 23:18, 24:4
**Independence** [1] - 16:12
**independent** [1] - 17:6
**indication** [1] - 11:13
**industries** [2] - 20:11, 20:14
**inferior** [1] - 11:25
**initial** [1] - 9:5
**instant** [1] - 9:5
**institutions** [1] - 17:7
**intent** [2] - 7:14, 7:16
**intention** [1] - 7:3
**interest** [1] - 20:20
**introduced** [1] - 10:10
**investigation** [1] - 6:7
**Investigation** [4] - 18:4, 22:10, 24:19, 25:7
**Investigations** [1] - 3:6
**irrelevant** [6] - 4:21, 5:17, 6:15, 8:11, 11:23, 11:24

**J**

**jail** [3] - 13:2, 14:3, 18:14
**jails** [1] - 14:4
**Jerusalem** [1] - 13:5
**Jesus** [6] - 13:15, 13:17, 13:21, 15:16, 15:17, 15:25
**job** [2] - 20:11, 20:14
**John** [1] - 13:5
**Jonathan** [1] - 13:8
**Jonathan's** [1] - 15:1
**Jose** [1] - 3:5
**Joseph** [3] - 13:1, 13:4, 15:1
**judge** [2] - 10:1, 24:8
**JUDGE** [1] - 1:11
**Judge** [15] - 8:7, 9:19, 9:24, 10:9, 11:10, 13:12, 14:15, 15:5, 15:14, 15:23, 17:23, 18:13, 23:16, 23:17, 24:2
**judge's** [1] - 11:14
**judgment** [3] - 19:18,

24:3, 24:14
**July** [1] - 17:11
**jury** [6] - 4:24, 5:2, 7:1, 7:4, 10:2, 16:15
**justice** [1] - 20:20

**K**

**KAY** [1] - 1:20
**kidnapped** [2] - 23:19, 23:22
**king** [1] - 16:1
**King** [1] - 24:23
**Kingdom** [1] - 15:10
**kings** [1] - 16:1
**knee** [1] - 13:21
**knocked** [1] - 12:25
**knowing** [1] - 13:19
**knowingly** [1] - 7:3
**knows** [1] - 9:17

**L**

**lack** [1] - 12:10
**land** [3] - 10:5, 16:22, 16:25
**large** [1] - 4:2
**last** [1] - 15:18
**law** [23] - 5:21, 7:1, 9:7, 9:20, 10:3, 10:4, 10:5, 10:22, 11:19, 11:25, 12:9, 16:11, 16:15, 16:16, 16:22, 16:23, 16:24, 16:25, 17:4, 17:19, 19:11
**lawfully** [1] - 16:8
**laws** [1] - 17:6
**lawyer** [2] - 5:22, 5:24
**leave** [1] - 14:2
**legal** [3] - 5:25, 23:15, 23:16
**legally** [1] - 11:12
**less** [3] - 9:3, 9:5, 12:9
**letting** [1] - 8:12
**lies** [2] - 14:18, 14:19
**life** [9] - 14:12, 14:14, 14:15, 14:16, 14:18, 14:20, 15:4, 15:6
**listen** [2] - 13:7, 13:24
**listening** [3] - 7:6, 21:14, 21:15
**live** [3] - 14:14, 14:20, 15:17
**lived** [1] - 15:4
**living** [6] - 17:16, 23:9, 23:15, 23:18, 23:21, 24:4

**logic** [1] - 10:23
**logical** [1] - 23:11
**logically** [1] - 16:8
**Lord** [5] - 13:15,
13:21, 13:22, 15:4,
16:5
**love** [3] - 14:7, 14:21,
14:22
**low** [1] - 3:23
**LYONS** [1] - 1:24
**Lyons** [1] - 3:9

**M**

**ma'am** [1] - 4:18
**Magna** [1] - 16:12
**main** [1] - 14:2
**maintain** [1] - 22:11
**man** [14] - 4:22, 7:16,
14:11, 14:17, 16:1,
16:17, 17:6, 17:8,
17:16, 23:9, 23:15,
23:18, 23:21, 24:4
**mandatory** [1] -
21:25
**manner** [1] - 23:1
**Mark** [10] - 3:2, 11:9,
12:9, 12:16, 17:16,
19:19, 23:9, 23:14,
24:3, 24:4
**MARK** [1] - 1:7
**material** [1] - 20:23
**matter** [1] - 25:18
**Matthew** [2] - 14:23,
15:9
**maximum** [4] - 3:21,
12:5, 12:12, 19:6
**maximums** [1] -
16:15
**means** [1] - 11:4
**memorandum** [1] -
5:11
**men** [3] - 13:10,
13:20
**mentioned** [1] -
23:13
**mentioning** [1] -
21:9
**mentions** [2] - 16:19,
17:1
**message** [2] - 13:24,
14:1
**met** [2] - 14:25, 15:1
**MIAMI** [1] - 1:2
**Miami** [7] - 1:4, 1:16,
1:22, 2:3, 2:4, 25:24,
25:24
**Michael** [1] - 3:4
**MICHAEL** [1] - 1:14
**midst** [1] - 9:21

**mind** [1] - 14:21
**mineral** [3] - 8:3, 8:6,
8:15
**minimum** [1] - 20:14
**ministered** [1] -
14:17
**miracle** [3] - 8:3, 8:5,
8:15
**misled** [1] - 8:18
**missionary** [1] -
13:25
**mitigating** [1] - 5:11
**MMS** [1] - 11:11
**mocked** [1] - 14:10
**monitor** [1] - 20:22
**monthly** [1] - 20:19
**months** [8] - 3:21,
3:22, 3:23, 12:6,
12:16, 19:5, 19:7,
19:20
**morning** [4] - 3:4,
3:7, 3:9, 3:11
**morning's** [1] - 18:20
**MR** [14] - 3:4, 3:19,
6:5, 6:18, 7:11, 7:20,
8:15, 9:17, 10:7, 11:8,
12:4, 18:1, 19:23,
24:18
**murderers** [1] - 13:2
**must** [4] - 20:14,
22:4, 22:11, 24:13

**N**

**name** [2] - 23:10,
23:14
**natural** [2] - 14:4,
16:10
**nature** [3] - 6:9, 17:7,
19:10
**Neale** [1] - 17:8
**necessary** [2] -
19:17, 25:8
**necessities** [1] -
15:13
**need** [5] - 12:14,
19:11, 19:12, 19:15,
19:21
**needed** [1] - 8:23
**neighbors** [1] -
14:22
**never** [5] - 4:23,
8:10, 10:15, 14:25,
15:1
**nevertheless** [2] -
24:22, 24:25
**New** [1] - 16:11
**new** [1] - 22:8
**news** [1] - 13:17
**NO** [1] - 1:2

**no-new-debt** [1] -
22:8
**none** [2] - 7:20, 15:3
**nonsensical** [3] -
24:6, 24:9, 24:10
**North** [2] - 2:3, 25:24
**Northeast** [1] - 1:16
**noted** [5] - 4:5, 4:11,
22:9, 24:18, 25:6
**notice** [2] - 23:14,
24:13
**notified** [3] - 7:1, 7:5,
17:12
**notify** [1] - 11:24
**November** [1] -
13:14
**number** [1] - 23:12
**numerous** [1] -
10:13

**O**

**oath** [1] - 10:12
**object** [17] - 4:10,
4:19, 4:25, 6:12, 6:23,
7:14, 8:7, 8:13, 9:13,
9:25, 10:19, 11:18,
19:22, 20:3, 23:1,
23:4, 25:5
**objected** [2] - 18:6,
18:8
**objection** [17] - 4:11,
4:13, 5:3, 5:4, 6:3,
6:17, 7:10, 7:19, 8:14,
9:16, 10:6, 11:7, 12:3,
18:9, 20:5, 20:8,
24:22
**objections** [3] - 18:5,
18:11, 24:19
**objectives** [2] -
19:17, 25:9
**obligations** [2] -
20:12, 20:15
**obviously** [1] - 6:20
**October** [1] - 1:5
**OF** [2] - 1:1, 1:4
**offense** [1] - 19:10
**offer** [1] - 18:19
**OFFICE** [2] - 1:15,
1:21
**Office** [3] - 3:6,
20:21, 20:22
**office** [1] - 21:21
**OFFICER** [1] - 3:9
**Official** [1] - 25:23
**official** [2] - 2:2, 11:5
**old** [2] - 14:2, 14:24
**Old** [1] - 16:11
**once** [2] - 9:10,
11:17

**one** [6] - 4:6, 7:24,
16:15, 18:17, 23:5,
23:17
**open** [1] - 19:15
**opinion** [1] - 7:21
**opposite** [1] - 14:15
**Order** [1] - 3:1
**order** [1] - 20:1
**ordered** [1] - 9:19
**orders** [4] - 9:22,
10:15, 11:10, 11:14
**ounce** [1] - 11:13
**ourselves** [1] - 14:22
**overruled** [11] - 5:4,
6:3, 6:17, 7:10, 7:19,
8:14, 9:16, 10:6, 11:7,
12:3, 20:8
**overwhelmingly** [1] -
11:8

**P**

**Pages** [1] - 1:8
**pain** [1] - 23:24
**pandemic** [2] - 6:19,
9:21
**paragraph** [1] -
14:20
**parents** [5] - 4:8,
7:22, 8:1, 8:5, 8:18
**Part** [1] - 22:9
**part** [1] - 16:3
**participate** [3] - 6:25,
7:7, 17:10
**particularly** [1] - 4:7
**passes** [1] - 13:13
**passion** [1] - 15:5
**past** [4] - 14:5,
14:17, 15:14, 19:2
**pastor** [1] - 13:25
**PATRICIA** [2] - 2:2,
25:22
**Paul** [1] - 13:5
**pauperis** [1] - 24:16
**pay** [7] - 20:9, 20:11,
20:14, 20:18, 20:24,
22:22, 24:15
**payable** [3] - 21:4,
22:18, 22:20
**paying** [1] - 22:16
**payment** [2] - 20:19,
20:22
**payments** [1] - 21:1
**PCR** [1] - 23:12
**peace** [3] - 13:12,
13:13, 13:19
**peacefully** [1] -
10:17
**people** [3] - 7:13,
15:22, 21:17

**per** [1] - 20:14
**percent** [2] - 20:11,
20:18
**percentage** [1] - 7:23
**perfect** [1] - 14:6
**period** [2] - 18:17,
22:18
**permissible** [1] -
22:7
**persecution** [2] -
15:17, 16:17
**person** [1] - 21:20
**personage** [1] -
23:24
**personal** [1] - 19:9
**Philippians** [1] -
13:19
**phone** [1] - 12:24
**phones** [1] - 18:15
**piece** [1] - 4:2
**plainly** [1] - 11:11
**Plaintiff** [1] - 1:5
**plaintiff** [1] - 23:12
**plan** [2] - 14:5, 14:6
**plus** [2] - 13:11, 14:5
**point** [1] - 11:12
**possess** [1] - 22:3
**possessing** [1] -
22:2
**possible** [1] - 9:4
**practicing** [1] - 10:14
**praise** [1] - 15:16
**pray** [1] - 17:23
**praying** [1] - 15:22
**preaching** [1] - 15:4
**preclude** [1] - 21:1
**prescribed** [1] - 17:6
**present** [3] - 5:8,
5:12, 17:17
**Presentence** [4] -
18:3, 22:9, 24:19,
25:7
**presentence** [1] - 6:7
**previously** [2] -
18:21, 18:24
**prey** [1] - 7:15
**preyed** [3] - 7:12,
7:15, 7:25
**preying** [1] - 4:8
**principle** [1] - 14:15
**prison** [4] - 9:11,
11:17, 20:11, 20:13
**prisoners** [1] - 13:4
**Prisons** [2] - 19:20,
20:21
**privilege** [1] - 16:3
**PRO** [1] - 1:18
**PROBATION** [2] -
1:24, 3:9

**probation** [1] - 21:21
**Probation** [3] - 3:8, 3:10, 20:21
**Proceedings** [1] - 25:12
**proceedings** [4] - 16:7, 17:9, 17:20, 25:17
**product** [2] - 8:17, 9:21
**prohibited** [1] - 22:2
**promises** [1] - 15:8
**promote** [1] - 19:11
**proof** [3] - 4:22, 7:15, 8:9
**prosecuted** [1] - 8:23
**prosecution** [2] - 17:11, 21:15
**prosecutor's** [1] - 4:20
**proven** [4] - 4:23, 5:2, 5:17, 21:8
**provide** [2] - 15:12, 19:11
**provided** [1] - 4:6
**proving** [2] - 6:20, 6:24
**PSI** [1] - 4:25
**PSR** [2] - 23:12, 24:22
**PUBLIC** [2] - 1:21, 1:21
**punishment** [1] - 23:23
**pure** [2] - 14:12, 14:13
**purpose** [1] - 14:8
**purposes** [1] - 9:9
**put** [3] - 5:11, 10:24, 10:25

## Q

**quarter** [1] - 20:14

## R

**range** [3] - 5:10, 12:12, 19:5
**rapist** [1] - 13:2
**rate** [1] - 20:18
**Ray** [3] - 10:5, 16:21, 17:1
**read** [2] - 5:23, 6:1
**reading** [2] - 12:22, 18:23
**real** [1] - 16:22
**really** [2] - 16:10, 23:5

**reap** [2] - 14:11, 14:13
**reaps** [1] - 14:19
**reason** [10] - 4:12, 4:14, 6:24, 8:22, 9:10, 11:15, 13:5, 16:14, 17:11, 23:11
**reasons** [1] - 5:9
**rebellious** [1] - 16:10
**recent** [1] - 17:5
**recommend** [1] - 3:22
**recommended** [1] - 22:13
**recommending** [1] - 3:20
**record** [5] - 6:5, 6:6, 15:3, 16:7, 24:8
**recorded** [1] - 10:7
**records** [1] - 19:2
**reduced** [2] - 5:12, 22:14
**referring** [1] - 8:25
**reflect** [2] - 3:25, 24:8
**refuse** [1] - 9:23
**refused** [2] - 9:22, 11:10
**regard** [1] - 11:20
**regarding** [1] - 19:15
**regardless** [2] - 25:3, 25:10
**regulations** [1] - 17:2
**rejected** [3] - 18:19, 19:2, 19:3
**related** [2] - 6:21, 7:11
**release** [6] - 20:17, 21:18, 21:19, 21:20, 21:24, 22:19
**released** [5] - 9:10, 11:17, 17:22, 21:22, 23:5
**relevant** [1] - 6:20
**religion** [1] - 11:20
**remedy** [2] - 12:2, 17:15
**remorse** [1] - 9:4, 9:6, 11:13, 12:11
**remorseful** [1] - 9:5
**report** [6] - 6:7, 18:5, 18:6, 20:23, 21:20, 24:21
**Report** [4] - 18:4, 22:10, 24:19, 25:7
**REPORTED** [1] - 2:1
**Reporter** [2] - 2:2, 25:23
**represent** [3] - 3:14,

4:17, 5:6
**represented** [1] - 3:13
**requirement** [1] - 22:8
**requires** [1] - 12:5
**requiring** [1] - 24:1
**respect** [6] - 7:21, 9:7, 12:9, 19:11, 21:14
**respectfully** [1] - 12:15
**respond** [1] - 18:18
**restitution** [10] - 4:23, 19:21, 19:25, 20:1, 20:9, 20:18, 20:22, 21:4, 22:8
**restriction** [1] - 22:8
**revolting** [2] - 4:1, 8:24
**rewarding** [1] - 12:9
**rewards** [1] - 15:8
**righteousness** [1] - 15:10
**rise** [1] - 6:19
**Rivera** [1] - 3:5
**Rodriguez** [1] - 17:1
**Rome** [1] - 13:5
**rose** [1] - 13:17
**RPR** [2] - 2:2, 25:22
**rules** [1] - 17:2

## S

**saddens** [1] - 3:22
**satisfy** [1] - 21:3
**save** [2] - 13:15, 16:1
**saved** [1] - 14:1
**saw** [3] - 4:2, 4:9, 24:23
**schedule** [1] - 20:20
**Scott** [10] - 3:2, 11:9, 12:9, 12:16, 17:16, 19:19, 23:9, 23:14, 24:3, 24:4
**SCOTT** [1] - 1:7
**scriptures** [1] - 13:18
**SE** [1] - 1:18
**search** [1] - 22:7
**Second** [4] - 10:16, 10:20, 10:24, 11:4
**second** [1] - 3:16
**Section** [2] - 9:1, 19:8
**see** [2] - 17:1, 18:23
**seek** [3] - 15:9, 15:13, 22:11
**Self** [2] - 10:5, 16:21
**sense** [2] - 10:23,

11:6
**sentence** [18] - 3:20, 5:12, 9:2, 12:5, 12:6, 12:7, 12:11, 12:15, 17:17, 19:6, 19:16, 22:25, 23:2, 24:13, 25:2, 25:7, 25:9
**SENTENCING** [1] - 1:10
**sentencing** [10] - 3:12, 3:15, 4:16, 5:2, 5:6, 5:11, 18:20, 19:13, 19:17, 25:9
**sentiments** [1] - 19:14
**separation** [1] - 15:19
**serious** [1] - 6:22
**serve** [1] - 16:4
**Seventh** [8] - 6:25, 7:4, 7:8, 10:2, 16:14, 17:13, 17:19
**several** [1] - 19:24
**shall** [2] - 11:19, 14:11
**share** [1] - 13:23
**shared** [1] - 13:6
**sharing** [1] - 14:1
**shelter** [1] - 15:12
**showed** [1] - 11:8
**shown** [1] - 9:6
**sick** [1] - 7:13
**similarly** [1] - 12:7
**simply** [3] - 8:20, 12:13, 12:23
**sin** [1] - 16:1
**sins** [1] - 13:16
**sit** [1] - 12:15
**slightest** [1] - 9:8
**small** [1] - 16:3
**so-called** [1] - 9:25
**soldiers** [1] - 12:21
**solution** [3] - 8:4, 8:6, 8:16
**son** [2] - 13:1, 13:8
**sons** [3] - 15:7, 16:2, 17:22
**sons'** [1] - 15:1
**sort** [1] - 8:2
**souls** [1] - 14:21
**South** [1] - 12:22
**SOUTHERN** [1] - 1:1
**sow** [1] - 14:12
**soweth** [1] - 14:11
**sows** [1] - 14:17
**Spanish** [1] - 13:10
**speaking** [1] - 8:24
**Special** [1] - 3:5
**special** [3] - 22:5,

22:9, 22:22
**specific** [3] - 9:9, 12:4, 4:20
**specified** [2] - 6:7, 24:20
**spent** [2] - 6:18, 15:4
**stand** [1] - 16:9
**standard** [1] - 21:25
**standby** [2] - 18:21, 18:22
**STANDBY** [1] - 1:19
**standing** [1] - 7:6
**state** [1] - 3:3
**statement** [3] - 9:14, 10:8, 18:24
**statements** [8] - 4:6, 4:20, 4:21, 6:13, 6:14, 7:24, 8:19, 10:13
**states** [3] - 13:20, 16:22, 16:23
**STATES** [5] - 1:1, 1:4, 1:11, 1:15, 1:15
**States** [5] - 2:3, 3:2, 3:5, 21:5, 25:23
**statutory** [3] - 3:21, 12:12, 19:6
**STENOGRAPHICA LLY** [1] - 2:1
**still** [1] - 3:13
**stop** [1] - 9:19
**strategy** [1] - 18:15
**Street** [2] - 1:16, 1:22
**strength** [1] - 14:22
**strongly** [1] - 4:15
**studies** [1] - 6:24
**stuff** [1] - 8:11
**substance** [1] - 22:3
**suffer** [1] - 15:17
**suffered** [1] - 15:18
**suffering** [3] - 15:25, 16:4, 23:24
**sufficient** [2] - 19:16, 25:8
**suited** [1] - 5:25
**supervised** [3] - 21:19, 21:24, 22:19
**supervision** [1] - 21:25
**support** [3] - 6:6, 12:7, 24:24
**supreme** [1] - 10:5, 16:25
**Supreme** [6] - 4:19, 7:2, 7:5, 11:24, 16:21, 17:12

## T

**tapped** [1] - 18:15
**taught** [2] - 14:22,

15:16

**teach** [1] - 14:20
**teaching** [1] - 13:9
**term** [3] - 19:7, 19:20, 22:19
**terrorists** [1] - 13:2
**Testament** [2] - 16:11
**THE** [82] - 1:11, 1:14, 1:18, 3:2, 3:7, 3:9, 3:11, 3:16, 3:18, 4:10, 4:11, 4:12, 4:14, 4:18, 5:4, 5:7, 5:8, 5:13, 5:15, 5:16, 5:21, 5:23, 5:24, 6:1, 6:3, 6:12, 6:17, 6:23, 7:10, 7:14, 7:19, 8:7, 8:14, 9:13, 9:16, 9:25, 10:6, 10:19, 11:7, 11:18, 12:3, 12:17, 12:19, 17:24, 18:2, 18:3, 18:6, 18:7, 18:8, 18:9, 18:10, 18:11, 18:13, 18:19, 19:1, 19:4, 19:22, 20:3, 20:5, 20:6, 20:8, 20:16, 20:17, 20:25, 21:1, 21:7, 21:18, 21:23, 21:24, 22:16, 22:18, 22:21, 22:22, 23:3, 23:7, 23:8, 24:6, 24:8, 24:10, 25:4, 25:5, 25:6
**themselves** [1] - 8:20
**therefore** [1] - 19:18
**thereof** [1] - 11:21
**thieves** [1] - 13:2
**thousands** [1] - 7:13
**threat** [4] - 10:20, 10:22, 10:24, 11:4
**threatened** [2] - 9:23, 10:9
**threatening** [1] - 9:25
**threats** [2] - 10:11, 10:17
**three** [7] - 13:10, 14:5, 15:7, 15:15, 15:18, 21:19, 22:19
**throw** [1] - 11:22
**today** [10] - 4:4, 9:6, 13:12, 15:14, 15:24, 17:9, 17:16, 23:5, 23:18, 24:4
**together** [3] - 5:11, 14:7, 21:16
**total** [1] - 19:24
**totally** [1] - 12:23
**tough** [1] - 15:21

**toward** [2] - 20:12, 20:14
**trained** [1] - 5:21
**transcription** [1] - 25:17
**transferred** [1] - 23:20
**treason** [1] - 10:12
**treasonous** [1] - 11:1
**trial** [29] - 4:2, 4:3, 4:9, 4:23, 5:2, 5:18, 6:6, 6:8, 6:18, 6:25, 7:1, 7:4, 7:15, 8:11, 8:25, 10:2, 10:8, 11:8, 16:14, 17:10, 17:12, 17:13, 17:14, 17:18, 17:20, 20:7, 21:8, 24:24
**tried** [2] - 14:14, 14:20
**true** [2] - 14:9, 14:15
**trust** [6] - 23:15, 23:16, 23:17, 23:20, 24:2, 24:3
**trustee** [1] - 24:2
**trustees** [1] - 23:17
**truth** [1] - 14:9
**truthful** [2] - 14:13, 14:14
**trying** [1] - 8:1
**turn** [3] - 18:20, 19:8, 21:5
**two** [2] - 13:3, 14:25

### U

**U.S** [16] - 1:24, 4:19, 5:1, 5:16, 5:19, 7:5, 9:17, 12:24, 18:10, 19:8, 20:4, 20:21, 20:22, 21:8, 23:25
**unable** [1] - 24:14
**unapproved** [1] - 9:20
**uncurable** [1] - 8:2
**under** [4] - 7:1, 10:2, 16:15, 22:13
**unexpected** [1] - 21:2
**unfortunately** [1] - 7:22
**UNITED** [5] - 1:1, 1:4, 1:11, 1:15, 1:15
**united** [1] - 2:3
**United** [4] - 3:2, 3:5, 21:5, 25:23
**universal** [1] - 14:9
**unjust** [1] - 10:14
**unlawful** [1] - 23:23

**unlawfully** [2] - 22:3, 23:21
**unnecessary** [1] - 12:23
**unpaid** [1] - 22:8
**unusual** [1] - 23:23
**unwarranted** [1] - 19:13
**up** [4] - 7:23, 10:3, 11:21, 15:20
**USPO** [1] - 1:24

### V

**valid** [9] - 4:22, 7:16, 8:8, 11:14, 16:16, 16:20, 20:6, 21:11, 21:13
**varies** [1] - 12:11
**vary** [1] - 5:10
**verdict** [2] - 17:18, 17:20
**versus** [11] - 4:20, 5:1, 5:16, 5:19, 10:5, 16:21, 17:1, 17:8, 18:10, 20:4, 21:8
**victims** [6] - 4:23, 7:23, 19:24, 21:6, 21:10, 21:11
**video** [1] - 10:8
**violated** [3] - 7:9, 17:13, 17:19
**violating** [2] - 9:20, 10:12
**vs** [1] - 1:6
**vulnerable** [2] - 7:13, 7:25

### W

**wages** [2] - 20:10, 20:11
**waiting** [2] - 12:1, 17:17
**warrant** [2] - 7:12, 9:1
**week** [1] - 13:9
**West** [1] - 1:22
**whatsoever** [2] - 14:11, 15:3
**whole** [1] - 14:23
**Williams** [5] - 9:19, 9:24, 10:9, 10:11, 10:15
**Williams'** [1] - 11:10
**wish** [2] - 23:5, 23:17
**wives** [1] - 16:4
**woman** [3] - 4:23, 7:16, 16:17
**women** [1] - 13:20

**word** [6] - 13:6, 13:9, 13:11, 14:9, 15:5, 16:10
**words** [1] - 23:22
**world** [1] - 15:22
**write** [1] - 18:23
**written** [7] - 17:14, 18:9, 18:11, 18:24, 19:23, 24:19

### Y

**years** [13] - 6:14, 13:3, 13:11, 13:14, 14:2, 14:5, 14:17, 14:24, 15:15, 15:18, 19:6, 21:19, 22:20
**yourself** [1] - 10:7

### Z

**zero** [5] - 9:6, 9:7, 9:8, 11:6