Chief Justice Cecilia M. Altonaga

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

FILED BY _MW_ D.C.
OCT 16 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

October 16th, 2025

# Request for permission to travel

Judge Altonaga,

    I have had a change of probation Officer to Broward County from Palm Beach County and the request I submitted to my new Probation officer Chekia Hill didn't get the request in time for the trip I wanted make to Cleveland next week even though I submitted it in the beginning of October.

So, I am requesting permission to travel to a conference of the Children's Defense League, November 6th-10th in Austin, Texas. I haven't bought the tickets or reserved the hotel until I know I have permission. As soon as I know I will get that information to Officer Hill.

Thank you for your consideration,

*Mark S. Grenon* (signature)

Mark S. Grenon

Case# 21-20242-CR-ALTONAGA

941-264-8066
E-mail: gmark777@gmail.com