**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  21-20242-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**MARK SCOTT GRENON**,

     Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Mark Scott Grenon's Request for Permission to Travel [ECF No. 331].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Request is **DENIED**.  Defendant is to first communicate with his probation officer regarding his request for travel before presenting that request to the Court.  Furthermore, in any renewed motion, Defendant shall advise of the status of payment of his fine and restitution, and the Government's position on the request for travel.

**DONE AND ORDERED** in Miami, Florida, this 17th day of October, 2025.

_____

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Defendant